# EXHIBIT F

Transcript to be filed under seal.