UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| v. | * | SECTION: "S" |
| EMPIRE BULKERS LTD. | * | |
| JOANNA MARITIME LIMITED | | |
| WARLITO TAN | * | |

**WARLITO TAN'S MOTION TO LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF WARLITO TAN'S MOTION FOR DISCOVERY**

NOW COMES Defendant Warlito Tan, by and through his counsel, and respectfully moves this honorable Court for leave to file his reply memorandum in support of his motion for discovery.

In support of this motion defendant Tan shows as follows:

1. The government's objection to the motion raises questions of law and includes factual assertions not anticipated in the motion;

2. Defendant Tan's counsel have prepared the proposed reply memorandum filed herewith hoping it will assist the Court in understanding the issues.

WHEREFORE, Defendant Tan respectfully requests leave to file his reply memorandum in support of his motion for discovery.

DATED this 6th day of January 2022.

Respectfully submitted,

/s/ Caroline Gabriel
Caroline Gabriel, Bar No. 38224
William Most, Bar No. 36914
Most & Associates, L.L.C.
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(504) 509-5023

caroline.gabriel.ma@gmail.com
williammost@gmail.com

/s/ Edward S. MacColl
Edward S. MacColl, MBRN #2658 (PHV)
*Counsel for Defendant Tan*

**CERTIFICATE OF SERVICE**

    I do hereby certify that on the above date I made service of the above document by electronically filing the same using the Court's EM/ECF system.

/s/ Edward S. MacColl