UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| **v.** | * | **SECTION: "S"** |
| **EMPIRE BULKERS LTD.** | * | |
| **JOANNA MARITIME LIMITED** | | |
| **WARLITO TAN** | * | |

### NOTICE OF HEARING

**TO:**  G. Dall Kammer, Esq.                                         Richard A. Udell, Esq.
Assistant U.S. Attorney                                       Kenneth E. Nelson, Esq.
U.S. Attorney's Office                                          Environmental Crimes Section
For the Eastern District of Louisiana            U.S. Department of Justice
650 Poydras Street, Suite 1600                      150 M St., N.E. / Room 4.206
New Orleans, LA 70130                                    Washington, DC 20530
504-680-3000                                                           202-305-0361
Dall.Kammer@usdoj.gov                                  Richard.Udell@usdoj.gov
                                                                                    Kenneth.Nelson3@usdoj.gov

**PLEASE TAKE NOTICE,** that the Defendant Tan's Motion to Allow Inspection and Testing of Seized Equipment will be brought to the Court for submission (or oral argument if so ordered), before the Honorable Maryann Vial Lemmon, United States Magistrate Judge, at the United States Courthouse, 500 Poydras Street, Courtroom B431, New Orleans, Louisiana 70130, on **May 5, 2022 at 2:00 pm.**

DATED this 15th day of April 2022.         Respectfully Submitted,

/s/ William Most
Caroline Gabriel, Bar No. 38224
William Most, Bar No. 36914
Most & Associates, L.L.C.
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(504) 509-5023
caroline.gabriel.ma@gmail.com
williammost@gmail.com

1

2

/s/ Edward S. MacColl
Edward S. MacColl, MBRN #2658 (PHV)
*Counsel for Defendant Tan*

2