**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**                    **CRIMINAL ACTION**

**VERSUS**                                       **NO:  21-126**

**EMPIRE BULKERS LTD. ET AL.**                   **SECTION: "S"**

**ORDER**

**IT IS HEREBY ORDERED** that the Government's unopposed motion to continue its

response deadline for Rec. Docs. 134 and 135 until May 10, 2022 is granted.

**IT IS FURTHER ORDERED** that Warlito Tan's Motion to Exclude Testimony and

Warlito Tan's Motion in Limine (Rec. Docs. 134 and 135) scheduled for May 5, 2022 are

continued to May 19, 2022.

New Orleans, Louisiana, this  27th day of April, 2022.

_____
       MARY ANN VIAL LEMMON
       UNITED STATES DISTRICT JUDGE