MINUTE ENTRY
MAY 24, 2022
LEMMON, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                          CRIMINAL ACTION

VERSUS                                            21-126

WARLITO TAN                                       SECTION: "S"

A pretrial conference was held via Zoom video-conference on May 24, 2022, at 12:00 noon with the following counsel participating: Richard Udell and Dall Kammer on behalf of the United States of America; and Edward McColl and Caroline Gabriel on behalf of defendant, Warlito Tan.

A jury trial of this matter will commence on **Tuesday, May 31, 2022 at 9:00 a.m.**, and is anticipated to last 6-7 days. Each party is allotted 20 minutes of *voir dire*.

Pursuant to Rule 24(b)(2) of the Federal Rules of Criminal Procedure, the government has 6 peremptory challenges, and the defendants have 10 peremptory challenges, in the selection of 12 jurors. Two alternate jurors will be selected. Pursuant to Rule 24(c)(4) of the Federal Rules of Criminal Procedure, each side has one peremptory challenge exercisable in the selection of the alternate jurors.

Proposed jury instructions, exhibit lists, objections, and pre-trial motions have already been submitted. Proposed jury *voir dire* shall be submitted by **Wednesday, May 25, 2022**; supplemental jury charges and proposed jury verdict forms shall be filed by **Friday, May 27,**

**2022**.

Counsel shall work together to finalize redactions to the deposition designations. Once completed, they shall inform the court if they plan to introduce them by playing edited videotapes or reading transcripts.

Counsel shall submit a redacted indictment for reading and submission to the jury by

**Friday, May 27, 2022**.

If needed during trials, counsel are invited to use the Michaelle Pitard Wynne Attorney Conference Center located in Room B-245 on the second floor of the Hale Boggs Federal building near the crossover to the Courthouse. The space features three private conference rooms, a lounge, and a computer workroom with internet, copy, fax and print services. Details and information on these services including conference room reservations can be found at http://nofba.org or by contacting Amanda T. Kaiser, Executive Director at 504-589-7990 or fbaneworleans@gmail.com.

JS10(00:20)