UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| v. | * | SECTION: "S" |
| EMPIRE BULKERS LTD. | * | |
| JOANNA MARITIME LIMITED | | |
| WARLITO TAN | * | |
| | * | |

## ORDER GRANTING WARLITO TAN'S MOTION FOR LEAVE TO FILE

The motion of defendant Warlito Tan for leave to file reply memorandum in support of his motion for reconsideration is <u>GRANTED</u>.

New Orleans, Louisiana this <u>8th</u> day of August 2022.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

1