UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | \* | **CRIMINAL DOCKET** |
| | \* | |
| v. | \* | |
| | \* | **NUMBER: 2:21-CR-00126-MVL-KWR** |
| **EMPIRE BULKERS LTD., JOANNA** | \* | |
| **MARITIME LIMITED, and WARLITO** | \* | |
| **TAN,** | \* | **SECTION: "S"** |
| | \* | |
| Defendants. | \* | |
| | \* | |

### DEFENDANT WARLITO TAN'S REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17(a) and (c) of the Federal Rules of Criminal Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

### SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS

**25** sets for trial scheduled on November 7, 2022 at 9:00 a.m.

DATED this 20th day of September 2022.

Respectfully submitted,

/s/ Caroline Gabriel
Caroline Gabriel, Bar No. 38224
William Most, Bar No. 36914
Most & Associates, L.L.C.
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(504) 509-5023
caroline.gabriel.ma@gmail.com
williammost@gmail.com

/s/ Edward S. MacColl
Edward S. MacColl, MBRN #2658 (PHV)
emaccoll@thomport.com
*Counsel for Defendant Tan*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 20, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                      /s/ Edward S. MacColl
                                      Edward S. MacColl, MBRN #2658 (PHV)