AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| EMPIRE BULKERS LTD., JOANNA MARITIME LIMITED, and WARLITO TAN | ) Case No.  2:21-CR-00126-MVL-KWR |
| *Defendant* | ) |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA | Courtroom No.: | C414 |
|---|---|---|---|
| | | Date and Time: | 11/07/2022 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date:  **Sep 26 2022**

**Carol L. Michel**
*Name of clerk of court*

*Deputy clerk's signature*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __Warlito Tan__ , who requests this subpoena, are:

Edward S. MacColl (Admitted PHV)
Thompson, MacColl & Bass, LLC, P.A.
15 Monument Sq., 4th Floor
P.O. Box 447
Portland, ME 04112-0447
Telephone: (207) 774-7600
Facsimile: (207) 772-1039
Email: emaccoll@thomport.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:21-CR-00126-MVL-KWR

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____      _____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: