UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| v. | * | SECTION: S |
| WARLITO TAN | * | |
| | * | |

\* \* \*

**UNITED STATES' MOTION TO COMPEL DISCLOSURE
OF EXPERT TESTIMONY AND RULE 15 VIDEO EXCERPTS**

The United States moves this Court to compel defendant Warlito Tan to disclose the updated substance of his proposed expert witness testimony. Moreover, the government has yet to receive Tan's edited Rule 15 video designations. The government has made repeated requests for this information and has yet to receive production.

WHEREFORE, for the reasons in the accompanying memorandum, the government requests that its motion be GRANTED.

Respectfully Submitted,

TODD KIM
Assistant Attorney General
Environmental & Natural Resources Division
U.S. Department of Justice

*s/Richard A. Udell*
Richard A. Udell
Senior Litigation Counsel
Environmental Crimes Section
U.S. Department of Justice
50 M St., N.E./Room 4206
Washington, D.C. 20044
Telephone: (202) 305-0361
Email: richard.udell@usdoj.gov

DUANE A. EVANS
United States Attorney

*s/ G. Dall Kammer*
G. Dall Kammer (26948)
Assistant U.S Attorney
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3168
Email: dall.kammer@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on September 27, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

                                                *s/ G. Dall Kammer*
                                                G. DALL KAMMER
                                                Assistant United States Attorney