UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| v. | * | SECTION: S |
| WARLITO TAN | * | |
| | * | |

\* \* \*

**UNITED STATES' MEMORANDUM IN SUPPORT OF MOTION TO COMPEL
DISCLOSURE OF EXPERT TESTIMONY AND RULE 15 VIDEO EXCERPTS**

The government moves this Court to Order defendant Tan to immediately produce an updated expert disclosure and the edited Rule 15 video excerpts. The government contacted the defendant repeatedly since trial was continued in June to bring these two issues to conclusion. *See* Exhibit A. To date, no production has been received and the trial of this matter is now six weeks away.

**I.      Expert Testimony**

On June 2, 2022, the Court ruled on the parties' motions to exclude expert witness testimony. Rec. Doc. 223. Regarding the government's motion to exclude certain testimony of defense experts Antonis Panagiotareas, Gerasimos Aretos, and Iannis Zoumis, the Court denied the government's request because the government planned to demonstrate its test of the Oil Content Meter (OCM) and permit inspection and testing of the equipment by Mr. Panagiotareas which might render the government's objections moot. *Id*. at 8-9. This observation, inspection, and testing occurred at the U.S. Attorney's Office on May 27, 2022 as ordered by Magistrate Judge Roby. *See* Rec. Doc. 184.

On July 14, 2022, having received no updated expert disclosure, the government requested such. *See* Exhibit A at 3. The government has renewed this request three additional times and has yet to receive defendant's updated disclosure and any tests it seeks to show to the jury. The defendant has had ample time to reconsider his proposed expert testimony given the extended continuances of the trial. This updated disclosure should be produced immediately to the government so that it has sufficient time to evaluate, conduct any additional tests, and to file any necessary pleadings for this Court to consider well in advance of trial.

**II.    Rule 15 Video Deposition Excerpts**

As the Court is aware, there are lengthy Rule 15 video depositions in this matter. The Court ruled on the parties' designations and objections on May 20, 2022.[1] *See* Rec. Docs. 196, 198. During the May 24, 2022 pretrial conference, the Court indicated its preference to have the edited transcripts read to the jury (with the government agreeing this is preferable), rather than play lengthy excerpts, which include objections, redactions, and translations of questions and answers. The Court directed the defendant to provide the edited videos to the government and the Court for review prior to trial if they were going to be used.

The defendant has since indicated (but not yet confirmed) that he will likely seek to play the edited videos rather than have the excerpts read to the jury. *See* Exhibit A at 2. As with the expert disclosures, the government has repeatedly asked for the opportunity to review the edited transcripts and/or videos that the defendant intends to introduce. *Id*. Again, because of the extended continuances of the trial, the defendant has had ample time to prepare these lengthy videos for

---

[1] The Court also granted in part the government's motion to reconsider certain rulings on June 9, 2022. *See* Rec. Doc. 225.

2

review by the government and the Court. He should be ordered to disclose the excerpts immediately.

III. **CONCLUSION**

Considering the foregoing, the government respectfully requests that its motion be GRANTED.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| TODD KIM | DUANE A. EVANS |
| Assistant Attorney General | United States Attorney |
| Environmental & Natural Resources Division |  |
| U.S. Department of Justice |  |
|  |  |
| *s/Richard A. Udell* | *s/ G. Dall Kammer* |
| Richard A. Udell | G. Dall Kammer (26948) |
| Senior Litigation Counsel | Assistant U.S Attorney |
| Environmental Crimes Section | 650 Poydras Street, Suite 1600 |
| U.S. Department of Justice | New Orleans, LA 70130 |
| 50 M St., N.E./Room 4206 | Telephone: (504) 680-3168 |
| Washington, D.C. 20044 | Email:dall.kammer@usdoj.gov |
| Telephone: (202) 305-0361 |  |
| Email: richard.udell@usdoj.gov |  |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*s/ G. Dall Kammer*
G. DALL KAMMER
Assistant United States Attorney