**Kammer, Dall (USALAE)**

| | |
|---|---|
| **From:** | Edward MacColl <emaccoll@thomport.com> |
| **Sent:** | Thursday, September 1, 2022 3:13 PM |
| **To:** | Kammer, Dall (USALAE); Caroline Gabriel |
| **Cc:** | Udell, Richard (ENRD) |
| **Subject:** | [EXTERNAL] RE: Joanna Rule 15 and Expert Testimony |

Dall,

I'm investigating and will get back to you.

Ed

---

**From:** Kammer, Dall (USALAE) <Dall.Kammer@usdoj.gov>
**Sent:** Monday, August 29, 2022 12:51 PM
**To:** Edward MacColl <emaccoll@thomport.com>; Caroline Gabriel <caroline.gabriel.ma@gmail.com>
**Cc:** Udell, Richard (ENRD) <Richard.Udell@usdoj.gov>
**Subject:** RE: Joanna Rule 15 and Expert Testimony

Ed,

Any update on when we will receive the edited videos and your updated expert disclosure?

Thanks,

Dall

**From:** Edward MacColl <emaccoll@thomport.com>
**Sent:** Friday, August 12, 2022 6:00 PM
**To:** Kammer, Dall (USALAE) <DKammer@usa.doj.gov>; Caroline Gabriel <caroline.gabriel.ma@gmail.com>
**Cc:** Udell, Richard (ENRD) <Richard.Udell@usdoj.gov>
**Subject:** [EXTERNAL] RE: Joanna Rule 15 and Expert Testimony

Dall,

I will get you an update concerning Mr. Panagiotareas' testimony expected testimony. It will delete most or all of the cited paragraphs, and it's likely I will not call either of the overseas experts, although Mr. Panagiotareas may reference or rely on their efforts.

Regards,

Ed

GOVERNMENT EXHIBIT A

**From:** Kammer, Dall (USALAE) <Dall.Kammer@usdoj.gov>
**Sent:** Friday, August 12, 2022 1:48 PM
**To:** Edward MacColl <emaccoll@thomport.com>; Caroline Gabriel <caroline.gabriel.ma@gmail.com>
**Cc:** Udell, Richard (ENRD) <Richard.Udell@usdoj.gov>
**Subject:** RE: Joanna Rule 15 and Expert Testimony

Thanks,

Do you have any responses to the second topic regarding expert witnesses?

**From:** Edward MacColl <emaccoll@thomport.com>
**Sent:** Thursday, August 11, 2022 11:26 AM
**To:** Kammer, Dall (USALAE) <DKammer@usa.doj.gov>; Caroline Gabriel <caroline.gabriel.ma@gmail.com>
**Cc:** Udell, Richard (ENRD) <Richard.Udell@usdoj.gov>
**Subject:** [EXTERNAL] RE: Joanna Rule 15 and Expert Testimony

Dall,

I'm sorry for the delay.

The last I knew Briton had arranged for the video editing and it was partially completed before their plea was accepted. I'll check on where that stands.

Walito requested that we use the videos. I'll check with him to see if he's changed his mind, and I'll get you and Warlito whatever completed videos are available so we all can assess whether transcripts might be preferable depending on the impact of translation, etc.

Yes, I understand the Court reinstated pages 79:6-83:17 of Mr. Cabanayan's deposition.

Hope all is well in New Orleans.

Best regards,

Ed

**From:** Kammer, Dall (USALAE) <Dall.Kammer@usdoj.gov>
**Sent:** Thursday, August 11, 2022 11:06 AM
**To:** Edward MacColl <emaccoll@thomport.com>; Caroline Gabriel <caroline.gabriel.ma@gmail.com>
**Cc:** Udell, Richard (ENRD) <Richard.Udell@usdoj.gov>
**Subject:** RE: Joanna Rule 15 and Expert Testimony

Hi Ed,

Following up on these requests.

Thanks,

Dall

**From:** Kammer, Dall (USALAE)
**Sent:** Thursday, July 14, 2022 1:18 PM
**To:** Edward MacColl <emaccoll@thomport.com>; Caroline Gabriel <caroline.gabriel.ma@gmail.com>
**Cc:** Udell, Richard (ENRD) <Richard.Udell@usdoj.gov>
**Subject:** Joanna Rule 15 and Expert Testimony

**Rule 15 Depostions**

1. Are the deposition edits complete? When may we review? Please note that the Court granted the government's motion to reconsider as to pages 79:6-83:17 of Mr. Cabanayan's deposition, so those designations should be included. (*See* Court's Order Rec. Doc. 225).
2. Have you decided whether to use transcripts or video?

**Expert Testimony**

1. Do you have an update on Mr. Panagiotareas' testimony since he witnessed the government's OCM demonstration and had an opportunity to test it on May 27, 2022?
2. Can you confirm that his testing renders his testimony outlined in government objections 4, 5, 6, and 8 moot? (*See* Court's Order Rec. Doc. 223 at 8)
3. Can you confirm that his testing renders the need for Gerasimos Aretos and Iannis Zoumis moot? If not, which of these two individuals will testify? (*See* Court's Order Rec. Doc. 223 at 9-10).
4. If testimony will be provided regarding the OCM located in Greece, will you make it available in the EDLA for inspection and when?

Thanks for any updates.

Dall



G. DALL KAMMER
CHIEF, GENERAL CRIMES
ASSISTANT UNITED STATES ATTORNEY
EASTERN DISTRICT OF LOUISIANA
650 POYDRAS STREET, SUITE 1600
NEW ORLEANS, LA  70130
dall.kammer@usdoj.gov
(O) (504) 680-3168