UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| v. | * | **SECTION: S** |
| **WARLITO TAN** | * | |
| | * | |

\* \* \*

## ORDER

Considering the foregoing,

**IT IS ORDERED** that the United States' Motion to Compel is **GRANTED**. The defendant shall provide his updated expert disclosure to the government no later than _____, 2022 and shall provide the edited Rule 15 video deposition testimony to the government and the Court by _____, 2022.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE