UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| v. | * | SECTION: S |
| WARLITO TAN | * | |
| | * | |

\* \* \*

## UNITED STATES' MOTION TO EXPEDITE

The United States respectfully requests that the October 20, 2022 hearing on the government's Motion to Compel (Rec. Doc. 245) be expedited. The trial is less than 6 weeks away, and the government will need sufficient time to evaluate the defendant's proposed expert testimony, conduct any additional tests, and to file any necessary pleadings for this Court to consider well in advance of trial. Furthermore, as the Court is aware, the Rule 15 depositions are lengthy, and sufficient time will be needed to review the videos in advance of trial.

WHEREFORE, the government requests that this motion be GRANTED.

Respectfully Submitted,

| | |
|---|---|
| TODD KIM | DUANE A. EVANS |
| Assistant Attorney General | United States Attorney |
| Environmental & Natural Resources Division | |
| U.S. Department of Justice | |
| | |
| _s/Richard A. Udell_ | _s/ G. Dall Kammer_ |
| Richard A. Udell | G. Dall Kammer (26948) |
| Senior Litigation Counsel | Assistant U.S Attorney |
| Environmental Crimes Section | 650 Poydras Street, Suite 1600 |
| U.S. Department of Justice | New Orleans, LA 70130 |
| 50 M St., N.E./Room 4206 | Telephone: (504) 680-3168 |
| Washington, D.C. 20044 | Email: dall.kammer@usdoj.gov |
| Telephone: (202) 305-0361 | |
| Email: richard.udell@usdoj.gov | |

## CERTIFICATE OF SERVICE

      I hereby certify that on September 27, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

                                                  *s/ G. Dall Kammer*
                                                  G. DALL KAMMER
                                                  Assistant United States Attorney