UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| v. | * | SECTION: S |
| **WARLITO TAN** | * | |
| | * | |

\* \* \*

# ORDER

Considering the foregoing,

**IT IS ORDERED** that the United States' Motion to Expedite is **GRANTED**. The hearing on the government's Motion to Compel (Rec. Doc. 245) will be held on _____, 2022. The defendant shall file a response, if any, on or before _____, 2022.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE