UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| v. | * | SECTION: S (4) |
| WARLITO TAN | * | |
| | * | |

\* \* \*

## ORDER

Considering the foregoing,

**IT IS ORDERED** that the United States' Motion to Expedite is **GRANTED**. The defendant shall file a response, if any, on or before Friday, September 30, 2022, at which time the court will take the matter under submission.

New Orleans, Louisiana, this __28th__ day of __September__, 2022.

_____
HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE