**THOMPSON, MacCOLL & BASS, LLC, P.A.**

COUNSELORS AT LAW

EDWARD S. MacCOLL *
EMACCOLL@THOMPORT.COM
MARSHALL J. TINKLE *
MTINKLE@THOMPORT.COM
JOHN R. BASS, II
OF COUNSEL

* ALSO ADMITTED IN NH & MA

15 MONUMENT SQUARE, 4th Floor
P.O. BOX 447
PORTLAND, MAINE 04112-0447

TELEPHONE (207) 774-7600
FACSIMILE (207) 772-1039

BENJAMIN THOMPSON
(1857-1918)
NATHAN W. THOMPSON
(1895-1969)
BENJAMIN THOMPSON
(1921-2002)

September 30, 2022

<u>Via E-Mail</u>
Richard A. Udell
U.S. Department of Justice
Environmental Crimes Section
150 M St., N.E./ Room 4.206
Washington, DC 20530
Phone: (202)305-0361
E-mail: Richard.Udell@usdoj.gov

G. Dall Kammer
United States Attorney's Office
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Phone: (504) 680-3000
E-mail: Dall.Kammer@usdoj.gov

Re:   *United States v. Warlito Tan., et al.*, No. 2:21-cr-000126-MVL-KWR
      Eastern District of Louisiana
      Designation of Expert Testimony of Antonis P. Panagiotareas

Dear Counsel:

Pursuant to Federal Rule of Criminal Procure 16(b)(1)(C) and prior orders of the Court, defendant Warlito Tan provides the following supplemental written summary to supplement his prior disclosure concerning testimony he may offer at trial from Antonis P. Panagiotareas pursuant to Federal Rules of Evidence 702, 703, and 705.

   *I.    Qualifications*

Mr. Panagiotareas' qualifications are not materially changed from those summarized in the defendant's disclosure dated April 18, 2022.

Richard A. Udell
G. Dall Kammer
September 30, 2022
Page 2

### II. Summary of expected opinions

Mr. Panagiotareas is expected to testify to the opinions summarized the April 18 disclosure. He is also expected to testify that he subsequently secured the duplicate oil content meter that was the object of testing by Gerasimos Aretos and Iannis Zoumis, that he performed tests on it similar or identical to their tests and reached the same conclusions summarized in the April 18 disclosure of those witnesses' expected testimony. Accordingly, Defendant Tan does not anticipate calling either of Messrs. Aretos or Zoumis unless Mr. Panagiotareas is unavailable.

Mr. Panagiotareas is also expected to testify that pursuant to an order of the Honorable Court he was permitted to inspect the OCM taken from the JOANNA and, employing equipment created by or for the government apparently in anticipation of a trial demonstration, to conduct the tests he understands the government ran on the OCM,. He is further expected to testify that he considered the results of that testing consistent with the testing by Messrs. Zoumis and Aretos – and with Mr. Panagiotareas' subsequent duplication of that testing, that any dilution of the sample during operation with of the OCM with the metal chock in place was minimal, that the metal chock did not have a material impact on the functionality of the OCM or the OWS, and that the ORB entries that appear to be the object of charges against defendant Tan were accurate and reasonable.

### III. Bases for Opinions

The bases and reasons of Mr. Panagiotareas' opinions are expected to be as previously summarized in addition to his subsequent Court-permitted inspection and duplicate testing of the OCM seized from the JOANNA, his testing of the duplicate OCM previously tested by Messrs. Zoumis and Aretos, and his review of their efforts.

Defendants respectfully reserve the right to supplement and/or amend this notice if necessary.

Sincerely yours,

THOMPSON, MACCOLL & BASS, LLC, P.A.