UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| v. | * | SECTION: S |
| WARLITO TAN | * | |
| | * | |

\* \* \*

### UNITED STATES' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

The United States moves this Court for leave to file the attached Reply Memorandum in support of its Motion to Compel Disclosure of Expert Testimony and Rule 15 Video Excerpts (Rec. Doc. 245). In his response (Rec. Doc. 249), Tan raises certain issues that the government should now be permitted to fully address.

WHEREFORE, the United States respectfully requests that this motion be granted and that the attached Reply Memorandum be considered by the Court.

Respectfully Submitted,

| | |
|---|---|
| TODD KIM | DUANE A. EVANS |
| Assistant Attorney General | United States Attorney |
| Environmental & Natural Resources Division | |
| U.S. Department of Justice | |
| | |
| *s/Richard A. Udell* | *s/ G. Dall Kammer* |
| Richard A. Udell | G. Dall Kammer (26948) |
| Senior Litigation Counsel | Assistant U.S Attorney |
| Environmental Crimes Section | 650 Poydras Street, Suite 1600 |
| U.S. Department of Justice | New Orleans, LA 70130 |
| 50 M St., N.E./Room 4206 | Telephone: (504) 680-3168 |
| Washington, D.C. 20044 | Email: dall.kammer@usdoj.gov |
| Telephone: (202) 305-0361 | |
| Email: richard.udell@usdoj.gov | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

                                                *s/ G. Dall Kammer*
                                                G. DALL KAMMER
                                                Assistant United States Attorney