UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| v. | * | **SECTION: S** |
| **WARLITO TAN** | * | |
| | * | |

\* \* \*

**ORDER**

Considering the foregoing,

**IT IS ORDERED** that the United States' Motion to Compel is **GRANTED**. On or before October ___, 2022, the defendant shall:

1. Confirm that Messrs. Zoumis and Aretos will not testify at trial.

2. Confirm whether he withdraws the proposed testimony detailed in government objections 4, 6, and 8 as a result of the defendant's observance and testing of the government's OCM.

3. Produce all reports, tests and test results, photographs and videos (or any other such items covered under Rule 16(b)(1)(B)) relating to Mr. Panagiotereas' inspection of the government's OCM that the defendant intends to use during his case-in-chief at trial or that Mr. Panagiotereas intends to rely on at trial.

4. Produce all reports, tests and test results, photographs and videos (or any other such items covered under Rule 16(b)(1)(B)) relating to Mr. Panagiotereas' examination or testing of defendant's OCM that the defendant intends to use during his case-in-chief at trial or that Mr. Panagiotereas intends to rely on at trial.

4. Make available a reciprocal demonstration of the defendant's test(s) of its OCM to the government and permit the government a reciprocal opportunity for private inspection and testing of the defendant's OCM, in the Eastern District of Louisiana not later than October 28, 2022.

5. Produce all reciprocal expert discovery pursuant to Rule 16(b)(1)(B) and (C), including reports, tests and test results, photographs and videos, to include the bases and reasons for Mr. Panagiotereas' conclusion that dilution did not materially impact the functionality of the OCM and OWS, including any quantification of the amount or percentage of dilution through the government OCM or the defendant's OCM and if so, what methodology was used.

6. Advise the government and the Court not later than October 20, 2022, whether the defendant seeks to play Rule 15 video depositions (as opposed to reading of transcripts) at trial, and if so, which ones.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE