UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| v. | * | SECTION: S |
| WARLITO TAN | * | |
| | * | |

\* \* \*

### ORDER

Considering the foregoing motion;

**IT IS ORDERED** that the United States is granted leave to file a Reply Memorandum in support of its Motion to Compel Disclosure of Expert Testimony and Rule 15 Video Excerpts (Rec. Doc. 245).

New Orleans, Louisiana this _____ day of October, 2022.

_____
HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE