UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| v. | * | **SECTION: "S"** |
| **EMPIRE BULKERS LTD.** | * | |
| **JOANNA MARITIME LIMITED** | | |
| **WARLITO TAN** | * | |
| | * | |

**WARLITO TAN'S RESPONSE TO THE GOVERNMENT'S MOTION FOR LEAVE TO REPLY CONCERNING MOTION TO COMPEL**

**NOW COMES** defendant Warlito Tan, through counsel, and respectfully responds to the Government's Motion for leave to reply (Document 251) in support of its motion to compel the defendant to provide deposition videos and transcripts and a supplemental expert designation (Document 245).

Because the proposed reply attached to the motion for leave requests relief not requested in the original motion and is filed with a draft order requiring defendant Tan in effect to answer what amount to expert interrogatories served by email after the motion to compel was filed, the draft reply is effectively a new (and somewhat extraordinary) motion.[1]  The body of the proffered reply includes the government's offer to file a separate motion if the Court prefers.

Defendant respectfully submits that requesting new relief in a reply inappropriately deprives the non-moving party of its opportunity to object.  Accordingly, and given the change in the government's position, its motion for leave should be denied.  The government of course may file a separate motion, although defense counsel continues to hope that a conference among the lawyers might resolve the issues.

---

[1] The proposed reply also states the government will create the deposition videos and transcripts the underlying motion (Document 245) sought to compel from defendant Tan.

## CONCLUSION

The defense respectfully submits the Government's motion for leave to reply should be denied.

**DATED** this 13the day of October 2022.

　　/s/ Caroline Gabriel　　　　
Caroline Gabriel, Bar No. 38224
William Most, Bar No. 36914
Most & Associates, L.L.C.
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(504) 509-5023
caroline.gabriel.ma@gmail.com


/s/ Edward S. MacColl　　　　
Edward S. MacColl, MBRN #2658
Pro Hac Vice
Counsel for Warlito Tan

## CERTIFICATE OF SERVICE

I, Edward S. MacColl, hereby certify that, on the above date I made due service of the above document by electronically filing the same using the Court's EM/ECF system.

/s/ Edward S. MacColl