UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CIVIL ACTION** |
| **VERSUS** | **NO: 21-126** |
| **WARLITO TAN** | **SECTION: "S" (4)** |

### ORDER AND REASONS

Before the court is the **Motion to Compel** (Rec. Doc. 245) filed by the United States. In its motion, the United States seeks to compel defendant Warlito Tan to disclose the updated substance of his proposed expert witness testimony, and to provide his edited Rule 15 video designations.

Subsequent to the filing of the motion, Tan provided updated expert reports. Accordingly, that portion of the motion is denied as moot.[1]

With respect to the Rule 15 deposition excerpts, Tan has responded that he has yet to decide if he will use transcripts or edited videos to introduce the testimony of unavailable witnesses. Considering that trial is less than a month away, an extended delay in providing the deposition excerpts has the potential to prejudice the government in preparing for trial and the court if further related rulings are necessary. Accordingly, counsel for defendant shall provide

---

[1] In its Reply memorandum, the United States acknowledged receipt of the updated reports, but objects on Daubert grounds to the content. Acknowledging that this is a separate issue from that originally raised in its Motion to Compel, the government committed to filing a Daubert motion by Monday, October 17, 2022. The court directs the government to do so if it intends to pursue a Daubert challenge.

deposition transcripts and/or videos to the government within **10 days** of entry of this order. Therefore,

 **IT IS HEREBY ORDERED** that the **Motion to Compel** (Rec. Doc. 245) filed by the United States **granted in part** and **denied in part** as set forth herein;

 **IT IS FURTHER ORDERED** that any Daubert motion shall be filed by **October 17, 2022**;

 **IT IS FURTHER ORDERED** that defense counsel shall provide the government with deposition designations, in whatever form defendant seeks to introduce them, within **10 days** of entry of this order.

 New Orleans, Louisiana, this  13th  day of October, 2022.

_____<br>
**MARY ANN VIAL LEMMON**<br>
**UNITED STATES DISTRICT JUDGE**