**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| **v.** | * | **SECTION: S** |
| **WARLITO TAN** | * | |
| | * | |

\*     \*     \*

## UNITED STATES' SECOND MOTION TO EXCLUDE EXPERT TESTIMONY

The United States moves this Court to exclude the defendant's proposed expert testimony of Antonis Panageotareas, Gerasimos Aretos, and Iannis Zoumis for the reasons set forth in the accompanying memorandum.

WHEREFORE, the government requests that this motion be GRANTED.

Respectfully Submitted,

TODD KIM
Assistant Attorney General
Environmental & Natural Resources Division
U.S. Department of Justice

DUANE A. EVANS
United States Attorney

*s/Richard A. Udell*
Richard A. Udell
Senior Litigation Counsel
Environmental Crimes Section
U.S. Department of Justice
50 M St., N.E./Room 4206
Washington, D.C. 20044
Telephone: (202) 305-0361
Email: richard.udell@usdoj.gov

*s/ G. Dall Kammer*
G. Dall Kammer (26948)
Assistant U.S Attorney
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3168
Email: dall.kammer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*s/ G. Dall Kammer*
G. DALL KAMMER
Assistant United States Attorney
