

CHALOS & CO. P.C.
International Law Firm
TEL: +1-516-714-4300   FAX: +1-516-750-9051   WEB: www.chaloslaw.com   EMAIL: info@chaloslaw.com

**April 18, 2022**

<u>**Via E-Mail and FedEx**</u>

Richard A. Udell
Kenneth E. Nelson
U.S. Department of Justice
Environmental Crimes Section
150 M St., N.E./ Room 4.206
Washington, DC 20530
Phone: (202)305-0361
E-mail: Richard.Udell@usdoj.gov
          Kenneth.Nelson3@usdoj.gov

G. Dall Kammer
United States Attorney's Office
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Phone: (504) 680-3000
E-mail: Dall.Kammer@usdoj.gov

**GOVERNMENT EXHIBIT C**

Re:   *United States v. Warlito Tan., et al.*, No. 2:21-cr-000126-MVL-KWR
      **Eastern District of Louisiana**
      **Designation of Expert Testimony of Gerasimos Aretos**

Dear Counsel:

Pursuant to Federal Rule of Criminal Procure 16(b)(1)(C), defendants Empire Bulkers Ltd. and Joanna Maritime Limited provide the following written summary of testimony they may offer at trial from Gerasimos Aretos pursuant to Federal Rules of Evidence 702, 703, and 705.

    **I.**    **Qualifications**

Mr. Aretos' qualifications are set forth in greater detail in the attached professional background. Exhibit 1. Summarizing the highlights, he holds a degree in Electronics Engineering from Athens University. For nearly thirty (30) years he has worked at Spanmarine, the authorized agents and service station for Deckma Hamburg, the manufacturer of the Oil Content Meter (OCM) in use onboard the M/V JOANNA. He started first as a service engineer



CHALOS & CO. P.C.
International Law Firm

and for the past twenty-two years he has served as the Technical Manager of the office. He has special training in Oil Content Meter Engineering from the manufacturer Deckma.

He has experience and knowledge of the functionality, use, and troubleshooting of the Deckma OCMs, including but not limited to the OMD-2005, the system which was onboard and in use on the M/V JOANNA. He is familiar with the system's overall specifications, range, accuracy (consistent with IMO MEPC. 107(49)), alarms, sampling requirements, and functionality in both the field and in office test settings. He also has experience reviewing, inspecting, and maintaining the Deckma OMD-2008 and OMD-24, among other OCM devices. In addition to servicing, selling, and repairing OCMs, Mr. Aretos and Spanmarine also regularly prepare and provide calibration certificates for OCM systems.

## II.     Anticipated Testimony

Mr. Aretos has performed operational tests on and exact replica of the OMD-2005 unit found onboard the M/V JOANNA. A copy of the explanation of his test and findings which was previously produced to the government is attached hereto as Exhibit 2. It is anticipated that Mr. Aretos will offer testimony explaining the preparation of the test and what he did to carry out the test. In addition, videos of the tests performed on the unit have previously been produced to the government on April 5, 2022 and can be downloaded at the following [link](link). It is anticipated that Mr. Aretos will offer testimony explaining the test performed and the outcome of the results. Specifically, that the addition of a metal plate (larger than the plate found on the system onboard the M/V JOANNA) to the sampling valve handle does not have any effect on the actual functionality of the unit and/or the introduction of the flow of fresh water in the measuring cell.

Mr. Aretos is expected to offer testimony that the only proper way to test an OCM consistent with manufacturer's requirements is in a vertical position, not a horizontal position. Mr. Aretos may also offer testimony explaining that the correct operation of the separator should demonstrate a steady ppm content and that if the output is a cardiac pulse, that may be indicative of any issue with the OWS operation. Mr. Aretos is also anticipated to offer testimony in response and rebuttal to the government's test and expert testimony purporting to demonstrate that the sample and operation of the OCM would have been impacted by the welded piece of metal. He may testify that opinions offered by government experts are not scientific or based on appropriate or sufficient testing or inspections, depending on what conclusions and opinions are offered. He may testify the OWS in fact effectively separated oil from water. His conclusion in that regard may be based on the limited available evidence of the government-monitored operation of the OWS after a replacement OCM was installed.



