UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| v. | * | **SECTION: S** |
| **WARLITO TAN** | * | |
| | * | |

\* \* \*

## ORDER

Considering the foregoing,

**IT IS ORDERED** that the United States' Second Motion to Exclude Expert Testimony is **GRANTED**. The proposed testimony of Antonis Panagiotareas outlined in government objections 4, 5, 6, 8, 9, and 10 shall be excluded from trial.

**IT IS FURTHER ORDERED** that the proposed testimony of Gerasimos Aretos and Iannis Zoumis shall be excluded from trial.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE