UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| v. | * | SECTION: S |
| WARLITO TAN | * | |
| | * | |

\* \* \*

### NOTICE OF HEARING

**TO:**   Edward MacColl
15 Monument Square, 4th Floor
P.O. Box 447
Portland, Maine 04112

**PLEASE TAKE NOTICE** that the undersigned will bring the United States' Second Motion to Exclude Expert Witness Testimony before the Honorable Mary Ann Vial Lemmon on November 3, 2022 at 2:00 p.m.

| | |
|---|---|
| TODD KIM | DUANE A. EVANS |
| Assistant Attorney General | United States Attorney |
| Environmental & Natural Resources Division | |
| U.S. Department of Justice | |
| | |
| *s/ Richard A. Udell* | *s/ G. Dall Kammer* |
| Richard A Udell | G. Dall Kammer (26948) |
| Senior Litigation Counsel | Assistant U.S Attorney |
| Environmental Crimes Section | 650 Poydras Street, Suite 1600 |
| U.S. Department of Justice | New Orleans, LA 70130 |
| 150 M St., N.E./Room 4206 | Telephone: (504) 680-3168 |
| Washington, D.C. 20044 | Email: dall.kammer@usdoj.gov |
| Telephone: (202) 305-0361 | |
| Email: richard.udell@usdoj.gov | |