MINUTE ENTRY
OCTOBER 20, 2022
LEMMON, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 21-126 |
| WARLITO TAN | SECTION: "S" |

 A pretrial conference was held via Zoom video-conference on October 20, 2022, at 2:30 p.m. with the following counsel participating: Dall Kammer and David Berman on behalf of the United States of America; and Edward McColl and Caroline Gabriel on behalf of defendant, Warlito Tan.

 A jury trial of this matter will commence on **Monday, November 7 at 9:00 a.m.**, and is anticipated to last 6-7 days. Each party is allotted 20 minutes of *voir dire*.

 Pursuant to Rule 24(b)(2) of the Federal Rules of Criminal Procedure, the government has 6 peremptory challenges, and the defendants have 10 peremptory challenges, in the selection of 12 jurors. Two alternate jurors will be selected. Pursuant to Rule 24(c)(4) of the Federal Rules of Criminal Procedure, each side has one peremptory challenge exercisable in the selection of the alternate jurors.

 Revised proposed jury instructions, jury *voir dire,* exhibit lists, and objections shall be submitted by **Monday, October 31, 2022**.

 Counsel shall submit a redacted indictment for reading and submission to the jury by

**Friday, November 4, 2022**.

Opposition to the government's pending <u>Daubert</u> motion (Rec. Doc. 256) shall be filed by **October 24, 2022 at 10:00 a.m.**

If needed during trials, counsel are invited to use the Michaelle Pitard Wynne Attorney Conference Center located in Room B-245 on the second floor of the Hale Boggs Federal building near the crossover to the Courthouse.  The space features three private conference rooms, a lounge, and a computer workroom with internet, copy, fax and print services.  Details and information on these services including conference room reservations can be found at http://nofba.org or by contacting Amanda T. Kaiser, Executive Director at 504-589-7990 or fbaneworleans@gmail.com.

```
JS10(00:18)
```