# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 21-126** |
| | * | |
| **v.** | * | **SECTION: "S" (4)** |
| | * | |
| **EMPIRE BULKERS, LTD.,** | * | |
| **JOANNA MARITIME LIMITED, AND** | * | |
| **WARLITO TAN** | * | |

\* \* \* \*

## MOTION TO RELEASE WITNESS FROM TRIAL SUBPOENA

**NOW INTO COURT**, through undersigned counsel, comes witness Gerone Bernabe ("Witness") who respectfully request that this Court release him from his trial subpoena in the above-captioned matter. In support of this Motion, the Witness states as follows:

1.      Ms. Bernabe was served in October 2021 with a trial subpoena to testify at trial in this matter, then scheduled to take place on December 13, 2021.

2.      The trial has been postponed several times since then and is currently scheduled to begin on November 7, 2022.

3.      Given the delay and other unforeseen circumstances, and for all of the reasons set forth in the accompanying memorandum in support, the Witness respectfully requests that this Court release him from complying with that subpoena.

4.      Undersigned counsel has advised the government of this motion. The government advises that it opposes this motion.

**WHEREFORE**, undersigned counsel respectfully requests that this motion to release witness Gerone Bernabe from his trial subpoena be granted, and/or for all other relief appropriate and just under the circumstances.

Respectfully submitted,

*/s/ Jacob K. Weixler*
Jacob K. Weixler (36076)
Weixler Law LLC
P.O. Box 52197
New Orleans, Louisiana 70152-2197
Tel.: (504) 408-2180
Fax: (504) 814-1728
jkw@weixlerlaw.com

-AND-

*/s/ Bruce M. Merrill*
Bruce M. Merrill, (Me. Bar No. 7623)
Law Offices of Bruce M. Merrill, P.A.
225 Commercial Street
Suite 501
Portland, ME  04101
(207)  775-3333
E-mail: mainelaw@maine.rr.com
*Admitted Pro Hac Vice*

*Attorneys for Gerone Bernabe*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2022, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Jacob K. Weixler*
JACOB K. WEIXLER