UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 21-126 |
| | * | |
| v. | * | SECTION: "S" (4) |
| | * | |
| EMPIRE BULKERS, LTD., | * | |
| JOANNA MARITIME LIMITED, AND | * | |
| WARLITO TAN | * | |

* * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that witness Gerone Bernabe will bring for hearing his Motion for Release from Trial Subpoena before the Honorable Judge Mary Ann Vial Lemmon in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C414, New Orleans, Louisiana 70130 on the 17th day of November, 2022 at 2:00 p.m.

Respectfully submitted,

*/s/ Jacob K. Weixler*
Jacob K. Weixler (36076)
Weixler Law LLC
P.O. Box 52197
New Orleans, Louisiana 70152-2197
Tel.: (504) 408-2180
Fax: (504) 814-1728
jkw@weixlerlaw.com


-AND-

/s/ Bruce M. Merrill
Bruce M. Merrill, (Me. Bar No. 7623)
Law Offices of Bruce M. Merrill, P.A.
225 Commercial Street
Suite 501
Portland, ME  04101
(207)  775-3333
E-mail: mainelaw@maine.rr.com
*Admitted Pro Hac Vice*

*Attorneys for Gerone Bernabe*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2022, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Jacob K. Weixler
JACOB K. WEIXLER

2