UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 21-126 |
| | * | |
| v. | * | SECTION: "S" (4) |
| | * | |
| EMPIRE BULKERS, LTD., | * | |
| JOANNA MARITIME LIMITED, AND | * | |
| WARLITO TAN | * | |

\* \* \* \*

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes witness Gerone Bernabe, who respectfully requests oral argument pursuant to LR 78.1 on his Motion for Release from Trial Subpoena, which is presently noticed for hearing before the Honorable Judge Mary Ann Vial Lemmon in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C414, New Orleans, Louisiana 70130 on the 17th day of November, 2022 at 2:00 p.m.  Mr. Bernabe respectfully submits that oral argument will materially assist the Court in its review of the pending Motion.

Respectfully submitted,

*/s/ Jacob K. Weixler*
Jacob K. Weixler (36076)
Weixler Law LLC
P.O. Box 52197
New Orleans, Louisiana 70152-2197
Tel.: (504) 408-2180
Fax: (504) 814-1728
jkw@weixlerlaw.com

-AND-

        */s/ Bruce M. Merrill*
        Bruce M. Merrill, (Me. Bar No. 7623)
        Law Offices of Bruce M. Merrill, P.A.
        225 Commercial Street
        Suite 501
        Portland, ME  04101
        (207)  775-3333
        E-mail: mainelaw@maine.rr.com
        *Admitted Pro Hac Vice*

        *Attorneys  for Gerone Bernabe*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2022, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        */s/ Jacob K. Weixler*
        JACOB K. WEIXLER