UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 21-126** |
| | * | |
| v. | * | **SECTION: "S" (4)** |
| | * | |
| **EMPIRE BULKERS, LTD.,** | * | |
| **JOANNA MARITIME LIMITED, AND** | * | |
| **WARLITO TAN** | * | |

* * * *

## *EX PARTE* UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION

**NOW INTO COURT**, through undersigned counsel, comes witness Gerone Bernabe ("Witness") who respectfully requests that this Court expedite consideration of his Motion to Release Witness from Trial Subpoena (Rec. Doc. 258) in the above-captioned matter. In support of this Motion, the Witness states as follows:

1. The Motion to Release Witness from Trial Subpoena is currently set for hearing on November 17, 2022. This date is after the commencement of trial in this matter on November 7, 2022.

2. Moreover, if the Witness is required to travel from the Philippines to the United States for trial, he must begin travelling several days prior to his required appearance.

3. Accordingly, Mr. Bernabe asks that the Court expedite its consideration of his motion so that it may be resolved before he would be required to begin his journey to the US for trial.

4. Undersigned counsel has advised the government of this motion. The government advises that it does not oppose expedited consideration of the Mr. Bernabe's motion.

**WHEREFORE**, undersigned counsel respectfully requests that this *ex parte* unopposed motion to expedite consideration of witness Gerone Bernabe's motion to release witness from trial subpoena be granted, and/or for all other relief appropriate and just under the circumstances.

        Respectfully submitted,

        */s/ Jacob K. Weixler*
        Jacob K. Weixler (36076)
        Weixler Law LLC
        P.O. Box 52197
        New Orleans, Louisiana 70152-2197
        Tel.: (504) 408-2180
        Fax: (504) 814-1728
        jkw@weixlerlaw.com

        -AND-

        */s/ Bruce M. Merrill*
        Bruce M. Merrill, (Me. Bar No. 7623)
        Law Offices of Bruce M. Merrill, P.A.
        225 Commercial Street
        Suite 501
        Portland, ME  04101
        (207)  775-3333
        E-mail: mainelaw@maine.rr.com
        *Admitted Pro Hac Vice*

        *Attorneys for Gerone Bernabe*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2022, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        */s/ Jacob K. Weixler*
        JACOB K. WEIXLER