# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 21-126** |
| | * | |
| **v.** | * | **SECTION: "S" (4)** |
| | * | |
| **EMPIRE BULKERS, LTD.,** | * | |
| **JOANNA MARITIME LIMITED, AND** | * | |
| **WARLITO TAN** | * | |

                         *   *   *   *

## <u>ORDER</u>

Considering the foregoing *Ex Parte* Unopposed Motion for Expedited Consideration of witness Gerone Bernabe's Motion to Release Witness from Trial Subpoena (Rec. Doc. 258):

**IT IS HEREBY ORDERED** that the *Ex Parte* Motion is **GRANTED**. If the government wishes to oppose the Motion to Release Witness from Trial Subpoena (Rec. Doc. 258), it shall notify the Court immediately and submit its brief in opposition as soon as possible.

New Orleans, Louisiana, this _____ day of October, 2022.

_____
HON. JUDGE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE