UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| v. | * | SECTION: "S" |
| EMPIRE BULKERS LTD. | * | |
| JOANNA MARITIME LIMITED | | |
| WARLITO TAN | * | |
| | * | |

**DEFENDANT TAN'S MOTION IN LIMINE TO PRECLUDE THE GOVERNMENT FROM ACCUSING HIM OF FAILING TO MAINTAIN AN OIL RECORD BOOK OR VIOLATING MARPOL**

NOW COMES defendant Warlito Tan, by and through his counsel, and moves in limine to prohibit the government from asserting or arguing to the jury that he failed to maintain an accurate oil record book or that he committed any MARPOL violation. Defendant Tan makes this request because the government has repeatedly made these accusations in Court filings, even though it is clear that Defendant Tan had no duty to maintain the ORB and could not have "violated MARPOL." For the reasons set forth in the accompanying memorandum of law, the government should be precluded from asserting or implying otherwise before the jury.

DATED this 24th day of October 2022.

/s/ Caroline Gabriel
Caroline Gabriel, Bar No. 38224
William Most, Bar No. 36914
Most & Associates, L.L.C.
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(504) 509-5023
caroline.gabriel.ma@gmail.com
williammost@gmail.com


/s/ Edward S. MacColl
Edward S. MacColl, MBRN #2658

Pro Hac Vice
Counsel for Defendant Tan

CERTIFICATE OF SERVICE

  I do hereby certify that on the above date I made service of the above document by electronically filing the same using the Court's EM/ECF system.

              /s/ Edward S. MacColl