UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| v. | * | SECTION: "S" |
| **EMPIRE BULKERS LTD.** | * | |
| **JOANNA MARITIME LIMITED** | | |
| **WARLITO TAN** | * | |
| | * | |

**ORDER GRANTING WARLITO TAN'S MOTION IN LIMINE**

Upon consideration of Defendant Tan's Motion in Limine to Preclude the Government from Accusing him of Failing to Maintain an Oil Record Book or Violating MARPOL it is hereby ORDERED as follows:

The Motion is <u>GRANTED</u>. The Government is hereby prohibited from accusing Defendant at trial of failing to maintain an oil record book or violating MARPOL

DATED at New Orleans, Louisiana this ___ day of October 2022.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**

1