UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| **v.** | * | **SECTION: "S"** |
| **EMPIRE BULKERS LTD.** | * | |
| **JOANNA MARITIME LIMITED** | | |
| **WARLITO TAN** | * | |

### NOTICE OF HEARING

**TO:**  G. Dall Kammer, Esq.                                Richard A. Udell, Esq.
Assistant U.S. Attorney                                 Kenneth E. Nelson, Esq.
U.S. Attorney's Office                                     Environmental Crimes Section
For the Eastern District of Louisiana         U.S. Department of Justice
650 Poydras Street, Suite 1600                  150 M St., N.E. / Room 4.206
New Orleans, LA 70130                             Washington, DC 20530
504-680-3000                                                  202-305-0361
Dall.Kammer@usdoj.gov                          Richard.Udell@usdoj.gov
                                                                        Kenneth.Nelson3@usdoj.gov

**PLEASE TAKE NOTICE,** that the Defendant Tan's Motion in Limine to Preclude the Government from Accusing him of Failing to Maintain an Oil Record Book or Violating MARPOL will be brought to the Court for submission (or oral argument if so ordered), before the Honorable Maryann Vial Lemmon, United States District Judge, at the United States Courthouse, 500 Poydras Street, Courtroom B431, New Orleans, Louisiana 70130, on November 3**, 2022 at 2:00 pm.**

DATED this 24th day of October 2022.          Respectfully Submitted,

/s/ Caroline Gabriel
Caroline Gabriel, Bar No. 38224
William Most, Bar No. 36914
Most & Associates, L.L.C.
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(504) 509-5023
caroline.gabriel.ma@gmail.com
williammost@gmail.com

1

/s/ Edward S. MacColl
Edward S. MacColl, MBRN #2658 (PHV)
*Counsel for Defendant Tan*