UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| | * | |
| v. | * | SECTION: "S" |
| | * | |
| EMPIRE BULKERS LTD. | * | |
| JOANNA MARITIME LIMITED | * | |
| WARLITO TAN | * | |

## MOTION FOR EXPEDITED CONSIDERATION

**NOW INTO COURT**, through undersigned counsel, comes defendant Warlito Tan, who respectfully requests that this Court expedite consideration of his Motion in Limine to Preclude the Government from Accusing him of Failing to Maintain an Oil Record Book or Violating MARPOL in the above-captioned matter. In support of this Motion, the Defendant states as follows:

1. The case is scheduled for trial on November 7, 2022; and

2. The need for the motion in limine became apparent last week due to argument in government filings that the defense respectfully submits would be highly prejudicial if repeated before the jury.

Dated this 24th day of October 2022.       Respectfully Submitted,

/s/ Caroline Gabriel

Caroline Gabriel, Bar No. 38224
William Most, Bar No. 36914
Most & Associates, L.L.C.
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(504) 509-5023
caroline.gabriel.ma@gmail.com
williammost@gmail.com

1

/s/ Edward S. MacColl
Edward S. MacColl, MBRN #2658 (PHV)
*Counsel for Defendant Tan*

CERTIFICATE OF SERVICE

I do hereby certify that on the above date I made service of the above document by electronically filing the same using the Court's EM/ECF system.

/s/ Edward S. MacColl