UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| v. | * | SECTION: "S" |
| **EMPIRE BULKERS LTD.** | * | |
| **JOANNA MARITIME LIMITED** | | |
| **WARLITO TAN** | * | |
| | * | |

**ORDER**

Upon consideration of Defendant Tan's Motion to Expedite Hearing on his Motion in Limine to Preclude the Government from Accusing him of Failing to Maintain an Oil Record Book or Violating MARPOL it is hereby ORDERED as follows:

The Motion is <u>GRANTED</u>. The Motion in Limine shall be heard at the United States Courthouse, 500 Poydras Street, Courtroom B431, New Orleans, Louisiana 70130, on **November 3, 2022 at 2:00 pm.** If the Government wishes to oppose the Motion in Limine to Preclude the Government from Accusing him of Failing to Maintain an Oil Record Book or Violating MARPOL (Rec. Doc. 263), it shall notify the Court immediately and submit its brief in opposition prior to November 3, 2022.

DATED at New Orleans, Louisiana this ___ day of October 2022.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**

1