UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 21-126** |
| | * | |
| v. | * | **SECTION: "S" (4)** |
| | * | |
| **EMPIRE BULKERS, LTD.,** | * | |
| **JOANNA MARITIME LIMITED, AND** | * | |
| **WARLITO TAN** | * | |

\* \* \* \*

## *EX PARTE* MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

**NOW INTO COURT**, through undersigned counsel, comes witness Gerone Bernabe ("Mr. Bernabe" or the "Witness") who respectfully submits this *ex parte* motion for leave to file a reply memorandum to the government's opposition to Mr. Bernabe's motion seeking to be released from his trial subpoena. In support of this *ex parte* motion, counsel states the following:

1. On October 21, 2022, Mr. Bernabe filed a motion to be released from the trial subpoena served in this matter. Rec. Doc. 258.

2. The government filed an opposition to Mr. Bernabe's motion on October 24, 2022. Rec. Doc. 262.

3. Mr. Bernabe now wishes to address the arguments raised in the government's opposition through the proposed reply memorandum filed with this motion.

4. Undersigned counsel contacted counsel for the government to determine the government's position on this motion for leave. As of this filing, counsel for the government has not yet responded regarding their position.

**WHEREFORE**, the Mr. Bernabe respectfully requests that this motion for leave to file reply memorandum be granted.

Respectfully submitted,

*/s/ Jacob K. Weixler*
Jacob K. Weixler (36076)
Weixler Law LLC
P.O. Box 52197
New Orleans, Louisiana 70152-2197
Tel.: (504) 408-2180
Fax: (504) 814-1728
jkw@weixlerlaw.com

-AND-

*/s/ Bruce M. Merrill*
Bruce M. Merrill (Me. Bar No. 7623)
*Trial Attorney*
Law Offices of Bruce M. Merrill, P.A.
225 Commercial Street
Suite 501
Portland, ME  04101
(207)  775-3333
mainelaw@maine.rr.com
*Admitted Pro Hac Vice*

*Attorneys for Gerone Bernabe*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2022, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Jacob K. Weixler*
JACOB K. WEIXLER