# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| **v.** | * | **SECTION: S** |
| **WARLITO TAN** | * | |
| | * | |

\* \* \*

## MOTION FOR LEAVE TO SUPPLEMENT EXHIBIT

The government respectfully requests leave to supplement its Opposition to Motion to Quash Trial Subpoena of Gerone Bernabe (Rec. Doc. 262) with attached Exhibit B (July 28, 2021 email from counsel for Gerone Bernabe). Exhibit B is offered in support of the government's representation in footnote 2 that counsel entered into a Joint Defense Agreement.

WHEREFORE, the government respectfully requests that this motion be granted, and that Exhibit B be considered in support of its Opposition (Rec. Doc. 262).

Respectfully Submitted,

| | |
|---|---|
| TODD KIM | DUANE A. EVANS |
| Assistant Attorney General | United States Attorney |
| Environmental & Natural Resources Division | |
| U.S. Department of Justice | |
| | |
| *s/ Richard A. Udell* | *s/ G. Dall Kammer* |
| Richard A. Udell | G. Dall Kammer (26948) |
| Senior Litigation Counsel | Assistant U.S Attorney |
| Environmental Crimes Section | 650 Poydras Street, Suite 1600 |
| U.S. Department of Justice | New Orleans, LA 70130 |
| 150 M St., N.E./Room 4206 | Telephone: (504) 680-3168 |
| Washington, D.C. 20044 | Email: dall.kammer@usdoj.gov |
| Telephone: (202) 305-0361 | |
| Email: richard.udell@usdoj.gov | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*s/ G. Dall Kammer*
G. DALL KAMMER
Assistant United States Attorney