**Kammer, Dall (USALAE)**

| | |
|---|---|
| **From:** | Bruce Merrill <mainelaw@maine.rr.com> |
| **Sent:** | Wednesday, July 28, 2021 2:45 PM |
| **To:** | Kammer, Dall (USALAE) |
| **Cc:** | Udell, Richard (ENRD); Nelson, Kenneth (ENRD); 'Bruce Merrill' |
| **Subject:** | RE: July 28, 2021 Non-Disclosure Agreement.pdf |
| **Attachments:** | July 28, 2021 Non-Disclosure Agreement.pdf |

Dall - Three items in your proposed non-disclosure agreement that need to be changed. 1) Page 1/Paragraph two of your letter states that I said that I had a "written" JDA with the other counsel in this matter. I never said anything about the JDA being written, so please remove the word "written"; 2) Mr. Nalogon's name is spelled "Nalogon", not Nalagon; please correct; and 3) Page 2/First full paragraph states that I "promise not to disclose directly or indirectly *to any person* the information provided to me . . ." I certainly intend to share and discuss the information that I receive from you with Mr. Nalogon and Mr. Gonzaga, so I suggest that you add "except your clients Nimuel Nalogon and Louie Gonazaga" after "to any person" in that sentence. Thanks. Bruce

Bruce M. Merrill
LAW OFFICES OF BRUCE M. MERRILL
225 Commercial Street/Suite 501
Portland, ME  04101
207/775-3333 (Tel.)
207/775-2166 (FAX)
E-mail: mainelaw@maine.rr.com


GOVERNMENT EXHIBIT B

This e-mail message and any attachment is intended solely for the addressee. The message and/or attachment may contain confidential and privileged information. If you are not the intended recipient of this message, you must not read, use, retain or disseminate the information. Instead, please notify the sender and delete the message and any attachment from your system. The sender does not waive confidentiality or privilege by mistransmission. Thank you for your cooperation.

---

**From:** Kammer, Dall (USALAE) [mailto:Dall.Kammer@usdoj.gov]
**Sent:** Wednesday, July 28, 2021 12:25 PM
**To:** Bruce Merrill
**Cc:** Udell, Richard (ENRD); Nelson, Kenneth (ENRD)
**Subject:** July 28, 2021 Non-Disclosure Agreement.pdf

Bruce,

Attached is a non-disclosure agreement concerning the grand jury testimony of your clients on July 22, 2021.  If you agree, please sign and email back to me. We are available for a telephone conference tomorrow at 10am CST.

Dall



G. DALL KAMMER
CHIEF, GENERAL CRIMES
ASSISTANT UNITED STATES ATTORNEY
EASTERN DISTRICT OF LOUISIANA
650 POYDRAS STREET, SUITE 1600
NEW ORLEANS, LA  70130
dall.kammer@usdoj.gov
(O) (504) 680-3168