UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| **v.** | * | **SECTION: S** |
| **WARLITO TAN** | * | |
| | * | |

\* \* \*

## ORDER

Considering the foregoing,

**IT IS ORDERED** that the government in **GRANTED** leave to supplement its response in opposition (Rec. Doc. 262) with proposed Exhibit B (July 28, 2021 email from counsel for Gerone Bernabe).

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
**HONORABLE MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**