UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 21-126 |
| | * | |
| v. | * | SECTION: "S" (4) |
| | * | |
| EMPIRE BULKERS, LTD., | * | |
| JOANNA MARITIME LIMITED, AND | * | |
| WARLITO TAN | * | |

\* \* \* \*

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Reply:

**IT IS HEREBY ORDERED** that the *Ex Parte* Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Mr. Bernabe's proposed Reply Memorandum to the government's opposition to Mr. Bernabe's Motion to Release Witness from Trial Subpoena be filed on the docket in the above-captioned matter.

New Orleans, Louisiana, this __25th__ day of October, 2022.

HON. MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE