UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
|---|---|---|
| v. | * | SECTION: S |
| WARLITO TAN | * | |
| | * | |

\* \* \*

### ORDER

Considering the foregoing,

**IT IS ORDERED** that the government in **GRANTED** leave to supplement its response in opposition (Rec. Doc. 262) with proposed Exhibit B (July 28, 2021 email from counsel for Gerone Bernabe).

New Orleans, Louisiana, this  25th   day of  October , 2022.

HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE