UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 21-126** |
| | * | |
| v. | * | **SECTION: "S" (4)** |
| | * | |
| **EMPIRE BULKERS, LTD.,** | * | |
| **JOANNA MARITIME LIMITED, AND** | * | |
| **WARLITO TAN** | * | |

* * * *

## *EX PARTE* MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM RELATED TO WITNESS TRAVEL

**NOW INTO COURT**, through undersigned counsel, comes witness Gerone Bernabe ("Mr. Bernabe" or the "Witness") who respectfully submits this *ex parte* motion for leave to file a supplemental memorandum related to the estimated travel time from Manila to New Orleans.  Mr. Bernabe, in his Memorandum in Support of Motion to Release (Rec. Doc. 258-1), stated that travel time for the international part of his journey will take approximately 15.5 hours (Rec. Doc. 258-1, p. 4).  Upon further research, that time is closer to 32 hours over a multi-day period of time.  As this information is significant in assessing the burden imposed upon Mr. Bernabe by the trial subpoena, the witness requests leave to submit the brief supplemental memorandum and exhibit attached.  Undersigned counsel has contacted counsel for the government to ascertain the government's position on this motion.  As of the time of this filing, the government has not responded with its position.

**WHEREFORE**, Mr. Bernabe respectfully prays that this Honorable Court will grant him leave to file a corrected estimate of travel time from Manila to New Orleans.

Respectfully submitted,

*/s/ Jacob K. Weixler*
Jacob K. Weixler (36076)
Weixler Law LLC
P.O. Box 52197
New Orleans, Louisiana 70152-2197
Tel.: (504) 408-2180
Fax: (504) 814-1728
jkw@weixlerlaw.com

-AND-

*/s/ Bruce M. Merrill*
Bruce M. Merrill (Me. Bar No. 7623)
*Trial Attorney*
Law Offices of Bruce M. Merrill, P.A.
225 Commercial Street
Suite 501
Portland, ME  04101
(207)  775-3333
mainelaw@maine.rr.com
*Admitted Pro Hac Vice*

*Attorneys for Gerone Bernabe*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2022, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Jacob K. Weixler*
JACOB K. WEIXLER