UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 21-126** |
| | * | |
| v. | * | **SECTION: "S" (4)** |
| | * | |
| **EMPIRE BULKERS, LTD.,** | * | |
| **JOANNA MARITIME LIMITED, AND** | * | |
| **WARLITO TAN** | * | |

* * * *

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Supplemental Memorandum Related to Witness Travel:

**IT IS HEREBY ORDERED** that the *Ex Parte* Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Mr. Bernabe's proposed Supplemental Memorandum Related to Witness Travel be filed on the docket in the above-captioned matter.

New Orleans, Louisiana, this _____ day of October, 2022.

_____
HON. MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE