# EXHIBIT A



✓ No change fees

---

**2 Stops**  35h 24m

JAL Japan  01:05a MNL  →  10:29p MSY

$825 per person

As low as $75/mo

✓ Free cancellation within 24 hours of booking

---

**2 Stops**  25h 17m

JAL Japan  01:05a MNL  →  12:22p MSY

$834 per person

1 seat left

Operated by AMERICAN AIRLINES

As low as $76/mo

✓ Free cancellation within 24 hours of booking

---

**2 Stops**  35h 24m

JAL Japan  01:05a MNL  →  10:29p MSY

$844 per person

Operated by AMERICAN AIRLINES

As low as $77/mo

✓ Free cancellation within 24 hours of booking

---

**2 Stops**  🌙 34h 19m                                    Arrives: Mon, Nov 7

ANA All Nippon  02:50p MNL  →  11:09a +1 MSY

$872 per person

Operated by ALL NIPPON AIRWAYS COMPA

As low as $79/mo

✓ Free cancellation within 24 hours of booking

---

**2 Stops**  🌙 41h 11m                                    Arrives: Mon, Nov 7

ANA All Nippon  02:50p MNL  →  06:01p +1 MSY

$877 per person

As low as $80/mo

✓ Free cancellation within 24 hours of booking

---

**2 Stops**  🌙 43h 13m                                    Arrives: Mon, Nov 7

$877

| ANA All Nippon | 02:50p MNL | 08:03p +1 MSY | per person<br>3 seats left<br>As low as $80/mo |

