UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 21-126** |
| | * | |
| v. | * | **SECTION: "S" (4)** |
| | * | |
| **EMPIRE BULKERS, LTD.,** | * | |
| **JOANNA MARITIME LIMITED, AND** | * | |
| **WARLITO TAN** | * | |

\* \* \* \*

### SUPPLEMENTAL MEMORANDUM RELATED TO WITNESS TRAVEL TIME IN SUPPORT OF MOTION TO RELEASE WITNESS FROM TRIAL SUBPOENA

**NOW INTO COURT**, through undersigned counsel, comes witness Gerone Bernabe (the "Witness") who respectfully submits this supplemental memorandum concerning the estimated time he would need to spend in international travel from Manila to New Orleans in order to testify in the above-captioned matter.

Counsel previously estimated the international portion of the travel would take 15.5 hours (Rec. Doc. 258-1, p. 4).  However, since filing that estimate, undersigned counsel has discovered that this 15.5-hour estimate is far too low.  As the listing of itineraries available through Priceline.com (attached as Exhibit A) documents, Mr. Bernabe's travel would likely take a minimum of 25 hours and 17 minutes to a possible maximum of 52 hours and 45 minutes <u>each way</u>.  Importantly, this estimate excludes the time Mr. Bernabe must spend getting to Manila from his home in Visayas (approximately another hour in flight time) and dealing with officials in Manila to get his parole papers, all of which add to the time commitment required for his round trip to this district.

The estimate above is consistent with defendant Tan's recent journey to the United States.  According to information provided by Tan's counsel, Tan's ongoing travel to the

United States will take nearly a week, including about 32 hours of international travel time, as follows:

1. Warlito Tan left home and arrived in Manila on October 20, 2022 (October 19 in New Orleans);
2. He took a PCR test in Manila that day;
3. He was told to quarantine in a hotel until his flight, scheduled for Monday evening October 24, 2022;
4. Through counsel Chief Tan continued to make multiple requests to the government for documentation that would permit his entry in the United States over the course of nearly a week; government was able to provide limited assistance and documentation;
5. On Friday, October 21, Chief Tan received a call from a U.S. Embassy official stating that parole paperwork would be available at the Embassy Monday at 9:00 a.m. local (Manila) time;
6. He travelled to the U.S. Embassy and received his parole paperwork Monday morning;
7. He boarded a flight to Qatar Monday evening at 6:35 p.m. local (Manila) time (5:35 a.m. CDT on 10/24);
8. After a nine-hour flight he arrived in Qatar at 10:35 p.m. Qatar time (2:35 p.m. CDT);
9. After a nine-hour layover, he was scheduled to bord a flight to Philadelphia at 7:55 a.m. Qatar time on October 25 (11:55 p.m. CDT on October 24);
10. He is scheduled to arrive in Philadelphia at 3:05 p.m. (EDT) on October 25;
11. He is scheduled to board a flight to Maine at 8:49 p.m (EDT);
12. He is scheduled to arrive in Maine at 10:12 p.m. (9:12 CDT), on October 25, nearly 32 hours after boarding a flight in Manila and six days after leaving home to travel to Manila for testing, quarantine, and the effort to secure U.S. entry paperwork.

None of the cases cited by the government in its opposition to Mr. Bernabe's Motion holds that a witness that is likely to have to endure 50 hours or more of grueling international travel (minimum, round trip) is "available" for in-court testimony within the meaning of Federal Rule of Evidence 804. Nor has the government shown that Mr. Bernabe can be forced to endure such travel and inconvenience under U.S. or international law, when he has already provided a videotaped deposition of his expected testimony.

**WHEREFORE**, witness Gerone Bernabe respectfully prays this Honorable Court will release him from any subpoena requiring his presence for trial in this matter.

Respectfully submitted,

*/s/ Jacob K. Weixler*
Jacob K. Weixler (36076)
Weixler Law LLC
P.O. Box 52197
New Orleans, Louisiana 70152-2197
Tel.: (504) 408-2180
Fax: (504) 814-1728
jkw@weixlerlaw.com

-AND-

*/s/ Bruce M. Merrill*
Bruce M. Merrill, (Me. Bar No. 7623)
Law Offices of Bruce M. Merrill, P.A.
225 Commercial Street
Suite 501
Portland, ME  04101
(207)  775-3333
E-mail: mainelaw@maine.rr.com
*Admitted Pro Hac Vice*

*Attorneys for Gerone Bernabe*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2022, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Jacob K. Weixler*
JACOB K. WEIXLER