# EXHIBIT A



✓ No change fees

---

**2 Stops**  35h 24m

JAL Japan   01:05a MNL   10:29p MSY

$825 per person

As low as $75/mo

✓ Free cancellation within 24 hours of booking

---

**2 Stops**  25h 17m

JAL Japan   01:05a MNL   12:22p MSY

$834 per person

1 seat left

Operated by AMERICAN AIRLINES

As low as $76/mo

✓ Free cancellation within 24 hours of booking

---

**2 Stops**  35h 24m

JAL Japan   01:05a MNL   10:29p MSY

$844 per person

Operated by AMERICAN AIRLINES

As low as $77/mo

✓ Free cancellation within 24 hours of booking

---

**2 Stops**  🌙 34h 19m                              Arrives: Mon, Nov 7

ANA All Nippon   02:50p MNL   11:09a +1 MSY

$872 per person

Operated by ALL NIPPON AIRWAYS COMPA

As low as $79/mo

✓ Free cancellation within 24 hours of booking

---

**2 Stops**  🌙 41h 11m                              Arrives: Mon, Nov 7

ANA All Nippon   02:50p MNL   06:01p +1 MSY

$877 per person

As low as $80/mo

✓ Free cancellation within 24 hours of booking

---

**2 Stops**  🌙 43h 13m                              Arrives: Mon, Nov 7

$877

| ANA All Nippon | 02:50p MNL | 08:03p +1 MSY | per person 3 seats left As low as $80/mo |

✓ Free cancellation within 24 hours of booking

---

**2 Stops** 🌙 45h 40m      Arrives: Mon, Nov 7

| ANA All Nippon | 02:50p MNL | 10:30p +1 MSY | **$877** per person As low as $80/mo |

Operated by UNITED AIRLINES INC

✓ Free cancellation within 24 hours of booking

---

**2 Stops** 🌙 45h 40m      Arrives: Mon, Nov 7

| ANA All Nippon | 02:50p MNL | 10:30p +1 MSY | **$877** per person As low as $80/mo |

✓ Free cancellation within 24 hours of booking

---

**2 Stops** 25h 54m

| ANA All Nippon | 09:30a MNL | 09:24p MSY | **$878** per person 2 seats left As low as $80/mo |

✓ Free cancellation within 24 hours of booking

---

**2 Stops** 🌙 44h 34m      Arrives: Mon, Nov 7

| ANA All Nippon | 02:50p MNL | 09:24p +1 MSY | **$884** per person As low as $80/mo |

✓ Free cancellation within 24 hours of booking

---

**2 Stops** 🌙 46h 31m      Arrives: Mon, Nov 7

| ANA All Nippon | 09:30a MNL | 06:01p +1 MSY | **$887** per person As low as $81/mo |

✓ Free cancellation within 24 hours of booking

| 2 Stops 🌙 48h 33m | | Arrives: Mon, Nov 7 | $887 per person |
|---|---|---|---|
| ANA ANA All Nippon | 09:30a MNL | 08:03p +1 MSY | 3 seats left As low as $81/mo |

✓ Free cancellation within 24 hours of booking

| 2 Stops 🌙 45h 40m | | Arrives: Mon, Nov 7 | $887 per person |
|---|---|---|---|
| ANA ANA All Nippon | 02:50p MNL | 10:30p +1 MSY | As low as $81/mo |

✓ Free cancellation within 24 hours of booking

| 2 Stops 🌙 45h 40m | | Arrives: Mon, Nov 7 | $887 per person |
|---|---|---|---|
| ANA ANA All Nippon | 02:50p MNL | 10:30p +1 MSY | As low as $81/mo |

✓ Free cancellation within 24 hours of booking

| 2 Stops 🌙 49h 54m | | Arrives: Mon, Nov 7 | $894 per person |
|---|---|---|---|
| ANA ANA All Nippon | 09:30a MNL | 09:24p +1 MSY | As low as $81/mo |

✓ Free cancellation within 24 hours of booking

| 2 Stops 🌙 51h 0m | | Arrives: Mon, Nov 7 | $897 per person |
|---|---|---|---|
| ANA ANA All Nippon | 09:30a MNL | 10:30p +1 MSY | As low as $82/mo |

