UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. 21-126 |
| v. | * | SECTION: "S" |
| **EMPIRE BULKERS LTD.** | * | |
| **JOANNA MARITIME LIMITED** | | |
| **WARLITO TAN** | * | |
| | * | |

**DEFENDANT TAN'S NOTICE REGARDING DETERMINATION OF FOREIGN LAW**

NOW COMES defendant Warlito Tan, through his counsel, and pursuant to Rule 26.1 of the Federal Rules of Criminal Procedure gives notice that he may seek determination of the following under the law governing ships on the high seas flying the flag of the Republic of the Marshall Islands:

(a) Entries in the oil record book made by engineers or other crewmembers on the high seas do not give rise to criminal liability.

(b) Violations of MARPOL are not punishable as crimes.

(c) A chief engineer is not required to maintain the ship's oil record book (ORB).

(d) An incorrect or incomplete entry in the ORB is not treated as a continuing violation of any law, be it criminal, civil or administrative.

(e) A chief engineer is not required to determine whether the vessel's oil content meter is working correctly.

(f) A chief engineer is not required to report dangerous conditions on the vessel to government authorities.

(g) If a vessel fails to maintain an ORB on board, the appropriate Marshall Islands official may suspend or cancel the vessel's certificate of registry, impose a monetary penalty of up to US$1,000,000 per incident or violation, which constitutes a maritime lien on the vessel, withhold port clearance, and/or impose such other conditions as may be necessary to bring the vessel into compliance.

In support of such requested determinations, defendant Tan relies on the current maritime regulations of the Republic of the Marshal Islands, a complete copy of which is attached hereto as **EXHIBIT A**, calling particular attention to the regulations implementing MARPOL found at pages 19-23.

**DATED** this 27th day of October 2022.

/s/ Caroline Gabriel
Caroline Gabriel, Bar No. 38224
William Most, Bar No. 36914
Most & Associates, L.L.C.
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(504) 509-5023
caroline.gabriel.ma@gmail.com

/s/ Edward S. MacColl
Edward S. MacColl, MBRN #2658
Pro Hac Vice
Counsel for Defendant Tan

**CERTIFICATE OF SERVICE**

I do hereby certify that on the above date I attempted to make service of the above document by electronically filing the same using the Court's EM/ECF system.

　　/s/ Edward S. MacColl