UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| v. | * | SECTION: "S" |
| EMPIRE BULKERS LTD. | * | |
| JOANNA MARITIME LIMITED | | |
| WARLITO TAN | * | |
| | * | |

**DEFENDANT TAN'S MOTION TO ADMIT VIDEOTAPE DEPOSITION**

NOW COMES defendant Warlito Tan, through counsel, and respectfully moves this honorable Court to determine that Nimuel Nalogon is unavailable to testify at the trial of *United States v. Warlito Tan, et. al.,* Doc. No. 21-126, scheduled for November 7, 2022, and to admit the edited video of Mr. Nalogon's deposition.  In support of this motion, the Defendant states as follows:

1. For seven months, the United States government detained Mr. Nalogon, a Philippine national, first as a witness to a Coast Guard investigation into the JOANNA and Chief Tan, then as a material witness to a grand jury investigation, and finally as a material witness to this criminal case.

2. The Court ordered and Mr. Nalogon provided an in-court videotaped deposition in October 2021.

3. The government and defendant Tan have designated testimony from that deposition and filed objections to designations.  The Court has ruled on all objections.

4. In accordance with an order of this honorable Court, Chief Tan has provided the government with an edited version of that video.

5.  After Mr. Nalogon returned to the Philippines following his deposition, he remained in contact with his lawyer, Bruce Merrill.  However, from the time a typhoon hit the Philippines in December 2021, Mr. Merrill has been unable to get in touch with Mr. Nalogon.

6.  Attorney Merrill provided both government counsel and defense counsel with contact information for Mr. Nalogon.  With attorney Merrill's consent, defendant Tan's attorneys have tried to reach Mr. Nalogon directly, by phone, the United States Postal Service, through various means associated with Facebook and served a supplemental subpoena on attorney Merrill as Mr. Nalogon's agent, all as detailed in the Declaration of Jamie Butler filed herewith as **EXHIBIT A** and as documented by the exhibits to that Declaration.

7.  Defendant Tan's attorneys have also continued to communicate with attorney Merrill, asking him to continue to try to reach Mr. Nalogon.  Over many months, attorney Merrill has tried to reach Mr. Nalogon, without success.

8.  In addition to the foregoing difficulties in reaching Mr. Nalogon, defendant Tan respectfully contends that, as a Philippine national last known to be living in the Philippines, and since there is no reason to believe he is within the United States, Mr. Nalogon should be considered unavailable given the limited reach of U.S. process and power as articulated by the Court in its Order and Reasons dated October 27, 2022, concerning Mr. Bernabe (Document No. 278).

WHEREFORE, defendant Tan respectfully moves the Court to determine Mr. Nalogon is unavailable to testify at trial and to admit the edited video of his deposition.

DATED this 28th day of October 2022.

2

/s/ Caroline Gabriel
Caroline Gabriel, Bar No. 38224
William Most, Bar No. 36914
Most & Associates, L.L.C.
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(504) 509-5023
caroline.gabriel.ma@gmail.com



/s/ Edward S. MacColl
Edward S. MacColl, MBRN #2658
Pro Hac Vice
Counsel for Defendant Tan

## CERTIFICATE OF SERVICE

I do hereby certify that on the above date I attempted to make service of the above document by electronically filing the same using the Court's EM/ECF system.

/s/ Edward S. MacColl