**EXHIBIT A**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: M/V JOANNA          *      **CRIMINAL NO. 21-126**
                                     *
                                     *      **SECTION: "S"**
                                     *

### DECLARATION OF JAIME BUTLER

I, Jaime Butler, intending to be subject to the pains and penalties of perjury, declare as follows:

1. My name is Jaime Butler. I am employed as a paralegal at the law firm of Thompson, MacColl & Bass, LLC, P.A. The facts set forth in this declaration are based on my personal knowledge.

2. On April 29, 2022, I mailed via the United States Postal Service a letter authored by attorney Edward S. MacColl to Mr. Nimuel Nalogon at P-1A Tagabaca, Butaunan City, Agusan Del Norte Philippines. A true copy of the letter is attached hereto as **EXHIBIT A**;

3. As of this date, we have not received any response to the letter;

4. On April 29, 2022, May 2, 2022, June 8, 2022, July 12, 2022, and October 20, 2022, I placed phone calls to +639206455429, the contact number this office has on file for Mr. Nalogon and which we received from Mr. Nalogon's attorney, Mr. Bruce Merrill. None of my calls were answered, nor did I receive any return calls.

5. I have reviewed the Facebook page of attorney Edward S. MacColl. His Facebook page confirms that he sent what is called a "friend request" to a Facebook account for a Nimuel Nalogon that appears from the very limited information and the photograph appearing on the page to be associated with the Nimuel Nalogon who gave a

videotaped deposition in that matter.  The request remains outstanding.  Mr. MacColl's Facebook page also reflects that Mr. MacColl sent two messages via Facebook Messenger to that account, one on April 29, 2022, and the other on October 27, 2022, informing Mr. Nalogon of trial schedules and asking whether he is willing to appear and testify if all expenses are paid.  Mr. MacColl informed me he received, and his Facebook page reflects, no response.

6. We have also tried to reach Mr. Nalogon through his attorney, Bruce Merrill.  Among other efforts I personally served a subpoena on Mr. Merrill as agent for Mr. Nalogon.  A copy of the subpoena is attached hereto as **Exhibit B**.  Mr. Merrill responded by the letter attached hereto as **Exhibit C**, confirming that he became unable to reach Mr. Nalogon when the Philippines were struck by a typhoon in December 2021 and that he has been unable to reach Mr. Nalogon thereafter.

I sign this declaration under the pains and penalties of perjury, understanding that any false statement would be a crime against the United States. I swear this declaration is true in every respect to the best of my knowledge, information, and belief.

Executed this _28th_ day of October, 2021.

Jaime Butler

**EXHIBIT A**

### THOMPSON, MacCOLL & BASS, LLC, P.A.

COUNSELORS AT LAW

EDWARD S. MacCOLL *
EMACCOLL@THOMPORT.COM
MARSHALL J. TINKLE *
MTINKLE@THOMPORT.COM
JOHN R. BASS, II
OF COUNSEL

* ALSO ADMITTED IN NH & MA

15 MONUMENT SQUARE, 4th Floor
P.O. BOX 447
PORTLAND, MAINE 04112-0447

TELEPHONE (207) 774-7600
FACSIMILE (207) 772-1039

BENJAMIN THOMPSON
(1857-1918)
NATHAN W. THOMPSON
(1895-1969)
BENJAMIN THOMPSON
(1921-2002)

April 29, 2022

Nimuel Nalogon
P-1A Tagabaca
Butauan City, Agusan Del Norte
Philippines

Dear Mr. Nalogon,

I hope this finds you well.  As I trust you recall, I represent Chief Tan.  The case against him is heading to trial beginning on May 23, 2022.  Your testimony is important to the case.  Please call me as soon as possible so that we can discuss whether you are able to come to New Orleans to testify and what I might do to assist in arranging travel.

My phone number is +1-207-774-7600.

I can also be reached via Facebook (my Facebook account name is "Edward MacColl") and by email at emaccoll@thomport.com.

