UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| v. | * | SECTION: "S" |
| **EMPIRE BULKERS LTD.** | * | |
| **JOANNA MARITIME LIMITED** | | |
| **WARLITO TAN** | * | |
| | * | |

## ORDER

Upon consideration of Defendant Tan's Motion to Admit Videotape Deposition it is hereby

ORDERED as follows:

The Motion is <u>GRANTED</u>. The videotaped deposition of Nimuel Nalogon shall be admitted at trial.

DATED at New Orleans, Louisiana this ___ day of October 2022.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**

1