UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **\*** | **CRIMINAL NO. 21-126** |
| **v.** | **\*** | **SECTION: "S"** |
| **EMPIRE BULKERS LTD.** | **\*** | |
| **JOANNA MARITIME LIMITED** | | |
| **WARLITO TAN** | **\*** | |

## NOTICE OF HEARING

**TO:**  G. Dall Kammer, Esq.                                   Richard A. Udell, Esq.
Assistant U.S. Attorney                              Kenneth E. Nelson, Esq.
U.S. Attorney's Office                                Environmental Crimes Section
For the Eastern District of Louisiana      U.S. Department of Justice
650 Poydras Street, Suite 1600              150 M St., N.E. / Room 4.206
New Orleans, LA 70130                          Washington, DC 20530
504-680-3000                                             202-305-0361
Dall.Kammer@usdoj.gov                       Richard.Udell@usdoj.gov
                                                                       Kenneth.Nelson3@usdoj.gov

**PLEASE TAKE NOTICE,** that Defendant Tan's Motion to Admit Videotape Deposition will be brought to the Court for submission (or oral argument if so ordered), before the Honorable Maryann Vial Lemmon, United States District Judge, at the United States Courthouse, 500 Poydras Street, Courtroom B431, New Orleans, Louisiana 70130, on November 3**, 2022 at 2:00 pm.**

DATED this 27th day of October 2022.          Respectfully Submitted,

/s/ Caroline Gabriel
Caroline Gabriel, Bar No. 38224
William Most, Bar No. 36914
Most & Associates, L.L.C.
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(504) 509-5023
caroline.gabriel.ma@gmail.com
williammost@gmail.com

1

/s/ Edward S. MacColl
Edward S. MacColl, MBRN #2658 (PHV)
*Counsel for Defendant Tan*