UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| v. | * | SECTION: "S" |
| **EMPIRE BULKERS LTD.** | * | |
| **JOANNA MARITIME LIMITED** | | |
| **WARLITO TAN** | * | |
| | * | |

**ORDER**

Upon consideration of Defendant Tan's unopposed Motion to Admit Videotape Deposition, it is hereby ORDERED as follows:

The Motion is <u>GRANTED</u>. The videotaped deposition of Nimuel Nalogon shall be admitted at trial.

New Orleans, Louisiana this 31st day of October 2022.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

1