UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| **v.** | * | **SECTION: S** |
| **WARLITO TAN** | * | |
| | * | |

\* \* \*

## UNITED STATES' REQUESTED COURT VOIR DIRE

The United States respectfully requests that the Court ask the following questions during voir dire:

1. Have you ever served on a jury before? What type of trial and what was the verdict?

2. Have you, a family member, or friend been charged with a criminal offense other than a traffic infration? If so, who and when? What was the charge? Do you feel that person was fairly treated by the police, the prosecution, and the court?

3. Do you have dissatisfaction with law enforcement because of that incident?

4. Have you, a family member, or friend ever been the victim of a crime? If so, who and when? What was the crime? Do you feel that the case was handled fairly by the police, the prosecution, and the court?

5. Are you, a family member, or close friend involved in the maritime or shipping industry? If so, who and what is the involvement?

6. Are you, a family member, or friend involved in any offshore work? If so, who and what is the line of work?

7. Have you, a family member, or friend had any dealings with the Environmental Protection Agency (EPA) or the United States Coast Guard? If so, what were those dealings? How were they resolved? Do you have any feelings of dissatisfaction?

8. Have you or anyone close to you been accused of violating laws designed to protect the environment? If so, who and when? What was the outcome? Was that person fairly dealt with?

9. Does anyone have a college degree in chemistry, engineering, or other science related discipline?

10.    Does anyone feel that government agencies that administer environmental and safety programs should not enforce the rules and regulations of these programs? If not, why not?

11.    If you have ever been an employer or person who is subject to such regulator oversight, do you feel satisfied with the way the agency overseeing the program dealt with you?

12.    Does anyone have any views about environmental laws and regulations that would interfere with your being a fair and impartial juror?

13.    Have any of you read anything or heard anything lately that affected your view of opinion regarding environmental laws or safety programs?

14.    Does anyone have any difficulty promising to follow the law in this case as stated by the judge, even if they disagree with the law?

15.    Does anyone here feel they have the right to ignore the law as stated by the judge and decide a case based on their own belief of what the law should be?

16.    Does anyone have philosophical, moral, or religious beliefs that would make it difficult for you to judge the guilt or innocence of another person?

|  |  |
|---|---|
| TODD KIM<br>Assistant Attorney General<br>Environmental & Natural Resources Division<br>U.S. Department of Justice | Respectfully Submitted,<br><br>DUANE A. EVANS<br>United States Attorney |
| *s/Richard A. Udell*<br>Richard A. Udell<br>Senior Litigation Counsel<br>Environmental Crimes Section<br>U.S. Department of Justice<br>50 M St., N.E./Room 4206<br>Washington, D.C. 20044<br>Telephone: (202) 305-0361 | *s/ G. Dall Kammer*<br>G. Dall Kammer (26948)<br>Assistant U.S Attorney<br>650 Poydras Street, Suite 1600<br>New Orleans, LA 70130<br>Telephone: (504) 680-3168<br>Email:dall.kammer@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

s/ G. Dall Kammer<br>
G. DALL KAMMER<br>
Assistant United States Attorney