UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| | | |
| v. | * | SECTION: "S" |
| | | |
| EMPIRE BULKERS LTD. | * | |
| JOANNA MARITIME LIMITED | | |
| WARLITO TAN | * | |
| | | |
| | * | |

**DEFENDANT'S OBJECTIONS TO GOVERNMENT'S EXHIBIT LIST**

| U.S. v. Tan – Exhibit List | | | Chief Tan Objections |
|---|---|---|---|
| **Exhibit Number** | **Documents** | **Bates Number** | |
| | | | |
| | **Records** | | |
| 101 | Oil Record Book – Sep 22, 2019 to Mar 21, 2020 | JO_GOV_0000532 - 591 | |
| 102 | Oil Record Book – Mar 21, 2020 to Oct 26, 2020 | JO_GOV_0000469 - 531 | |
| 103 | Oil Record Book – Oct 26, 2020 to Mar 10, 2021 | JO_SW_0004845 - 4905 | |
| 105 | IOPP Certificate and Supplement | JO_SW_0005468 - 5474 | |
| 106 | Notice of Arrival | JO_GOV_0000127 - 130 | hearsay/authenticity/This appears to be a printed version of an electronic document; defendant |

| Exhibit Number | Documents | Bates Number | Chief Tan Objections |
|---|---|---|---|
| U.S. v. Tan – Exhibit List | | | |
| | | | believes the electronic version may include important clarifying information lost in the printing process |
| 108 | Official Receipts – cargo | EMPIRE_BULKERS_009777 - 9779 | |
| 109 | OWS Final Drawings, Instruction Manual and Type Approvals | JO_SW_0003977 – 4110 | |
| 110 | Diagram of OCM | JO_GOV_0000112 | |
| 111 | OCM instruction manual | JO_SW_0003960 - 3976 | |
| 112 | Deckma Declaration of Conformity | JO_SW_0001089 | |
| 117 | Continuous Synopsis Record | JO_GOV_0000124 | hearsay/authenticity |
| 118 | Changes to CSR and vessel records | JO_SW_0000520 - 547 | |
| 119 | Continuous Synopsis Record Vessel Name Change | JO_GOV_0000356 | |
| 126 | Ship's Particulars | JO_GOV_0000125 | |
| 127 | Email and PSC Checklist from Empire Bulkers Feb 18, 2021 | EMPIRE_BULKERS_002608 - 2626 | hearsay/authenticity |
| 127 A | Email and PSC Checklist from Empire Bulkers Feb 24, 2021 | EMPIRE_BULKERS_008398 - 8400 | Hearsay/relevance/waste of time and confusion under Rule 403 |
| 129 | PSC Form A handwritten | JO_GOV_0000363 | hearsay/403/relevance/404 |
| 130 | PSC Form A & B | JO_GOV_0000153 - 158 | hearsay/403/relevance/404 |
| 131 | Deckma Technical Advisory 2008 | JO_GOV_0000298 | hearsay/relevance |
| 132 | USCG Technical Advisory 2008 | JO_GOV_0000313 | hearsay/relevance |
| 137 | 2/E Onboard Familiarization Checklist | JO_SW_0001113 - 1114 | Relevance/waste of time & confusion under 403 |

| U.S. v. Tan – Exhibit List | | | |
|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections |
| 138 | 2/E Handover Notes | JO_GOV_0001207 - 1210 | |
| 139 | Master Onboard Familiarization Checklist | JO_SW_0001115 - 1116 | Relevance/waste of time & confusion under 403 |
| 140 | Master's Handover Feb 2021 | JO_SW_0006089 - 6110 | hearsay/relevance/authenticity |
| 145 | Empire Bulkers Fleet Instruction Manual | JO_SW_0008741 - 8938 | |
| 145-A | Chief Engineer's Duties | JO_SW_0008758 – 8759 | Authenticity/completeness |
| 145-B | Second Engineer's Duties | JO_SW_0008759 - 8760 | Authenticity/completeness |
| 145-C | Third Engineer's Duties | JO_SW_0008760 – 8761 | Authenticity/completeness |
| 145-D | Electro Technical Officer Duties | JO_SW_0008762 | Authenticity/completeness |
| 145-E | Oiler/Wiper Duties | JO_SW_0008762 - 8763 | Authenticity/completeness |
| 146 | Safety Committee Meeting Minutes Feb 28, 2021 | JO_SW_0008955 - 8959 | hearsay/relevance |
| 147 | Oil Sample Chain of Custody 7156844 to MSL (7 samples) | JO_GOV_0001278 | |
| 148 | Oil Sample Chain of Custody 7156844 to MSL (3 samples) | JO_GOV_0001281 | |
| 149 | Oil Sample Analysis Report 21-027 | JO_GOV_0000388 - 393 | Hearsay |
| 150 | Oil Sample Analysis Report 21-029 | JO_GOV_0000394 - 399 | Hearsay |
| 152 | Witness Statement - Tan | JO_GOV_0000710 - 711 | |
| 159 | Lloyds Register Presentation to Coast Guard | JO_VOL_0000001 - 7 | Hearsay/risk of confusion under 403 |
| 160 | Chief Engineers personal logbook | JO_SW_0014382 - 14427 | Authenticity/hearsay – The exhibit appears to be include several distinct documents and is oddly photocopied |
| 161 | OCM text data file | JO_GOV_0001066 | |

