## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| v. | * | SECTION: S |
| WARLITO TAN | * | |
| | * | |
| * * * | | |

### UNITED STATES' OBJECTIONS TO DEFENSE EXHIBITS (REC. DOC. 286)

The United States respectfully provides the following objections to defense exhibits disclosed as of October 31, 2022.[1] As a preliminary matter, defense exhibits 1 through 235 are the government's exhibits renumbered. The government does not object to the authenticity of any of these exhibits.

Defense exhibits 236 through 276 are the exhibits the defendants noticed prior to Rule 15 depositions. The government does not have any objections to the authenticity of any of these exhibits but reserves all other objections for trial. Otherwise, the government's objections are noted in the far-right column below:

| Exhibit No. | Description | | GOVERNMENT OBJECTIONS |
|---|---|---|---|
| | **Gov. Exhibit List Grand Jury/Depositions** | | |
| 1 | Oil Record Book – Sep 22, 2019 to Mar 21, 2020 | JO_GOV_0000532 - 591 | |
| 2 | Oil Record Book – Mar 21, 2020 to Oct 26, 2020 | JO_GOV_0000469 - 531 | |

---

[1] The parties have reserved objections to admissibility of the exhibits contemplated under the Federal Rules of Evidence and/or the Federal Rules of Criminal Procedure, including but not limited to relevancy, hearsay, and prejudice. The parties have also reserved the right to introduce testimony that explains the background or circumstances surrounding any exhibit sought to be introduced at trial. *See* Scheduling Order, Rec. Doc. 123 at fn. 4.

| 3 | Oil Record Book – Oct 26, 2020 to Mar 10, 2021 | JO_SW_0004845 - 4905 | |
| 4 | Engine Room Tank Sounding Spreadsheet 11/01/2020-03/07/2021 | JO_SW_0004906 - 4921 | |
| 5 | IOPP Certificate and Supplement | JO_SW_0005468 - 5474 | |
| 6 | Notice of Arrival | JO_GOV_0000127 - 130 | |
| 7 | Notice of Readiness | EMPIRE_BULKERS_009772 | |
| 8 | Official Receipts – cargo | EMPIRE_BULKERS_009777 - 9778 | |
| 9 | OWS Final Drawings, Instruction Manual and Type Approvals | JO_SW_0003977 - 4110 | |
| 10 | Diagram of OCM | JO_GOV_0000112 | |
| 11 | OCM instruction manual | JO_SW_0003960 - 3976 | |
| 12 | Deckma Declaration of Conformity | JO_SW_0001089 | |
| 13 | Germany Certificate of Type Approval | JO_SW_0001090 - 1092 | |
| 14 | OCM Calibration Check Certificate June 1, 2018 | JO_SW_0003958 - 3959 | |
| 15 | OWS Presentation | JO_GOV_0000742 - 764 | |
| 16 | Empire Certificates and Surveys Status Checklist | JO_SW_0001063, 1103 - 1108 | |
| 17 | Continuous Synopsis Record | JO_GOV_0000124 | |
| 18 | Changes to CSR and vessel records | JO_SW_0000520 - 547 | |
| 19 | Continuous Synopsis Record Vessel Name Change | JO_GOV_0000356 | |
| 20 | Marshall Islands Re-Registration | EMPIRE_BULKERS_002679 - 2681 | |
| 21 | Email from Marshall Islands confirming change in ownership | EMPIRE_BULKERS_002682 - 2683 | |
| 22 | Marshall Islands amendments to the CSR | EMPIRE_BULKERS_002686 - 2691 | |
| 23 | Marshall Islands Permanent Certificate of Registry | EMPIRE_BULKERS_002692 | |
| 24 | M/V Joanna insurance | EMPIRE_BULKERS_002694 - 2704 | |
| 25 | Management Agreement | EMPIRE_BULKERS_009325 - 9339 | |
| 26 | Ship's Particulars | JO_GOV_0000125 | |

| 27 | Email and PSC Checklist from Empire Bulkers | EMPIRE_BULKERS_002608 - 2626 | |
| 28 | Notice of Arrival | JO_GOV_0000127 - 130 | |
| 29 | PSC Form A handwritten | JO_GOV_0000363 | |
| 30 | PSC Form A & B | JO_GOV_0000153 - 158 | |
| 31 | Deckma Technical Advisory 2008 | JO_GOV_0000298 | |
| 32 | USCG Technical Advisory 2008 | JO_GOV_0000313 | |
| 33 | Marine Fuel Advisory, Feb 7, 2019 | JO_SW_0000197 | |
| 34 | Fuel Change Over Log | JO_SW_0003950 - 3956 | |
| 35 | 3/E Maintenance Record Book | JO_SW_0014567 - 14586 | |
| 36 | Master's Spare Environment Tag Log | JO_SW_0001009 - 1040 | |
| 37 | 2/E Onboard Familiarization Checklist | JO_SW_0001113 - 1114 | |
| 38 | 2/E Handover Notes | JO_GOV_0001207 - 1210 | |
| 39 | Master Onboard Familiarization Checklist | JO_SW_0001115 - 1116 | |
| 40 | Master's Handover Feb 2021 | JO_SW_0006089 - 6110 | |
| 41 | Review of Company Management System Oct 31, 2020 | JO_SW_0006196 - 6197 | |
| 42 | Lloyd's Register Final Attendance Record dated Jul 1, 2020 | JO_SW_0007169 - 7224 | |
| 43 | Marshall Islands Inspection & Deficiency List March 2021 | JO_SW_0008672 - 8678 | |
| 44 | Marshall Islands Report of Operational Safety Inspection July 2020 | JO_SW_0008679 - 8689 | |
| 45 | Empire Bulkers Fleet Instruction Manual | JO_SW_0008741 - 8938 | |
| 46 | Chief Engineer's Duties | JO_SW_0008758 – 8759 | |
| 47 | Second Engineer's Duties | JO_SW_0008759 - 8760 | |
| 48 | Third Engineer's Duties | JO_SW_0008760 – 8761 | |
| 49 | Electro Technical Officer Duties | JO_SW_0008762 | |
| 50 | Oiler/Wiper Duties | JO_SW_0008762 - 8763 | |

