UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| v. | * | **SECTION: S** |
| **WARLITO TAN** | * | |
| | * | |
| *   *   * | | |

**UNITED STATES' OBJECTIONS TO DEFENDANT'S DEMONSTRATIVE EXHIBITS**

The government respectfully reserves all objections to the defendant's proposed demonstrative exhibits attached as Exhibit A – C. Objections are premature at this point until the defendant lays a proper foundation for these demonstratives or otherwise supports them through evidence at trial.

With regard to Exhibit A (definition of the word "countersignature") the government objects to the defendant's misleading use of a generic definition of "countersignature" from the dictionary. Chief Tan's intent behind having Third Engineer Bienvenido Cabanayan[1] countersign Tan's entries in the Oil Record Book are the exclusive province of the jury. The defendant can explain this himself should he exercise his right to testify. The meaning behind the co-defendant's policy and any instructions provided to Tan can be introduced by the corporate representative that Tan has noticed as a witness. Neither the word countersign nor defendant's proposed definition of "countersignature" appear in U.S. regulations that govern this case, nor do they appear in

---

[1] In his Rule 15 deposition, Mr. Cabanayan testified that he had no personal knowledge of the operations that Chief Tan ordered him to sign in the ORB.

MARPOL Reg. 17.[2] As such, the relevance of a dictionary definition in Exhibit A has not been established.

                                                                               Respectfully Submitted,

| | |
|---|---|
| TODD KIM | DUANE A. EVANS |
| Assistant Attorney General | United States Attorney |
| Environmental & Natural Resources Division | |
| U.S. Department of Justice | |
| | |
| *s/Richard A. Udell* | *s/ G. Dall Kammer* |
| Richard A. Udell | G. Dall Kammer (26948) |
| Senior Litigation Counsel | Assistant U.S Attorney |
| Environmental Crimes Section | 650 Poydras Street, Suite 1600 |
| U.S. Department of Justice | New Orleans, LA 70130 |
| 50 M St., N.E./Room 4206 | Telephone: (504) 680-3168 |
| Washington, D.C. 20044 | Email:dall.kammer@usdoj.gov |
| Telephone: (202) 305-0361 | |
| Email: richard.udell@usdoj.gov | |

---

[2] *See* 33 C.F.R. § 151.25(h): "Each operation described in paragraphs (d), (e) and (f) of this section shall be fully recorded without delay in the Oil Record Book so that all the entries in the book appropriate to that operation are completed. Each completed operation shall be signed by the person or persons in charge of the operations concerned and each completed page shall be signed by the master or other person having charge of the ship." *See also* MARPOL Reg. 17: "Each operation described in paragraph 2 of this regulation shall be fully recorded without delay in the Oil Record Book Part I, so that all entries in the book appropriate to that operation are completed. Each completed operation shall be signed by the officer or officers in charge of the operations concerned and each completed page shall be signed by the master of ship." The Marshall Islands are a party to MARPOL and require compliance with MARPOL. The Notice of foreign law proposed by defendant also does not utilize the word or definition in the MARPOL context.

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

s/ G. Dall Kammer
G. DALL KAMMER
Assistant United States Attorney
