# COUNTERSIGNATURES

THE GOVERNMENT'S EXHIBITS DOCUMENT THAT WARLITO TAN'S EMPLOYER REQUIRED

"All entries in the OIL RECORD BOOK Part I have to be countersigned."

MERRIAM-WEBSTER'S DICTIONARY:

A COUNTERSIGNATURE IS "A SIGNATURE ATTESTING TO THE AUTHENTICITY OF A DOCUMENT ALREADY SIGNED BY ANOTHER"



**GOVERNMENT EXHIBIT A**