**GOVERNMENT EXHIBIT B**

| Crewmember and Title | Immunity for Misconduct Before Testifying? | Immunity for False Testimony? | Date of Sworn Deposition Testimony | First Learned of Preheater Leak | First Learned of OWS/OCM Problem |
|---|---|---|---|---|---|
| Manuel M. Baliad II (2ND Engineer) | Yes | No | 10/12/21 | 3/11/21 | 3/11/21 |
| Haldun Akkaya (Captain) | Yes | No | 10/13/21 | 3/11/21 | 3/11/21 |
| Bienvenido Cabanayan (3RD Engineer) | Yes | No | 10/14/21 | 3/11/21 | 3/11/21 |
| Nimuel Nalogon (Oiler) | Yes | No | 10/14/21 | 3/11/21 | 3/11/21 |
| Gerone Bernabe (Electrician) | Yes | No | 10/14/21 | 3/11/21 | 3/11/21 |