## M/V JOANNA INSPECTIONS

| DATE | 6.2.18 | 6.5.18 | 10.8.18 | 1.31.19 | 2.14.19 | 3.4.19 | 3.23.19 | 6.30.19 | 10.16.19 | 2.22.20 | 7.2.20 | 7.27.20 | 11.23.20 | 12.7.20 | 12.29.20 | 3.8.21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INSPECTION | OIL CONTENT METER CALIBRATION | TOKYO MOU INSPECTION PSC | CLASS ANNUAL INSPECTION | MI FLAG SAFETY INSPECTION | TOKYO MOU INSPECTION PSC | IOPP ANNUAL INSPECTION | TOKYO MOU INSPECTION PSC | CLASS ANNUAL INSPECTION | PSC NEW ZEALAND | TOKYO MOU INSPECTION PSC | SPECIAL CLASS SURVEY DURING D/D | MI FLAG SAFETY INSPECTION | MEDITTERANEAN MOU PSC | BLACK SEA MOU PSC | PARIS MOU PSC | MI FLAG SAFETY INSPECTION |
| PORT | SINGAPORE | HO CHI MINH | LANSHAN | NANJING | PYONGTAEK | SINGAPORE | BIN TULU | SINGAPORE | TAURANGA | PANJANG | JIANGYIN | NANJING | DAMIETTA | NIKOLAEV | LIVERPOOL | NEW ORLEANS |
|  | Government Exhibit 114 and 116 |  | EMPIRE BULKERS 2715 - 2723 | Exhibit 378 | EMPIRE BULKERS 9960-9962 | EMPRE BULKERS 002709-2714 | EMPIRE BULKERS 10003 | EMPIRE BULKERS 2715 - 2723 | EMPIRE BULKERS 10007 - 10010 | EMPIRE BULKERS 10030 - 10031 | Exhibit 379 Gov Ex. 116, 142 | Exhibit 377 Gov. Ex. 144 | Exhibit 380 | Exhibit 381 | Exhibit 382 | Exhibit 376 Gov. Ex. 143 |



**GOVERNMENT EXHIBIT C**

Eight (8) Port State Control (PSC) Inspections

Four (4) Class Inspections

Three (3) Flag Administration Inspections