UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| v. | * | SECTION: "S" |
| **EMPIRE BULKERS LTD.** | * | |
| **JOANNA MARITIME LIMITED** | | |
| **WARLITO TAN** | * | |

## WARLITO TAN'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF HIS MOTION IN LIMINE AND NOTICE REGARDING DETERMINATION OF FOREIGN LAW

NOW COMES defendant Warlito Tan, through counsel, and respectfully moves this honorable Court for leave to file his Reply Memorandum in support of his Motion in Limine and Notice Regarding Determination of Foreign Law. In support of this motion, defendant Tan states as follows:

1. The government's objection to defendant's filings raises mistaken issues not anticipated in those filings, including the assertion that the Notice Regarding Determination of Foreign Law is untimely and quotes authorities out of context, including central MARPOL provisions.

WHEREFORE, defendant Tan respectfully requests leave to file his Reply Memorandum in support of the said motion.

DATED this 1st day of November 2022.

/s/ Caroline Gabriel
Caroline Gabriel, Bar No. 38224
William Most, Bar No. 36914
Most & Associates, L.L.C.
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(504) 509-5023
caroline.gabriel.ma@gmail.com

2

/s/ Edward S. MacColl
Edward S. MacColl, MBRN #2658
Pro Hac Vice
Counsel for Defendant Tan

CERTIFICATE OF SERVICE

I do hereby certify that on the above date I attempted to make service of the above document by electronically filing the same using the Court's EM/ECF system.

/s/ Edward S. MacColl