UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | **CRIMINAL NO. 21-126** |
| v. | \* | **SECTION: "S"** |
| **EMPIRE BULKERS LTD.** | \* | |
| **JOANNA MARITIME LIMITED** | | |
| **WARLITO TAN** | \* | |
| | \* | |

## ORDER

The motion of defendant Tan for leave to file his Reply Memorandum in support of his Motion in Limine and Notice Regarding Determination of Foreign Law is **GRANTED**.

EXECUTED at New Orleans, Louisiana this ___ day of November 2022.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**

1