UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| v. | * | SECTION: "S" |
| EMPIRE BULKERS LTD.<br>JOANNA MARITIME LIMITED<br>WARLITO TAN | *<br><br>* | |
| | * | |

## ORDER

The motion of defendant Tan for leave to file his Reply Memorandum in support of his Motion in Limine and Notice Regarding Determination of Foreign Law is **GRANTED**.

EXECUTED at New Orleans, Louisiana this 2nd day of November 2022.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

1