CHALOS & CO. P.C.
International Law Firm

### III. Bases for Opinions

The bases and reasons of Mr. Aretos' opinions are expected to be his background, experience, and training as a licensed engineer with thirty (30) years of experience testing, servicing, and reviewing Deckma OCM systems and OWS systems; his review of various records from the M/V JOANNA, including the videos and photographs of the OWS and OCM system onboard the Vessel; his review of the Port State Control Forms issued by the Coast Guard; inspection reports issued by other officials; as well as his own tests carried out to test the impact of a welded piece of metal on the sample valve handle for the OMD-2005. Mr. Aretos may also rely upon the government's tests carried out on the unit from the Vessel and will utilize the videos, photographs, and expert opinion designation of Mr. Dolan as further bases for his opinions and testimony.

Finally, the defense has requested an opportunity for its other expert, Mr. Antonis Panagiotareas to inspect the OCM and any other equipment the government took from the JOANNA outside the presence of the government as well as an opportunity for Mr. Panagiotareas to design and conduct tests of his own. To date, the government has refused to allow such testing or private inspection. If such additional inspection or testing are allowed, the defense may, of course, have Mr. Aretos attend and/or participate in said testing and subsequently supplement this designation.

The above notice of expert testimony provides notice of the matters which the defense intends its expert witness to testify about. We believe the above provides more than adequate notice pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure and Rules 702, 703, and 705 of the Federal Rules of Evidence. The defense reserves the right to revise and to supplement its disclosure of expert and summary testimony in the above-entitled matter as this case proceeds to trial. If you have any questions, please do not hesitate to contact us.

Defendants respectfully reserve the right to supplement and/or amend this notice if necessary.

Sincerely yours,

Chalos & Co, P.C.

*[signature]*

George M. Chalos, Esq.
Briton P. Sparkman, Esq.

3

Name:   Gerasimos  Aretos

Born: 11/05/1966 Athens,Greece  Age: 56

Studies: Athens University Degree in Electronics Engineering

Military Service :   1990 -1992 , P.O. ,Hellenic Navy ,NATO – AFSOUTH ,

 Commander Mediterranean East under Commander Richard  J. Gibbens  United States Navy

Professional experience:

1992 – 2000: Service engineer (SPANMARINE , Authorised Agents  and  Service station for

   Deckma Hamburg  and Honeywell Enraf Tanksystem)

1995-2000: Hellenic Civil Aviation Authority, Aeronautics Telecommunication Engineer

2000 – present day: Technical Manager  SPANMARINE


Languages: Greek- English

Special Training:

 Ullage Temperature Interface Engineering ,Tanksystem ,Bulle  ,Switzerland

Oil Content Meters Engineering ,DECKMA ,HAMBOURG, GERMANY



23.11.2021

# SPANMARIN • MARINE & INDUSTRIAL MARKETING CONSULTANS
## TECHNICAL AGENCIES

Dear Sirs

SPANMARINE is the official agent and the authorized service station of DECKMA HAMBURG in Greece.
On the 22nd of November, following the request of EMPIRE BULKERS LTD and in the presence of Lloyds Register surveyor Mr. IOANNIS ZOUMIS, We have simulated the operation of the DECKMA OMD-2005 identical to the unit which was found onboard M/V "JOANNA" at New Orleans on March 2021.

To be more specific, we have welded a steel plate on the unit handle steel bar according to the photos provided by the USCG to Empire Bulkers.
As we do not have the exact dimension of the add-on steel plate we have fabricated a steel plate even bigger than the one shown in the photo using geometrical scale.

The aim was to evaluate whether the adding of the plate resulted to the alteration of the measured ppm value by mixing the sample with fresh water and if so how much and at which handle position.
As can be seen on the video, a pump was used to fill the cell with fresh water and then the handle was turned to the sampling position.
The handle was then gradually moved to the right, towards the FW position, in order to determine at which point fresh water would be allowed to flow through the measuring cell.

At a position of about, 60° (degrees) between the limit switch and the handle steel bar, the unit was already in "FW" alarm condition whereas the steel plate was in a position distant to the limit switch and not affecting the alarm state of the unit.

As a result, it is evident that this even bigger add-on steel plate does not have any effect in the actual functionality of the unit since it is not regulating the flow of fresh water in the measuring cell.

BEST REGARDS
GERASIMOS ARETOS
SPANMARINE

"SPANMARINE"
N. M. ARETOS E.E.
TECHNICAL AGENCIES
AUTHORIZED SERVICE STATION
FILONOS 86 - (2nd FLOOR) PIRAEUS 185 36
TEL. 210 4294498 - 210 4294529 FAX: 210 4294495
VAT.: 801287854 TAX OFFICE: A' PIREA