✓ Free cancellation within 24 hours of booking

---

**2 Stops** 🌙 45h 40m — Arrives: Mon, Nov 7 — **$877** per person

| ANA All Nippon | 02:50p MNL | 10:30p +1 MSY | |

Operated by UNITED AIRLINES INC — As low as $80/mo

✓ Free cancellation within 24 hours of booking

---

**2 Stops** 🌙 45h 40m — Arrives: Mon, Nov 7 — **$877** per person

| ANA All Nippon | 02:50p MNL | 10:30p +1 MSY | As low as $80/mo |

✓ Free cancellation within 24 hours of booking

---

**2 Stops** 25h 54m — **$878** per person

| ANA All Nippon | 09:30a MNL | 09:24p MSY | 2 seats left<br>As low as $80/mo |

✓ Free cancellation within 24 hours of booking

---

**2 Stops** 🌙 44h 34m — Arrives: Mon, Nov 7 — **$884** per person

| ANA All Nippon | 02:50p MNL | 09:24p +1 MSY | As low as $80/mo |

✓ Free cancellation within 24 hours of booking

---

**2 Stops** 🌙 46h 31m — Arrives: Mon, Nov 7 — **$887** per person

| ANA All Nippon | 09:30a MNL | 06:01p +1 MSY | As low as $81/mo |

✓ Free cancellation within 24 hours of booking

---

**2 Stops** 🌙 48h 33m | Arrives: Mon, Nov 7 | **$887** per person

ANA All Nippon | 09:30a MNL | 08:03p +1 MSY | 3 seats left

As low as $81/mo

✓ Free cancellation within 24 hours of booking

---

**2 Stops** 🌙 45h 40m | Arrives: Mon, Nov 7 | **$887** per person

ANA All Nippon | 02:50p MNL | 10:30p +1 MSY

As low as $81/mo

✓ Free cancellation within 24 hours of booking

---

**2 Stops** 🌙 45h 40m | Arrives: Mon, Nov 7 | **$887** per person

ANA All Nippon | 02:50p MNL | 10:30p +1 MSY

As low as $81/mo

✓ Free cancellation within 24 hours of booking

---

**2 Stops** 🌙 49h 54m | Arrives: Mon, Nov 7 | **$894** per person

ANA All Nippon | 09:30a MNL | 09:24p +1 MSY

As low as $81/mo

✓ Free cancellation within 24 hours of booking

---

**2 Stops** 🌙 51h 0m | Arrives: Mon, Nov 7 | **$897** per person

ANA All Nippon | 09:30a MNL | 10:30p +1 MSY

As low as $82/mo

✓ Free cancellation within 24 hours of booking

---

**2 Stops** 🌙 36h 51m | Arrives: Mon, Nov 7 | **$902** per person

| ANA All Nippon | 02:50p MNL | 01:41p +1 MSY | 1 seat left As low as $82/mo |

✓ Free cancellation within 24 hours of booking

**2 Stops** 27h 0m

| ANA All Nippon | 09:30a MNL | 10:30p MSY | **$903** per person  2 seats left  As low as $82/mo |

✓ Free cancellation within 24 hours of booking

**2 Stops** 🌙 42h 11m      Arrives: Mon, Nov 7

| ANA All Nippon | 09:30a MNL | 01:41p +1 MSY | **$912** per person  1 seat left  As low as $83/mo |

✓ Free cancellation within 24 hours of booking

**2 Stops** 🌙 42h 11m      Arrives: Mon, Nov 7

| ANA All Nippon | 09:30a MNL | 01:41p +1 MSY | **$924** per person  1 seat left  As low as $84/mo |

✓ Free cancellation within 24 hours of booking

**2 Stops** 🌙 47h 31m      Arrives: Mon, Nov 7

| JAL Japan | 01:05a MNL | 10:36a +1 MSY | **$973** per person  As low as $88/mo |

✓ Free cancellation within 24 hours of booking

**2 Stops** 🌙 52h 45m      Arrives: Mon, Nov 7

| JAL Japan | 01:05a MNL | 03:50p +1 MSY | **$973** per person  As low as $88/mo |

Operated by AMERICAN AIRLINES

✓ Free cancellation within 24 hours of booking

| | | | |
|---|---|---|---|
| 2 Stops 🌙 39h 54m | | Arrives: Mon, Nov 7 | **$977** per person |
| ANA All Nippon | 02:50p MNL | 04:44p +1 MSY | As low as $89/mo |
| ✓ Free cancellation within 24 hours of booking | | | |

| | | | |
|---|---|---|---|
| 2 Stops 24h 33m | | | **$979** per person |
| ANA All Nippon | 09:30a MNL | 08:03p MSY | As low as $89/mo |
| ✓ Free cancellation within 24 hours of booking | | | |

| | | | |
|---|---|---|---|
| 2 Stops 🌙 45h 14m | | Arrives: Mon, Nov 7 | **$987** per person |
| ANA All Nippon | 09:30a MNL | 04:44p +1 MSY | As low as $90/mo |
| ✓ Free cancellation within 24 hours of booking | | | |

| | | | |
|---|---|---|---|
| 1 Stop 🌙 40h 31m | | Arrives: Mon, Nov 7 | **$998** per person **2 seats left** |
| Philippine | 09:00p MNL | 11:31p +1 MSY | As low as $91/mo |
| ✓ Free cancellation within 24 hours of booking | | | |

| | | | |
|---|---|---|---|
| 2 Stops 28h 45m | | | **$1032** per person |
| JAL Japan | 01:05a MNL | 03:50p MSY | |
| Operated by JAPAN AIRLINES INTL | | | As low as $94/mo |
| ✓ Free cancellation within 24 hours of booking | | | |

| | | | |
|---|---|---|---|
| 2 Stops 32h 5m | | | **$1032** per person |
| JAL Japan | 01:05a MNL | 07:10p MSY | |
| Operated by JAPAN AIRLINES INTL | | | As low as $94/mo |

✓ Free cancellation within 24 hours of booking

**2 Stops**  25h 17m

Japan (JAL)  
**01:05a**  MNL  
**12:22p**  MSY  
**$1041** per person

Operated by JAPAN AIRLINES INTL

As low as $94/mo

✓ Free cancellation within 24 hours of booking

View More Flights