✓ Free cancellation within 24 hours of booking

| 2 Stops 🌙 36h 51m | | Arrives: Mon, Nov 7 | $902 per person |
|---|---|---|---|

| ANA All Nippon | 02:50p MNL | 01:41p +1 MSY | 1 seat left<br>As low as $82/mo |

✓ Free cancellation within 24 hours of booking

---

**2 Stops**  27h 0m

| ANA All Nippon | 09:30a MNL | 10:30p MSY | **$903** per person<br>2 seats left<br>As low as $82/mo |

✓ Free cancellation within 24 hours of booking

---

**2 Stops**  🌙 42h 11m                              Arrives: Mon, Nov 7

| ANA All Nippon | 09:30a MNL | 01:41p +1 MSY | **$912** per person<br>1 seat left<br>As low as $83/mo |

✓ Free cancellation within 24 hours of booking

---

**2 Stops**  🌙 42h 11m                              Arrives: Mon, Nov 7

| ANA All Nippon | 09:30a MNL | 01:41p +1 MSY | **$924** per person<br>1 seat left<br>As low as $84/mo |

✓ Free cancellation within 24 hours of booking

---

**2 Stops**  🌙 47h 31m                              Arrives: Mon, Nov 7

| Japan | 01:05a MNL | 10:36a +1 MSY | **$973** per person<br>As low as $88/mo |

✓ Free cancellation within 24 hours of booking

---

**2 Stops**  🌙 52h 45m                              Arrives: Mon, Nov 7

| Japan | 01:05a MNL | 03:50p +1 MSY | **$973** per person<br>As low as $88/mo |

Operated by AMERICAN AIRLINES

✓ Free cancellation within 24 hours of booking

10/25/22, 12:30 PM
MNL to MSY - 11/6 | Priceline.com
Case 2:21-cr-00126-MVL-KWR   Document 275-1   Filed 10/26/22   Page 7 of 8

| 2 Stops | 🌙 39h 54m | | Arrives: Mon, Nov 7 | | **$977** per person |
|---|---|---|---|---|---|
| ANA All Nippon | 02:50p MNL | | 04:44p +1 MSY | | As low as $89/mo |

✓ Free cancellation within 24 hours of booking

| 2 Stops | 24h 33m | | | | **$979** per person |
|---|---|---|---|---|---|
| ANA All Nippon | 09:30a MNL | | 08:03p MSY | | As low as $89/mo |

✓ Free cancellation within 24 hours of booking

| 2 Stops | 🌙 45h 14m | | Arrives: Mon, Nov 7 | | **$987** per person |
|---|---|---|---|---|---|
| ANA All Nippon | 09:30a MNL | | 04:44p +1 MSY | | As low as $90/mo |

✓ Free cancellation within 24 hours of booking

| 1 Stop | 🌙 40h 31m | | Arrives: Mon, Nov 7 | | **$998** per person<br>**2 seats** left |
|---|---|---|---|---|---|
| Philippine | 09:00p MNL | | 11:31p +1 MSY | | As low as $91/mo |

✓ Free cancellation within 24 hours of booking

| 2 Stops | 28h 45m | | | | **$1032** per person |
|---|---|---|---|---|---|
| Japan | 01:05a MNL | | 03:50p MSY | | As low as $94/mo |
| Operated by JAPAN AIRLINES INTL | | | | | |

✓ Free cancellation within 24 hours of booking

| 2 Stops | 32h 5m | | | | **$1032** per person |
|---|---|---|---|---|---|
| Japan | 01:05a MNL | | 07:10p MSY | | As low as $94/mo |
| Operated by JAPAN AIRLINES INTL | | | | | |

✓ Free cancellation within 24 hours of booking

**2 Stops**  25h 17m

Japan (JAL)

**01:05a**  
MNL

**12:22p**  
MSY

**$1041**  
per person

Operated by JAPAN AIRLINES INTL

As low as $94/mo

✓ Free cancellation within 24 hours of booking

**View More Flights**