I know that your lengthy detention in the United States was very stressful for you and other crewmembers.  I will do everything I can to make the trial process less stressful.

Please call or email me so that we can discuss your expected important testimony.

Thank you and best regards.

Sincerely,

Edward S. MacColl

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| EMPIRE BULKERS LTD., JOANNA MARITIME | )   Case No.  2:21-CR-00126-MVL-KWR |
| LIMITED, and WARLITO TAN | ) |
| _Defendant_ | ) |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:     NIMUEL NALOGON
        c/o Bruce Merrill, Attorney
        225 Commercial Street, Suite 501
        Portland, ME 04101

        **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA | Courtroom No.: | C414 |
|---|---|---|---|
| | | Date and Time: | 11/07/2022 9:00 am |

        You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

Date:     Sep 26 2022

_____
**Carol L. Michel**
Name of clerk of court

_____
Deputy clerk's signature

_____
_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_     Warlito Tan
_____, who requests this subpoena, are:

Edward S. MacColl (Admitted PHV)
Thompson, MacColl & Bass, LLC, P.A.
15 Monument Sq., 4th Floor
P.O. Box 447
Portland, ME 04112-0447
Telephone: (207) 774-7600
Facsimile: (207) 772-1039
Email: emaccoll@thomport.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:21-CR-00126-MVL-KWR

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _NIMUEL NALOGON_ _____

was received by me on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

15 Monument Square, 4th FL, Portland, ME 04101
_____
*Server's address*

Additional information regarding attempted service, etc:

**EXHIBIT C**

*Law Offices of*

*Bruce M. Merrill, P.A.*

*A Professional Corporation*
*225 Commercial Street*
*Suite 501*
*Portland, Maine 04101*

TELEPHONE: (207) 775-3333
FAX: (207) 775-2166
EMAIL: mainelaw@maine.rr.com

BRUCE M. MERRILL
MEMBER ME, NJ, NY AND PA BARS

October 24, 2022
via E-mail

Edward S. MacColl, Esq.
Thompson, MacColl & Bass, LLC, P.A.
15 Monument Square
P.O. Box 447
Portland, ME  04112-0477

Re:  <u>Trial Subpoenas for Gerone Bernabe and Nimuel Nalagon</u>
     <u>United States v. Warlito Tan, Dkt. No.: 2:21-cr-00126</u>

Dear Ed:

     I am in receipt of your e-mailed trial subpoena for Oiler
Nimuel Nalagon, received on Friday, and the trial subpoena hand-
delivered today for Electrician Gerone Bernabe.  I accept both of
them on behalf of my clients.

     With regards to Mr. Nalagon, as I have previousy advised the
Court and counsel, I have not been able to make contact with Mr.
Nalagon since December 2021 when the typhoon hit the Philippines.
Prior to that time, Mr. Nalagon was responsive to periodic e-
mails that I sent him and the other crewmembers regarding this
matter.  I also asked the other crewmembers to reach out for Mr.
Nalagon, but none has had any success in getting any response
from him.

     With regards to Mr. Bernabe, as you are aware I currently
have an expedited Motion pending before Judge Lemmon to have Mr.
Bernabe released from his subpoena.  Mr. Bernabe is aware of his
obligations under the trial subpoena served on him by the
government and, now, by Chief Tan. Depending on the outcome of
the instant Motion, I will be in contact with you regarding when
you would want Mr. Bernabe here to testify, since the government
does not intend to call him. It is my understanding from Dall
that the government is responsible for Mr. Bernabe's travel,
lodging and per diem and will be getting him a Significant Public

Edward S.MacColl, Esq.
October 24, 2022
Page Two

Benefit Parole (SPBP) since HSI claims that he does not qualify
for a visa into the United States.

Please let me know if you have any questions regarding the
availability of either of these witneses.

Sincerely,

Bruce M. Merrill

cc:  Mr. Gerone Bernabe (via e-mail)