| U.S. v. Tan – Exhibit List | | | |
|---|---|---|---|
| **Exhibit Number** | **Documents** | **Bates Number** | **Chief Tan Objections** |
| 162 | OCM chip | | All objections preserved; the defense is uncertain what the government intends to reference |
| 164 | E-Mail Empire regarding Incinerator | EMPIRE_BULKERS_008418 – 8419 | |
| 165 | Photo of Work Planning Meeting 16-20 February 2021 | JO_SW_0000068 | |
| 166 | Lloyds Report for Presentation to Coast Guard March 16, 2021 | JO_SW_0144182 – 83 | |
| | | | |
| | **Coast Guard Photos** | | |
| 201 | Stern of M/V Joanna at mooring buoys | JO_GOV_0000790 | The defense objects to the number of photographs as unnecessary and confusing; the photos are not relevant without explanation (and in many cases even with explanation); and a reasonable explanation of each photograph would be an extraordinary waste of time |
| 202 | Bilge Primary Tank | JO_SW_0000015 | Same objection/concern |
| 203 | Front of OWS | JO_GOV_0000288 | Same objection/concern |
| 204 | OWS overboard line | JO_GOV_0000285 | Same objection/concern |
| 205 | Piping below OWS | JO_GOV_0000286 | Same objection/concern |
| 206 | OWS Fresh water valve | JO_GOV_0000811 | Same objection/concern |
| 207 | OWS Discharge pipe dripping | JO_GOV_0000812 | Same objection/concern |
| 208 | OWS discharge piping showing oil | JO_GOV_0000813 | Same objection/concern |
| 209 | OWS discharge piping middle section | JO_GOV_0000814 | Same objection/concern |
| 210 | OWS Overboard Valve closed with sign | JO_GOV_0000287 | Same objection/concern |

| U.S. v. Tan – Exhibit List | | | |
|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections |
| 211 | USCG Certificate of Approval for OCM | JO_SW_0000078 | Same objection/concern |
| 212 | OCM Control Panel | JO_GOV_0000794 | Same objection/concern |
| 213 | OCM Overview #1 | JO_GOV_0000795 | Same objection/concern |
| 214 | OCM Overview #2 | JO_GOV_0000796 | Same objection/concern |
| 215 | OCM side view with tamper sticker | JO_GOV_0000294 | Same objection/concern |
| 216 | OCM tamper stick close-up | JO_GOV_0000295 | Same objection/concern |
| 217 | OCM with cover on | JO_GOV_0000283 | Same objection/concern |
| 218 | OCM wide angle cover removed | JO_GOV_0000833 | Same objection/concern |
| 219 | OCM cover removed close-up | JO_GOV_0000791 | Same objection/concern |
| 220 | OCM cover removed close-up | JO_GOV_0000802 | Same objection/concern |
| 221 | OCM close-up of metal piece with cover on | JO_GOV_0000798 | Same objection/concern |
| 222 | OCM close up showing metal piece hidden valve in fresh water position | JO_GOV_0000831 | Same objection/concern |
| 223 | OCM top view showing paint | JO_GOV_0000806 | Same objection/concern |
| 224 | OCM top view close-up | JO_GOV_0000840 | Same objection/concern |