| 51 | Safety Committee Meeting Minutes Feb 28, 2021 | JO_SW_0008955 - 8959 | |
| 52 | Oil Sample Chain of Custody 7156844 to MSL (7 samples) | JO_GOV_0001278 | |
| 53 | Oil Sample Chain of Custody 7156844 to MSL (3 samples) | JO_GOV_0001281 | |
| 54 | Oil Sample Analysis Report 21-027 | JO_GOV_0000388 - 393 | |
| 55 | Oil Sample Analysis Report 21-029 | JO_GOV_0000394 - 399 | |
| 56 | Witness Statement – Akkaya | JO_GOV_0000709 | |
| 57 | Witness Statement - Tan | JO_GOV_0000710 - 711 | |
| 58 | Witness Statement – Balio | JO_GOV_0000712 | |
| 59 | Witness Statement – Cabanayan | JO_GOV_0000713 - 714 | |
| 60 | Witness Statement – Nalogon | JO_GOV_0000715 | |
| 61 | Witness Statement – Gonzaga | JO_GOV_0000716 | |
| 62 | Alarm Print Out | JO_SW_0009685 - 9720 | |
| 63 | Engine Log Book starting Feb 2021 | JO_SW_0010540 - 10631 | |
| 64 | Lloyds Register Presentation to Coast Guard | JO_VOL_0000001 - 7 | |
| 65 | Chief Engineers personal logbook | JO_SW_0014382 - 14427 | |
| 66 | OCM text data file | JO_GOV_0001066 | |
| 67 | OCM chip | | |
| 68 | E-Mail from Empire confirming change of name of vessels | EMPIRE_BULKERS_23580 | |
| 69 | E-Mail Empire regarding Incinerator | EMPIRE_BULKERS_008418 - 8419 | |
| 70 | Photo of Work Planning Meeting 16-20 February 2021 | JO_SW_0000068 | |
| 71 | Lloyds Report for Presentation to Coast Guard March 16, 2021 | JO_SW_0144182 - 83 | |
| | **Coast Guard Photos** | | |
| 72 | Stern of M/V Joanna at mooring buoys | JO_GOV_0000790 | |
| 73 | Bilge Primary Tank | JO_SW_0000015 | |
| 74 | Front of OWS | JO_GOV_0000288 | |
| 75 | OWS overboard line | JO_GOV_0000285 | |

| 76 | Piping below OWS | JO_GOV_0000286 | |
| 77 | OWS Fresh water valve | JO_GOV_0000811 | |
| 78 | OWS Discharge pipe dripping | JO_GOV_0000812 | |
| 79 | OWS discharge piping showing oil | JO_GOV_0000813 | |
| 80 | OWS discharge piping middle section | JO_GOV_0000814 | |
| 81 | OWS Overboard Valve closed with sign | JO_GOV_0000287 | |
| 82 | USCG Certificate of Approval for OCM | JO_SW_0000078 | |
| 83 | OCM Control Panel | JO_GOV_0000794 | |
| 84 | OCM Overview #1 | JO_GOV_0000795 | |
| 85 | OCM Overview #2 | JO_GOV_0000796 | |
| 86 | OCM side view with tamper sticker | JO_GOV_0000294 | |
| 87 | OCM tamper stick close-up | JO_GOV_0000295 | |
| 88 | OCM with cover on | JO_GOV_0000283 | |
| 89 | OCM wide angle cover removed | JO_GOV_0000833 | |
| 90 | OCM cover removed close-up | JO_GOV_0000791 | |
| 91 | OCM cover removed close-up | JO_GOV_0000802 | |
| 92 | OCM close-up of metal piece with cover on | JO_GOV_0000798 | |
| 93 | OCM close up showing metal piece hidden valve in fresh water position | JO_GOV_0000831 | |
| 94 | OCM top view showing paint | JO_GOV_0000806 | |
| 95 | OCM top view close-up | JO_GOV_0000840 | |
| 96 | OCM side view showing paint | JO_GOV_0000807 | |
| 97 | OCM data display Jan 23, 2021 | JO_GOV_0000797 | |
| 98 | Valves beneath deckplates near OWS | JO_GOV_0000284 | |
| 99 | Bilge and Sludge Pumps | JO_SW_0000013 | |
| 100 | Deckplate open above bilge holding tank | JO_SW_0000014 | |
| 101 | Bilge water transfer pump | JO_SW_0000018 | |
| 102 | Inside Primary Bilge Tank | JO_SW_0000073 | |
| 103 | Overview of Fuel Oil Heaters leaking #1 | JO_GOV_0000772 | |
| 104 | Overview of Fuel Oil Heaters leaking #2 | JO_GOV_0000773 | |
| 105 | Fuel Oil Heater Leaking #1 | JO_GOV_0000765 | |
| 106 | Buckets Catching Fuel Oil leak #1 | JO_GOV_0000767 | |