| U.S. v. Tan – Exhibit List | | | |
|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections |
| 225 | OCM side view showing paint | JO_GOV_0000807 | Same objection/concern |
| 226 | OCM data display Jan 23, 2021 | JO_GOV_0000797 | Same objection/concern |
| 227 | Valves beneath deckplates near OWS | JO_GOV_0000284 | Same objection/concern |
| 228 | Bilge and Sludge Pumps | JO_SW_0000013 | Same objection/concern |
| 229 | Deckplate open above bilge holding tank | JO_SW_0000014 | Same objection/concern |
| 230 | Bilge water transfer pump | JO_SW_0000018 | Same objection/concern |
| 231 | Inside Primary Bilge Tank | JO_SW_0000073 | Same objection/concern |
| 232 | Overview of Fuel Oil Heaters leaking #1 | JO_GOV_0000772 | Same objection/concern |
| 233 | Overview of Fuel Oil Heaters leaking #2 | JO_GOV_0000773 | Same objection/concern |
| 234 | Fuel Oil Heater Leaking #1 | JO_GOV_0000765 | Same objection/concern |
| 235 | Buckets Catching Fuel Oil leak #1 | JO_GOV_0000767 | Same objection/concern |
| 236 | Buckets Catching Fuel Oil leak #2 | JO_GOV_0000774 | Same objection/concern |
| 237 | Rags on Fuel Oil Heater #1 | JO_GOV_0000768 | Same objection/concern |
| 238 | Rags on Fuel Oil Heater #2 | JO_GOV_0000769 | Same objection/concern |
| 239 | Fuel Oil Heater Overflow line disconnected and crimp #1 | JO_GOV_0000770 | Same objection/concern |
| 240 | Side View Fuel Oil Heater leaking | JO_GOV_0000788 | Same objection/concern |
| 241 | Sheared Condensate Valve Handle | JO_GOV_0000789 | Same objection/concern |

| U.S. v. Tan – Exhibit List | | | Chief Tan Objections |
|---|---|---|---|
| **Exhibit Number** | **Documents** | **Bates Number** | |
| 242 | ECR inside door | JO_SW_0000099 | Same objection/concern |
| 243 | ECR Monitors | JO_SW_0000069 | Same objection/concern |
| 244 | ECR Bookshelf #1 | JO_SW_0000066 | Same objection/concern |
| 245 | ECR Bookshelf #2 | JO_SW_0000070 | Same objection/concern |
| 246 | ECR document rack with work order | JO_SW_0000100 | Same objection/concern |
| 247 | Alarm Print Outs in ECR | JO_SW_0000008 | Same objection/concern |
| 248 | Posted signs in ECR | JO_SW_0000098 | Same objection/concern |
| 249 | ECR Overall | JO_SW_0000082 | Same objection/concern |
| 250 | Alarm Print Outs in ECR held up by inspector | JO_SW_0000009 | Same objection/concern |
| 251 | Chief Engineer – log book in pocket close-up | JO_SW_0000053 | Same objection/concern |
| 252 | Chief Engineer holding log book | JO_SW_0000054 | Same objection/concern |
| 253 | Chief Engineer's office book shelf | JO_SW_0000055 | Same objection/concern |
| 254 | Chief Engineer's stateroom – outside | JO_SW_0000056 | Same objection/concern |
| 255 | Chief Engineers stateroom inside | JO_SW_0000081 | Same objection/concern |
| 256 | Chief Engineer's stateroom cabinet | JO_SW_0000057 | Same objection/concern |
| 257 | Chief Engineer's stateroom – ORBs | JO_SW_0000058 | Same objection/concern |
| 258 | Engineers Duty Assignments – 2/E and 3/E | JO_SW_0000059 | Same objection/concern |

| U.S. v. Tan – Exhibit List | | | |
|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections |
| 259 | Empire Bulkers Mission Statement | JO_SW_0000060 | Same objection/concern |
| 260 | Empire Bulkers Quality statement | JO_SW_0000061 | Same objection/concern |
| 261 | Work Hour Schedule | JO_SW_0000063 | Same objection/concern |
| 262 | Crew List | JO_SW_0000064 | Same objection/concern |
| 263 | Daily Fuel & Water Logbook | JO_SW_0000065 | Same objection/concern |
| 264 | OWS Overboard valve piping closed Apr 26, 2021 | JO_SW_0000083 | Same objection/concern |
| 265 | Opening OWS #1 | JO_SW_0000084 | Same objection/concern |
| 266 | Opening OWS #2 | JO_SW_0000087 | Same objection/concern |
| 267 | Opening OWS #3 both chambers open | JO_SW_0000088 | Same objection/concern |
| 268 | View inside OWS #1 | JO_SW_0000085 | Same objection/concern |
| 269 | View inside OWS #2 | JO_SW_0000086 | Same objection/concern |
| 270 | OWS Overboard discharge valves disconnected | JO_GOV_0000819 | Same objection/concern |
| 271 | OWS Overboard valves disconnected close-up | JO_GOV_0000817 | Same objection/concern |
| 272 | OWS overboard skin valve close-up | JO_GOV_0000822 | Same objection/concern |
| 273 | OWS Overboard discharge valves removed | JO_GOV_0000821 | Same objection/concern |
| 274 | Sample OWS Overboard valve - swab | JO_GOV_0000818 | Same objection/concern |
| 275 | Sample OWS Overboard – dripping into jar | JO_GOV_0000820 | Same objection/concern |
| 276 | Sample from OWS right side filter | JO_SW_0000089 | Same objection/concern |