| 107 | Buckets Catching Fuel Oil leak #2 | JO_GOV_0000774 | |
|---|---|---|---|
| 108 | Rags on Fuel Oil Heater #1 | JO_GOV_0000768 | |
| 109 | Rags on Fuel Oil Heater #2 | JO_GOV_0000769 | |
| 110 | Fuel Oil Heater Overflow line disconnected and crimp #1 | JO_GOV_0000770 | |
| 111 | Side View Fuel Oil Heater leaking | JO_GOV_0000788 | |
| 112 | Sheared Condensate Valve Handle | JO_GOV_0000789 | |
| 113 | ECR inside door | JO_SW_0000099 | |
| 114 | ECR Monitors | JO_SW_0000069 | |
| 115 | ECR Bookshelf #1 | JO_SW_0000066 | |
| 116 | ECR Bookshelf #2 | JO_SW_0000070 | |
| 117 | ECR document rack with work order | JO_SW_0000100 | |
| 118 | Alarm Print Outs in ECR | JO_SW_0000008 | |
| 119 | Posted signs in ECR | JO_SW_0000098 | |
| 120 | ECR Overall | JO_SW_0000082 | |
| 121 | Alarm Print Outs in ECR held up by inspector | JO_SW_0000009 | |
| 122 | Chief Engineer – log book in pocket close-up | JO_SW_0000053 | |
| 123 | Chief Engineer holding log book | JO_SW_0000054 | |
| 124 | Chief Engineer's office book shelf | JO_SW_0000055 | |
| 125 | Chief Engineer's stateroom – outside | JO_SW_0000056 | |
| 126 | Chief Engineers stateroom inside | JO_SW_0000081 | |
| 127 | Chief Engineer's stateroom cabinet | JO_SW_0000057 | |
| 128 | Chief Engineer's stateroom – ORBs | JO_SW_0000058 | |
| 129 | Engineers Duty Assignments – 2/E and 3/E | JO_SW_0000059 | |
| 130 | Empire Bulkers Mission Statement | JO_SW_0000060 | |
| 131 | Empire Bulkers Quality statement | JO_SW_0000061 | |
| 132 | Work Hour Schedule | JO_SW_0000063 | |
| 133 | Crew List | JO_SW_0000064 | |
| 134 | Daily Fuel & Water Logbook | JO_SW_0000065 | |
| 135 | OWS Overboard valve piping closed Apr 26, 2021 | JO_SW_0000083 | |
| 136 | Opening OWS #1 | JO_SW_0000084 | |
| 137 | Opening OWS #2 | JO_SW_0000087 | |
| 138 | Opening OWS #3 both chambers open | JO_SW_0000088 | |

| 139 | View inside OWS #1 | JO_SW_0000085 | |
| 140 | View inside OWS #2 | JO_SW_0000086 | |
| 141 | OWS Overboard discharge valves disconnected | JO_GOV_0000819 | |
| 142 | OWS Overboard valves disconnected close-up | JO_GOV_0000817 | |
| 143 | OWS overboard skin valve close-up | JO_GOV_0000822 | |
| 144 | OWS Overboard discharge valves removed | JO_GOV_0000821 | |
| 145 | Sample OWS Overboard valve - swab | JO_GOV_0000818 | |
| 146 | Sample OWS Overboard – dripping into jar | JO_GOV_0000820 | |
| 147 | Sample from OWS right side filter | JO_SW_0000089 | |
| 148 | Sample – Bilge Well Apr 26, 2021 – jar inside | JO_SW_0000019 | |
| 148 | Sample OWS discharge piping | JO_GOV_0000815 | |
| 150 | Sample – Bilge Well Apr 26, 2021- jar outside | JO_SW_0000010 | |
| 151 | Sample – Bilge Well close-up Apr 26, 2021 | JO_SW_0000011 | |
| 152 | Sample – Primary bilge tank | JO_SW_0000092 | |
| 153 | Crew Contracts binder | JO_SW_0000024 | |
| 154 | Crew documentation binders | JO_SW_0000025 | |
| 155 | Training and Drills binders | JO_SW_0000027 | |
| 156 | Audit Documentation and Transmittal binders | JO_SW_0000028 | |
| 157 | SMS loose pages #1 | JO_SW_0000029 | |
| 158 | SMS loose pages #2 | JO_SW_0000030 | |
| 159 | Audit Documentation and ISO binders | JO_SW_0000031 | |
| 160 | Flag and PMI binder | JO_SW_0000032 | |
| 161 | Rightship Inspections binder | JO_SW_0000033 | |
| 162 | Superintendent Binder | JO_SW_0000034 | |
| 163 | PSC/USCG inspection binder | JO_SW_0000035 | |
| 164 | Enhanced Special Survey binder | JO_SW_0000036 | |
| 165 | ISM Familiarization binder | JO_SW_0000038 | |
| 166 | Maintenance Reports binder | JO_SW_0000039 | |
| 167 | Safety Day topics and Circulars binder | JO_SW_0000041 | |
| 168 | Monthly Form | JO_SW_0000044 | |