| Exhibit Number | Documents | Bates Number | Chief Tan Objections |
|---|---|---|---|
| U.S. v. Tan – Exhibit List | | | |
| 277 | Sample – Bilge Well Apr 26, 2021 – jar inside | JO_SW_0000019 | Same objection/concern |
| 278 | Sample OWS discharge piping | JO_GOV_0000815 | Same objection/concern |
| 279 | Sample – Bilge Well Apr 26, 2021- jar outside | JO_SW_0000010 | Same objection/concern |
| 280 | Sample – Bilge Well close-up Apr 26, 2021 | JO_SW_0000011 | Same objection/concern |
| 281 | Sample – Primary bilge tank | JO_SW_0000092 | Same objection/concern |
| 282 | Crew Contracts binder | JO_SW_0000024 | Same objection/concern |
| 283 | Crew documentation binders | JO_SW_0000025 | Same objection/concern |
| 284 | Training and Drills binders | JO_SW_0000027 | Same objection/concern |
| 285 | Audit Documentation and Transmittal binders | JO_SW_0000028 | Same objection/concern |
| 286 | SMS loose pages #1 | JO_SW_0000029 | Same objection/concern |
| 287 | SMS loose pages #2 | JO_SW_0000030 | Same objection/concern |
| 288 | Audit Documentation and ISO binders | JO_SW_0000031 | Same objection/concern |
| 289 | Flag and PMI binder | JO_SW_0000032 | Same objection/concern |
| 290 | Rightship Inspections binder | JO_SW_0000033 | Same objection/concern |
| 291 | Superintendent Binder | JO_SW_0000034 | Same objection/concern |
| 292 | PSC/USCG inspection binder | JO_SW_0000035 | Same objection/concern |
| 293 | Enhanced Special Survey binder | JO_SW_0000036 | Same objection/concern |
| 294 | ISM Familiarization binder | JO_SW_0000038 | Same objection/concern |
| 295 | Maintenance Reports binder | JO_SW_0000039 | Same objection/concern |
| 296 | Safety Day topics and Circulars binder | JO_SW_0000041 | Same objection/concern |
| 297 | Monthly Form | JO_SW_0000044 | Same objection/concern |
| 298 | Environmental Tag Log | JO_SW_0000067 | Same objection/concern |

| U.S. v. Tan – Exhibit List | | | |
|---|---|---|---|
| **Exhibit Number** | **Documents** | **Bates Number** | **Chief Tan Objections** |
| 299 | Ship employment and ownership history | JO_SW_0000096 | Same objection/concern |
| | | | |
| | **Coast Guard Videos** | | |
| | | | |
| 401 | Sample video Primary Bilge Tank | JO_SW_0000093 | Same objection/concern |
| 402 | Sample video OWS filter | JO_SW_0000094 | Same objection/concern |
| 403 | Rate of Fuel Oil Leaking | JO_GOV_0000787 | Same objection/concern |
| 404 | OCM Test Set-up | JO_GOV_0000846 | Same objection/concern |
| 405 | OCM Function Test | JO_GOV_0000842 | Same objection/concern |
| 406 | OCM Review Part 1 | JO_GOV_0000843 | Same objection/concern |
| 407 | OCM Review Part 2 | JO_GOV_0000844 | Same objection/concern |
| 408 | OCM Test Part 1 | JO_GOV_0000845 | Same objection/concern |
| | | | |
| | **OCM Playback Videos** | | |
| | | | |
| 501 | Dec 7, 2019 – graph | JO_GOV_0000892 | Same objection/concern |
| 502 | Dec 7, 2019 – alarm/status | JO_GOV_0000893 | Same objection/concern |
| 503 | Dec 31, 2019 – graph | JO_GOV_0000894 | Same objection/concern |
| 504 | Dec 31, 2019 – alarm/status | JO_GOV_0000895 | Same objection/concern |
| 505 | Jan 23, 2020 – graph | JO_GOV_0000896 | Same objection/concern |
| 506 | Jan 23, 2020 – alarm/status | JO_GOV_0000897 | Same objection/concern |
| 507 | Apr 13, 2020 – alarm/status | JO_GOV_0000898 | Same objection/concern |
| 508 | Apr 18, 2020 – graph 1 | JO_GOV_0000899 | Same objection/concern |
| 509 | Apr 18, 2020 – graph 2 | JO_GOV_0000900 | Same objection/concern |
| | | | |
| | **Crew Documents** | | |