| 169 | Environmental Tag Log | JO_SW_0000067 | |
|---|---|---|---|
| 170 | Ship employment and ownership history | JO_SW_0000096 | |
| | **Coast Guard Videos** | | |
| 171 | Sample video Primary Bilge Tank | JO_SW_0000093 | |
| 172 | Sample video OWS filter | JO_SW_0000094 | |
| 173 | Rate of Fuel Oil Leaking | JO_GOV_0000787 | |
| 174 | OCM Test Set-up | JO_GOV_0000846 | |
| 175 | OCM Function Test | JO_GOV_0000842 | |
| 176 | OCM Review Part 1 | JO_GOV_0000843 | |
| 177 | OCM Review Part 2 | JO_GOV_0000844 | |
| 178 | OCM Test Part 1 | JO_GOV_0000845 | |
| | **OCM Playback Videos** | | |
| 179 | Dec 7, 2019 – graph | JO_GOV_0000892 | |
| 180 | Dec 7, 2019 – alarm/status | JO_GOV_0000893 | |
| 181 | Dec 31, 2019 – graph | JO_GOV_0000894 | |
| 182 | Dec 31, 2019 – alarm/status | JO_GOV_0000895 | |
| 183 | Jan 23, 2020 – graph | JO_GOV_0000896 | |
| 184 | Jan 23, 2020 – alarm/status | JO_GOV_0000897 | |
| 185 | Apr 13, 2020 – alarm/status | JO_GOV_0000898 | |
| 186 | Apr 18, 2020 – graph 1 | JO_GOV_0000899 | |
| 187 | Apr 18, 2020 – graph 2 | JO_GOV_0000900 | |
| | **Crew Documents** | | |
| 188 | Email from Empire Bulkers with new employment contracts attached – Part 1 (Akkaya & Nalogon) | EMPIRE_BULKERS_002636 - 2643 | |
| 189 | Employment Contract – Akkaya | JO_GOV_0001291 - 1295 | |
| 190 | Email from Empire Bulkers with new employment contracts attached – Part 2 (Gonzaga) | EMPIRE_BULKERS_002654 - 2658 | |
| 191 | Email from Empire Bulkers with new employment contracts attached – Part 3 (Tan) | EMPIRE_BULKERS_002659 - 2663 | |
| 192 | Email from Empire Bulkers with new employment contracts attached – Part 4 (Bernabe) | EMPIRE_BULKERS_002669 - 2673 | |
| 193 | Employment Contract - Bernabe | JO_GOV_0001286 | |

| 194 | Email from Empire Bulkers with new employment contracts attached – Part 5 (Baliad & Cabanayan) | EMPIRE_BULKERS_ 002674 - 2678 | |
| 195 | Akkaya – Training Documents | EMPIRE_BULKERS_ 000134 – 136, 140, 144-145, | |
| 196 | Empire Bulker Pre-Employment Declaration – Akkaya | EMPIRE_BULKERS_ 000155 - 162 | |
| 197 | Empire Bulker Crew Change Over Form Covid 19 – Akkaya | EMPIRE_BULKERS_ 000172 - | |
| 198 | Empire Bulkers On Board Familiarization Checklist and Onboard Forms - Akkaya | EMPIRE_BULKERS_ 000173 - 181 | |
| 199 | Empire Bulkers Declaration of Environmental Commitment and Compliance - Akkaya | EMPIRE_BULKERS_ 000182 | |
| 200 | Performance Appraisal – Akkaya | EMPIRE_BULKERS_ 001902 - 1905 | |
| 201 | Performance Appraisal – Tan | EMPIRE_BULKERS_ 001912 & 2485 | |
| 202 | Empire Bulker Pre-Employment Declaration – Nalogon | EMPIRE_BULKERS_ 001613 - 1621 | |
| 203 | Employment Contract – Tan | JO_GOV_0001289 | |
| 204 | Employment contract for Baliad | JO_GOV_0001288 | |
| 205 | Performance Appraisal – Baliad | EMPIRE_BULKERS_ 001919 – 1924 & 2486 - 2489 | |
| 206 | Employment Contract for Louie Gonzaga | JO_GOV_0001284 | |
| 207 | Empire Bulker Pre-Employment Declaration – Gonzaga | EMPIRE_BULKERS_ 001854 - 1862 | |
| 208 | Gonzaga – Certificate for Officer in Charge of an Engineering Watch | EMPIRE_BULKERS_ 001868 | |
| 209 | Gonzaga – Certificate of Complete of MARPOL training | EMPIRE_BULKERS_ 001878 | |
| 210 | Empire Bulkers Verification of Training MARPOL – Gonzaga | EMPIRE_BULKERS_ 001889 | |
| 211 | Employment Contract for Nalogon | JO_GOV_0001285 | |
| 212 | Nalogon – Certificate for Officer in Charge of an Engineering Watch | EMPIRE_BULKERS_ 001629 - 1630 | |
| 213 | Empire Bulkers Verification of Training MARPOL - Nalogon | EMPIRE_BULKERS_ 001634 & 1647 | |
| 214 | Employment Contract for Cabanayan – Nov 2020 for 8 months | JO_SW_0014493 - 14499 | |