| Exhibit Number | U.S. v. Tan – Exhibit List | | Chief Tan Objections |
| | Documents | Bates Number | |
| --- | --- | --- | --- |
| 601 | Email from Empire Bulkers with new employment contracts attached – Part 1 (Akkaya & Nalogon) | EMPIRE_BULKERS_002636 – 2643 | relevance |
| 607 | Email from Empire Bulkers with new employment contracts attached – Part 5 (Baliad & Cabanayan) | EMPIRE_BULKERS_002674 – 2678 | relevance |
| 611 | Empire Bulkers On Board Familiarization Checklist and Onboard Forms - Akkaya | EMPIRE_BULKERS_000173 – 181 | relevance |
| 614 | Performance Appraisal – Tan | EMPIRE_BULKERS_001912 & 2485 | |
| 616 | Employment Contract – Tan | JO_GOV_0001289 | |
| 617 | Employment contract for Baliad | JO_GOV_0001288 | relevance |
| 628 | Employment Contract for Cabanayan – Feb 2021 for 7 months | JO_GOV_0001287 | relevance |
| | | | |
| | **Additional Post-Depo Exhibits** | | |
| 801 | Demonstrative OCM Test | | Defendant preserves objection as he is unsure what exhibit is identified |
| 802 | Empire HSQE Circular: Proper Keeping of Oil Record Book | JO_SW_0078528 - 77 | Relevance/authenticity and same objection regarding number of photos and need for explanation |
| 803 | Photo from Search Warrant of Chief Engineer's Office – from hallway | JO_GOV_0005220 | Relevance/authenticity and same objection regarding number of photos and need for explanation |

| Exhibit Number | Documents | Bates Number | Chief Tan Objections |
|---|---|---|---|
| **U.S. v. Tan – Exhibit List** | | | **Chief Tan Objections** |
| 804 | Photo from Search Warrant of Chief Engineer's Office – close up of desk | JO_GOV_0005236 | Relevance/authenticity and same objection regarding number of photos and need for explanation |
| 805 | Photo from Search Warrant of Chief Engineer's Office – close up of lounge | JO_GOV_0005245 | Relevance/authenticity and same objection regarding number of photos and need for explanation |
| 806 | Photo from Search Warrant of Chief Engineer's Office – tv and cabinets | JO_GOV_0005221 | Relevance/authenticity and same objection regarding number of photos and need for explanation |
| 807 | Map of NOLA Streetview - Yemma | JO_GOV_0018007 | |
| 808 | Map of NOLA Google Earth - Goins | JO_GOV_0018006 | |
| 809 | MV Joanna Chain of Command Flowchart | JO_GOV_0018008 | |
| 810 | 10 Nov 2020 ORB Page | JO_SW_0004860 | The ORB is separately marked/redundant |
| 811 | 23 Jan 2021 ORB Page | JO_SW_0004882 | The ORB is separately marked/redundant |
| 812 | 25 Feb 2021 ORB Page | JO_SW_0004893-4 | The ORB is separately marked/redundant |
| 813 | Cabanayan highlighted ORB entries | JO_SW_00004868 – JO_SW_0004898 | Authenticity/apparently the government has changed the exhibit |
| 814 | March 19, 2021 Ship to Shore email re: vessel moving to anchorage | EMPIRE_BULKERS_017563 | Hearsay – including statements made by the government |
| 815 | March 19, 2021 Jose Lebrun email re: vessel moving to anchorage | JO_SW_0145161 | Defendants cannot find this recently listed exhibit; all objections are preserved |
| 816 | Relief valve risk assessment report | JO_SW_0144921 | Defendant cannot find this recently listed exhibit; all objections are preserved |