| | | | |
|---|---|---|---|
| 215 | Employment Contract for Cabanayan – Feb 2021 for 7 months | JO_GOV_0001287 | |
| 216 | Cabanayan Oil Record Book record of training | JO_SW_0014509 | |
| 217 | Cabanayan Nautilus Pacific Maritime Training Center certificates | JO_SW_0014511 - 14512 | |
| 218 | Cabanayan Marine Training Certificate | EMPIRE_BULKERS_ 000875 | |
| 219 | Cabanayan OWS training certificate | EMPIRE_BULKERS_ 000877 | |
| 220 | Cabanayan ORB Training Certificates | EMPIRE_BULKERS_ 000883 - 884 | |
| 221 | Empire Bulkers – Personal Training and Service Record Book – Cabanayan | JO_SW_0014534 - 14566 | |
| 222 | Performance Appraisal – Cabanayan | EMPIRE_BULKERS_ 001945 – 1947 & 2512 - 2513 | |
| 223 | Performance Appraisal – Bernabe | EMPIRE_BULKERS_ 001974 – 1979 & 2539 - 2544 | |
| | **Grand Jury Transcripts & Videos** | | |
| 224 | Bernabe (May 14, 2021) | JO_GJ_0000019-JO_GJ_0000079 | |
| 225 | Cabanayan (May 14, 2021) | JO_GJ_0000080-JO_GJ_0000161 | |
| 226 | Nalogon (May 14, 2021) | JO_GJ_0000162-JO_GJ_0000213 | |
| 227 | Gonzaga (Apr 30, 2021) | JO_GJ_0000580-JO_GJ_0000643 | |
| 228 | Nalogon (Apr 30, 2021) | JO_GJ_0000644-JO_GJ_0000677 | |
| 229 | Baliad (June 24, 2021) | JO_GJ_0003270-JO_GJ_0003301 | |
| 230 | Sudkamp (July 8, 2021) | JO_GJ_0003302-JO_GJ_0003389 | |
| 231 | Baliad (July 1, 2021) | JO_GJ_0003604-JO_GJ_0003650 | |
| 232 | Gonzaga (Aug 12, 2021) | JO_GJ_0003651-JO_GJ_0003707 | |
| 233 | Nalogon (Aug 12, 2021) | JO_GJ_0003708-JO_GJ_0003754 | |
| 234 | Gonzaga (July 22, 2021) | JO_GJ_0011019 - 0011029 | |
| 235 | Nalogon (July 22, 2021) | JO_GJ_0011030 – | |

| | | 0011112 | |
|---|---|---|---|
| | **Defendant's Depositions Exhibit List** | | |
| 236 | Baliad's Marshall Islands Certification | EMPIRE_BULKERS_000611 | |
| 237 | Baliad's Philippines Seafarers Certificate | EMPIRE_BULKERS_000584 | |
| 238 | Baliad's Certificate of Completion of training in Bilge Water/ Waste Oil Separator Operational Management Course | EMPIRE_BULKERS_000593 | |
| 239 | Baliad's Certificate of Completion in MARPOL 73/78 Consolidated Annexes I-VI | EMPIRE_BULKERS_000596 | |
| 240 | Baliad's Certificate of Attendance at Pre- Departure Orientation Seminar | EMPIRE_BULKERS_000600 | |
| 241 | Baliad's Certificate of Completion of In-House Training in Pre-Joining Familiarization/Orientation | EMPIRE_BULKERS_000601 | |
| 242 | Cabanayan's Crew Change Prior Boarding Form – Covid19 | EMPIRE_BULKERS_000587 | |
| 243 | Baliad's Certificate of Completion of In-House Familiarization in Company's Management System & Docmap | EMPIRE_BULKERS_000606 | |
| 244 | Baliad's US Visa | EMPIRE_BULKERS_000612 | |
| 245 | Cabanayan's Certificate of Attendance at Pre- Departure Orientation Seminar | EMPIRE_BULKERS_000885 | |
| 246 | Cabanayan's Verification of Training in Oil Record Book Part 1, V5 | EMPIRE_BULKERS_000884 | |
| 247 | Cabanayans's Certificate of Attendance at Benefit Software Vessel Modules | EMPIRE_BULKERS_000876 | |
| 248 | Cabanayan's Certificate of Completion of In-House Familiarization in Company's Management System & Docmap | EMPIRE_BULKERS_000888 | |
| 249 | Cabanayan's Certificate of Completion of In-House Training in Pre-Joining Familiarization/Orientation | EMPIRE_BULKERS_000886 | |

| 250 | Cabanayan's Certificate of Completion of In-House Training in Pre-Joining Familiarization/Orientation | EMPIRE_BULKERS_000880 | |
| 251 | Cabanayan's Certificate of Completion of training in Bilge Water/ Waste Oil Separator Operational Management Course | EMPIRE_BULKERS_000877 | |
| 252 | Cabanayan's Philippines Seafarers Certificate | EMPIRE_BULKERS_000874 | |
| 253 | Cabanayan's Crew Change Prior Boarding Form – Covid19 | EMPIRE_BULKERS_000873 | |
| 254 | Cabanayan's US Visa | EMPIRE_BULKERS_000891 | |
| 255 | Cabanayan Philippines Engineering Officer Certificate | EMPIRE_BULKERS_000874 | |
| 256 | Cabanayan March 11 Witness Statement | JO_GOV_0000713-0000714 | |
| 257 | Akkaya Pre-Employment Declarations | EMPIRE_BULKERS_000155- 162 | |
| 258 | Akkaya Pre-Employment Declarations (Turkish) | EMPIRE_BULKERS_000163- 170 | |
| 259 | Akkaya Welcome Onboard Form | EMPIRE_BULKERS_000175- 000176 | |
| 260 | Akkaya Declaration of Environmental Commitment and Compliance | EMPIRE_BULKERS_000182 | |
| 261 | Photograph of "Discharge of Oil Prohibited" sign at OWS | 028_JO_GOV_0001387 | |
| 262 | Photograph of Engine Room - JOANNA | | |
| 263 | Photograph of Overboard Discharge Valve | 027_JO_GOV_0001386 | |
| 264 | Photograph of Discharge of Oil Prohibited | | |
| 265 | Photograph of sealed lock | | |
| 266 | Photograph of "Crew Recreation Room" | | |
| 267 | Photograph of "Emergency Contact Poster" | | |
| 268 | Photograph of "Suggestion & Complain" box | | |
| 269 | Photograph of "Suggestion and Complain" box location by Crew Rec Room | | |
| 270 | Photograph of "Open Door on Reporting Complaint" and "On board Complaint | | |