| U.S. v. Tan – Exhibit List | | | Chief Tan Objections |
|---|---|---|---|
| **Exhibit Number** | **Documents** | **Bates Number** | |
| 817 | June 5, 2015 Empire Safety Bulletin – OWS Operational Issues | JO_SW_0899681 | Defendant cannot find this recently listed exhibit; all objections are preserved |
| 818 | Incinerator manual with list of spare parts | JO_SW_0868769 | Defendant cannot find this recently listed exhibit; all objections are preserved |
| 819 | Focus on Empire safety incident article | JO_SW_0071814 | Defendant cannot find this recently listed exhibit; all objections are preserved |
| 820 | OCM Modification lessons learned, Empire document | JO_SW_0144213 | Defendant cannot find this recently listed exhibit; all objections are preserved |
| 821 | Guide for Correct Entries in the ORB | JO_SW_0265135 | Defendant cannot find this recently listed exhibit; all objections are preserved |
| 822 | Email from Empire, guide on correct ORB entries | JO_SW_0265131 | Defendant cannot find this recently listed exhibit; all objections are preserved |
| 823 | Safety committee meeting minutes | JO_SW_0863200 | Defendant cannot find this recently listed exhibit; all objections are preserved |
| 824 | Photo of cell phone with photo of OWS (1) taken by Jose Lebrun | JO_GJ_0011402 | Defendant cannot find this recently listed exhibit; all objections are preserved |
| 825 | Photo of cell phone with photo of OWS (2) taken by Jose Lebrun | JO_GJ_0011403 | Defendant cannot find this recently listed exhibit; all objections are preserved |
| 826 | Photo of top of fuel oil heaters taken by Jose Lebrun | JO_GJ_0011411 | Defendant cannot find this recently listed exhibit; all objections are preserved |
| 827 | View of green tank in engine room (1) taken by Jose Lebrun | JO_GJ_0011413 | Defendant cannot find this recently listed exhibit; all objections are preserved |
| 828 | View of green tank in engine room (2) taken by Jose Lebrun | JO_GJ_0011414 | Defendant cannot find this recently listed exhibit; all objections are preserved |
| 829 | Port –side stern view of MV Joanna | JO_GJ_0011421 | Defendant cannot find this recently listed exhibit; all objections are preserved |

| U.S. v. Tan – Exhibit List | | | |
|---|---|---|---|
| **Exhibit Number** | **Documents** | **Bates Number** | **Chief Tan Objections** |
| 830 | Close up port side stern of the Joanna | JO_GJ_0011422 | Defendant cannot find this recently listed exhibit; all objections are preserved |
| 831 | Close up starboard side stern of the Joanna | JO_GJ_0011424 | Defendant cannot find this recently listed exhibit; all objections are preserved |
| 832 | Engine Room control board | JO_GJ_0011435 | Defendant cannot find this recently listed exhibit; all objections are preserved |
| 833 | Greasy insulated pipes in the engine room | JO_GJ_0011452 | Defendant cannot find this recently listed exhibit; all objections are preserved |
| 834 | Baliad working on fuel oil heater | JO_GJ_0011456 | Defendant cannot find this recently listed exhibit; all objections are preserved |
| 835 | Oily pipe connector parts | JO_GJ_0011457 | Defendant cannot find this recently listed exhibit; all objections are preserved |
| 836 | Oily pipe connector parts close up | JO_GJ_0011458 | Defendant cannot find this recently listed exhibit; all objections are preserved |
| 837 | Top of fuel oil heaters | JO_GJ_0011459 | Defendant cannot find this recently listed exhibit; all objections are preserved |
| 838 | ORB Excel Demonstrative | | Authenticity/relevance |
| 839 | Annotated Valve Handle Assembly | | Authenticity/relevance |
| 840 | Coast Guard District Map | | Relevance/ 403 |
| 841 | Coast Guard Sector Map | | Relevance/ 403 |

**DATED** this 31st day of October 2022.

/s/ Caroline Gabriel
Caroline Gabriel, Bar No. 38224
William Most, Bar No. 36914
Most & Associates, L.L.C.
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(504) 509-5023
caroline.gabriel.ma@gmail.com

Edward S. MacColl
Edward S. MacColl, MBRN #2658
Pro Hac Vice
Counsel for Defendant Tan

## CERTIFICATE OF SERVICE

I do hereby certify that on the above date I attempted to make service of the above document by electronically filing the same using the Court's EM/ECF system.

/s/ Caroline Gabriel

15