| | Procedure" documents | | |
|---|---|---|---|
| **271** | Photograph of "On Board Organization Job Description" | 383_JO_GOV_0005338 | |
| **272** | Photograph of "Discharge of Oil Prohibited" sign | | |
| **273** | Photograph of "Mission Statement" sign | 369_JO_GOV_0005324 | |
| **274** | Photograph of "Quality Policy" sign | 370_JO_GOV_0005325 | |
| **275** | Policy Signage on JOANNA | 407_JO_GOV_0005362 | |
| **275** | On Board Crew Hierarchy Chart | Demonstrative | |
| | **Deposition Transcripts** | | |
| **277** | Manuel Baliad (10/12/2021) | | As modified by the Court |
| **278** | Haldun Akkaya (10/13/2021) | | As modified by the Court |
| **279** | Bienvenido Cabanayan (10/14/2021) | | As modified by the Court |
| **280** | Gerone Bernabe (10/14/2021) | | As modified by the Court |
| **281** | Nimuel Nalogon (10/14/2021) | | As modified by the Court |
| **287-302** | **MARPOL APPS Exhibits** | | The government objections to use of 287-302 which are statutes and regulations, and international treaty documents. These documents appear related to defendant's international law related legal theories that have been rejected by the Court. The government reserves additional objections including relevance. |
| **287** | Oil Pollution Act of 1961 Public Law 87-167, 75 Stat. 402 | | " " |
| **288** | 33 C.F.R. §151.05(a) & (c) (1982) | | " " |
| **289** | 33 C.F.R. §151.05(a) & (c) (1983) | | " " |
| **290** | 33 C.F.R. §151.09 | | " " |
| **291** | 33 C.F.R. §151.23 | | " " |
| **292** | 33 C.F.R. §151.25 | | " " |
| **293** | 33 C.F.R. §151.35 (1982) | | " " |
| **294** | 33 C.F.R. §151.35 (1983) | | " " |
| **295** | 48 Fed. Reg. 45704 | | " " |
| **296** | Hearing before Committee on Commerce, United States Senate, | | " " |

| | | | |
|---|---|---|---|
| | reprinted in 1973 IMCO Conference on Marine Pollution from Ships, November 14, 1973 | | |
| 297 | *International Convention for the Prevention of Pollution from Ships,* 1973 | | " " |
| 298 | *International Convention for the Prevention of Pollution from Ships,* as modified by the Protocol of 1978 (MARPOL 73/78) | | " " |
| 299 | *International Convention for the Prevention of Pollution of the Sea by Oil '54 MARPOL Annex I, Regulation 17* | | " " |
| 300 | OMB summary for document no. 1625-0009 (ORB) | | " " |
| 301 | USCG calculations of hours required by respondents to complete ORB | | " " |
| 302 | 84 Fed. Reg. 1394- notice re ORB requirements | | " " |
| 303-315 | **Statutory Exhibits** | | The government objects to use of 303-315 which are statutes and rules of evidence and thus improper to introduce as exhibits. These documents appear to be related to defendant's international law related legal theories that have been rejected by the Court. The government reserves additional objections including relevance. |
| 303 | 18 U.S.C. §2 | | " " |
| 304 | 18 U.S.C. §1001 | | " " |
| 305 | 18 U.S.C. §1505 | | " " |
| 306 | 18 U.S.C. §1514(a) | | " " |
| 307 | 18 U.S.C. §1519 | | " " |
| 308 | 18 U.S.C. §3553(a) | | " " |
| 309 | 18 U.S.C. §3562(a) | | " " |
| 310 | 18 U.S.C. §3563 | | " " |
| 311 | 33 U.S.C. §1904 | | " " |
| 312 | 33 U.S.C. §1907 | | " " |
| 313 | 33 U.S.C. §1908 | | " " |
| 314 | Fed.R.Evid. 803(6) | | " " |
| 315 | Fed.R.Evid. 902(11) | | " " |

| 316 | Transcript of Motion Hearing - United States v. Mazarakis, Docket No.: 19-cr-58-RGA (pp. 176-180) | | The government objects to use of 316, a transcript from a motions hearing in an unrelated matter. The government reserves additional objections including relevance and hearsay. |
|---|---|---|---|
| 317-324 | **Coast Guard & Related Documents Re Safety and Oil** | | The government objects to use of 317-324 which are unrelated government documents and other materials apparently related to defendant's international law related legal theories that have been rejected by the Court. The government reserves additional objections including relevance. |
| 317 | 1625 0009 SS r0 2019 calc sheet App B&C | | " " |
| 318 | 1625 0009 SS r0 2019 OMB | | " " |
| 319 | Federal Register/ Vol. 84, No. 67/ Monday, April 8, 2019/ Notices | | " " |
| 320 | DOJ Inspector General -- A Review of the Department's Use of the Material Witness Statute with a Focus on Select National Security Matters | | " " |
| 321 | Federal Register __ Information Collection Request to Office of Management and Budget; OMB Control Number_ 1625-0009 | | " " |
| 322 | National Geo Article re sources of petroleum into ocean | | " " |
| 323 | SAR Program Information - inherent danger | | " " |
| 324 | Table 5. Fatal work injury rates per 100,000 full-time equivalent workers by selected occupations, 2019 | | " " |
| 325-335 | **Tan Certificates** | | The government objects to authenticity of 325-335 to the extent they were not seized from the vessel or produced pursuant to subpoena to corporate defendants. The government |

| | | | |
|---|---|---|---|
| | | | reserves additional objections including relevance. |
| 325 | Republic of the Philippines, Endorsement, Chief Engineering Officer, Certificate No. 73-18842 | | " " |
| 326 | Republic of the Philippines, Basic Training, Certificate No. 24-717448 | | " " |
| 327 | Republic of the Marshall Islands, Management, Chief Engineer, Certificate No. 37-18818 | | " " |
| 328 | Certificate, Empire Bulkers LTD, Training Course, Planned Maintenance System, Vessel Performance, Rest Hours, Spare Parts, Stores & Provisions, Document Control | | " " |
| 329 | Certificate, Empire Bulkers LTD, Training Environmental Management System | | " " |
| 330 | Certificate, Empire Bulkers LTD, Training Management of Change | | " " |
| 331 | Republic of the Philippines, Medical First Aid, Certificate No. 18-42672 | | " " |
| 332 | Philippine Seafarers Training Center, Advanced Training in Firefighting, Certificate No. ATFF-0292-01-2001 | | " " |
| 333 | Republic of the Philippines, Advanced Firefighting, Certificate No. 17-52851 | | " " |
| 334 | Republic of the Philippines, Ship Security Awareness Training and Seafarers with Designated security Duties, Certificate No. 27-369759 | | " " |
| 335 | Stella Marris Shipmanagement inc., Anti-Piracy Awareness Training, Certificate No. AP2019-327 | | " " |
| | **Photographs of OCM Taken During Expert Inspection** | | |
| 336 | IMG 6660 Photo of OCM | | |
| 337 | IMG 6661 Photo of OCM | | |
| 338 | IMG 6662 Photo of OCM | | |

| 339 | IMG 6663 Photo of OCM | | |
|-----|----------------------|--|--|
| 340 | IMG 6664 Photo of OCM | | |
| 341 | IMG 6665 Photo of OCM | | |
| 342 | IMG 6666 Photo of OCM | | |
| 343 | IMG 6667 Photo of OCM | | |
| 344 | IMG 6668 Photo of OCM | | |
| 345 | IMG 6669 Photo of OCM | | |
| 346 | IMG 6670 Photo of OCM | | |
| 347 | IMG 6671 Photo of OCM | | |
| 348 | IMG 6671 Photo of OCM | | |
| 349 | IMG 6673 Photo of OCM | | |
| 350 | IMG 6674 Photo of OCM | | |
| 351 | IMG 6675 Photo of OCM | | |
| 352 | IMG 6676 Photo of OCM | | |
| 353 | IMG 6677 Photo of OCM | | |
| 354 | IMG 6678 Photo of OCM | | |
| 355 | IMG 6679 Photo of OCM | | |
| 356 | IMG 6680 Photo of OCM | | |
| 357 | IMG 6681 Photo of OCM | | |
| 358 | IMG 6682 Photo of OCM | | |
| 359 | IMG 6683 Photo of OCM | | |
| 360 | IMG 6684 Photo of OCM | | |
| 361 | IMG 6685 Photo of OCM | | |
| 362 | IMG 6686 Photo of OCM | | |
| 363 | IMG 6687 Photo of OCM | | |
| 364 | IMG 6688 Photo of OCM | | |
| 365 | IMG 6689 Photo of OCM | | |
| 366 | IMG 6690 Photo of OCM | | |
| 367 | IMG 6691 Photo of OCM | | |
| 368 | IMG 6692 Photo of OCM | | |
| 369 | IMG 6693 Photo of OCM | | |
| 370 | IMG 6694 Photo of OCM | | |
| 371 | IMG 6695 Photo of OCM | | |
| 372 | IMG 6696 Photo related to OCM | | Authenticity |

| 373 | IMG 6697 Photo related to OCM | | Authenticity |
|---|---|---|---|
| | | | |
| 374 | ABS ISM Audit Report (Jan. 15, 2021) | EMPIRE_BULKERS_002957-002959 | |
| 375 | ABS DOC (Jan. 21, 2021) | EMPIRE_BULKERS_009893-9894 | |
| 376 | Republic of Marshall Islands Inspection (Mar. 7, 2021) | EMPIRE_BULKERS_003142-3155 | Relevance, Hearsay |
| 377 | Republic of Marshall Islands Inspection (July 29, 2020) | EMPIRE_BULKERS_003042-3058 | "" |
| 378 | Republic of Marshall Islands Inspection (Jan. 31, 2019) | EMPIRE_BULKERS_003118-3133 | "" |
| 379 | Class Special Survey (July 2, 2020) | EMPIRE_BULKERS_2868-2930 | "" |
| 380 | Mediterranean MOU PSC (Nov. 23, 2020) | EMPIRE_BULKERS_010032-10033 | "" |
| 381 | Black Sea MOU PSC (Dec. 12, 2020) | EMPIRE_BULKERS_010034-010035 | "" |
| 382 | Paris MOU & EU PSC – Liverpool (Dec. 29, 2020) | EMPIRE_BULKERS_010036-010042 | "" |
| 383 | Superintendent Inspection Reports and Checklists | EMPIRE_BULKERS_003286-3409 | "" |
| 384 | Internal ISPS Audit (Dec. 4, 2019) | EMPIRE_BULKERS_006469-006490 | "" |
| 385 | Internal ISPS Audit (June 4, 2019) | EMPIRE_BULKERS_006491-006525 | "" |
| 386 | Internal ISPS Audit (Dec. 3, 2020) | EMPIRE_BULKERS_006526-6545 | "" |
| 387 | PMS Records – OWS/OCM (Dec. 25, 2018 – Dec. 31, 2019) | EMPIRE_BULKERS_003799 - 3809 | |
| 388 | PMS Records – OWS/OCM (Dec. 28, 2019 – Dec. 31, 2020) | EMPIRE_BULKERS_005041 – 5052 | |
| 389 | PMS Records – OWS/OCM (Dec. 29, 2020 – Mar 7, 2021) | EMPIRE_BULKERS_006068 – 6071 | |
| 390 | PMS Records – OWS/OCM – Maintenance Task Reports | EMPIRE_BULKERS_007352-007535 | |
| 391 | C/E Handover Report (Feb. 10, 2019) | EMPIRE_BULKERS_006422 – 6428 | |
| 392 | C/E Handover Report (Oct. 25, 2020) | EMPIRE_BULKERS_006436 – 6443 | |
| 393 | Empire Bulkers Circulars re: OWS, ORB, | EMPIRE_BULKERS_007536-8034 | |

| | and Waste Management | | |
|---|---|---|---|
| 394 | Crew-Training – Shore Training Requirements | EMPIRE_BULKERS_ 011425 | |
| 395 | Crew-Training – E-Training Module Requirements | EMPIRE_BULKERS_ 011422-11424 | |
| 396 | Case #21-027 – Cover Email | | Reserved. 396-405 appear to be sample and analysis related documents provided to defendants by the government. No bates numbers or copies of the proposed exhibits were provided to confirm. |
| 397 | Case #21-027 – MSL MEMO | | " " |
| 398 | Case #21-027 – MSL Chain of Custody Record | | " " |
| 399 | Case #21-027 – Gas Chromatography Worksheet | | " " |
| 400 | Case #21-027 – GC-MS Worksheet | | " " |
| 401 | Case #21-029 – Cover Email | | " " |
| 402 | Case #21-029 – MSL MEMO | | " " |
| 403 | Case #21-029 – MSL Chain of Custody Record | | " " |
| 404 | Case #21-029 – Gas Chromatography Worksheet | | " " |
| 405 | Case #21-029 – GC-MS Worksheet | | " " |
| 406 | **ASTM Standard D3328-06:** Standard Test Methods for Comparison of Waterborne Petroleum Oils by Gas Chromatography | | |
| 407 | **ASTM Standard D5739-06:** Standard Practice for Oil Spill Source ID by Gas Chromatography and Positive Ion Electron Impact Low Resolution Mass Spectrometry | | |
| 408 | USCG Captain Karr PSC Memo – Jan 20, 2006 | | |
| 409 | USCG OCM and OWS Guidelines Memo | | Authenticity. No copy provided. |
| 410 | USCG MARPOL Examination Reference Guide | | Authenticity. No copy provided. |

| 411 | Martin Ottaway Website and Materials | Reserved | The government objects because defendant has not identified or provided a copy of the portions of the website materials they seek to use. The government is aware that in past cases, defense counsel have sought to introduce the unsupported opinions of a member of this firm without calling him as a witness, or, using the unsupported opinions of this person to cross examine government witnesses. The government reserves all objections. |
| | | | |
| 412 | Spanmarin Expert Report (11.23.21) | | The government objects because defendant has not identified or provided a copy of this proposed exhibit. |
| 413 | Lloyd's Register Expert Report (11.22.21) | | The government objects because the defendant has not provided a copy of this proposed exhibit. |
| 414 | Test Photo | 20211119_132740.jpg | The government objects to 414-418 as reflected in the *Daubert* litigation. These are photos of the Greek OCM that is different than the one in this case. |
| 415 | Test Photo | 20211119_132727.jpg | |
| 416 | Test Video | 20211122_120842.mp4 | |
| 417 | Test Video | 20211122_121237.mp4 | |
| 418 | Test Video | 1649077112172988.MP4 | |
| | | | |
| | **Photographs of OCM Taken During Second Expert Inspection** | | The government objects to the extent these have not been disclosed. |
| | | | |
| 419 | Wide view of setup after testing | | " " |
| 420 | Closeup of Buckets after testing | | " " |

|  |  |  |  |
|---|---|---|---|
|  | **Coast Guard Agents messages** |  |  |
| **421** | Emily Marks exchanges | JO_GOV_0018390-0018407 |  |
| **422** | Nathaniel Sudkamp exchanges | JO_GOV_0018509-0081514 |  |
| **423** | Brandon McPherson exchanges | JO_GOV_0018611 |  |

Respectfully Submitted,

TODD KIM
Assistant Attorney General
Environmental & Natural Resources Division
U.S. Department of Justice

DUANE A. EVANS
United States Attorney

*s/Richard A. Udell*
Richard A. Udell
Senior Litigation Counsel
Environmental Crimes Section
U.S. Department of Justice
50 M St., N.E./Room 4206
Washington, D.C. 20044
Telephone: (202) 305-0361
Email: richard.udell@usdoj.gov

*s/ G. Dall Kammer*
G. Dall Kammer (26948)
Assistant U.S Attorney
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3168
Email: dall.kammer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2022, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

defense counsel of record.

s/ G. Dall Kammer
G. DALL KAMMER
Assistant United States Attorney