**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| **v.** | * | **SECTION: "S"** |
| **WARLITO TAN** | * | |
| | * | |

**GOVERNMENT'S RESPONSES TO DEFENDANT'S OBJECTIONS**

| U.S. v. Tan – Government Exhibit List | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Documents** | **Bates Number** | **Chief Tan Objections** | **Government Responses** |
| | | | | |
| | **Records** | | | |
| 101 | Oil Record Book – Sep 22, 2019 to Mar 21, 2020 | JO_GOV_0000532 - 591 | | |
| 102 | Oil Record Book – Mar 21, 2020 to Oct 26, 2020 | JO_GOV_0000469 - 531 | | |
| 103 | Oil Record Book – Oct 26, 2020 to Mar 10, 2021 | JO_SW_0004845 - 4905 | | |
| 105 | IOPP Certificate and Supplement | JO_SW_0005468 - 5474 | | |
| 106 | Notice of Arrival | JO_GOV_0000127 - 130 | hearsay/authenticity/This appears to be a printed version of an electronic | This same record has been noticed as defense exhibit 6. The exhibit was also |

| U.S. v. Tan – Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | **Government Responses** |
| | | | document; defendant believes the electronic version may include important clarifying information lost in the printing process | used during Rule 15 depositions that the defendant wants to play to the jury, and the defendant has asked if the government objects to admission. This is both an Empire and Coast Guard business record. |
| 108 | Official Receipts – cargo | EMPIRE_BULKERS_009777 - 9779 | | |
| 109 | OWS Final Drawings, Instruction Manual and Type Approvals | JO_SW_0003977 – 4110 | | |
| 110 | Diagram of OCM | JO_GOV_0000112 | | |
| 111 | OCM instruction manual | JO_SW_0003960 - 3976 | | |
| 112 | Deckma Declaration of Conformity | JO_SW_0001089 | | |
| 117 | Continuous Synopsis Record | JO_GOV_0000124 | hearsay/authenticity | This record has been noticed as defense exhibit 17. It was also used during Rule 15 depositions that the defendant wants to play to the jury, and defendant has asked if the government objects to admission. Defendant has not objected to government exhibits 118 and 119 which are updates of the same record. |

| U.S. v. Tan –  Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | Government Responses |
| 118 | Changes to CSR and vessel records | JO_SW_0000520 - 547 | | |
| 119 | Continuous Synopsis Record Vessel Name Change | JO_GOV_0000356 | | |
| 126 | Ship's Particulars | JO_GOV_0000125 | | |
| 127 | Email and PSC Checklist from Empire Bulkers Feb 18, 2021 | EMPIRE_BULKERS_002608 - 2626 | hearsay/authenticity | This record has been noticed as defense exhibit 27. It is a business record of corporate defendant Empire Bulkers and was produced in response to grand jury subpoena. A corporate records custodian from Greece will testify as necessary. |
| 127 A | Email and PSC Checklist from Empire Bulkers Feb 24, 2021 | EMPIRE_BULKERS_008398 - 8400 | Hearsay/relevance/waste of time and confusion under Rule 403 | This same record has been noticed as defense exhibit 27. It is a business record of corporate defendant Empire Bulkers and was produced in response to grand jury subpoena. It was also used as an exhibit during the Rule 15 depositions that the defendant wants to play, and defendant has asked the government if it objects to admission. The government will establish relevance at trial. |

| U.S. v. Tan –  Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | **Government Responses** |
| 129 | PSC Form A handwritten | JO_GOV_0000363 | hearsay/403/relevance/404 | This same record has been noticed as defense exhibit 29. It is business record. It has been marked for identification purposes and may be needed to refresh a witnesses' recollection. |
| 130 | PSC Form A & B | JO_GOV_0000153 - 158 | hearsay/403/relevance/404 | This same record has been noticed as defense exhibit 30. It is business record. It has been marked for identification purposes and may be needed to refresh a witnesses' recollection. |
| 131 | Deckma Technical Advisory 2008 | JO_GOV_0000298 | hearsay/relevance | This same record has been noticed as defense exhibit 31. The government does not intend to introduce this exhibit in its case in chief. |
| 132 | USCG Technical Advisory 2008 | JO_GOV_0000313 | hearsay/relevance | This same record has been noticed as defense exhibit 32. It was also used during Rule 15 depositions that the defendant wants to play to the jury, and the defendant has asked if the government objects to admission. The government does not intend to introduce this exhibit in its case in chief. |

| U.S. v. Tan –  Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | Government Responses |
| ~~137~~ | ~~2/E Onboard Familiarization Checklist~~ | ~~JO_SW_0001113 - 1114~~ | Relevance/waste of time & confusion under 403 | This same record has been noticed as defense exhibit 37. It was also used during Rule 15 depositions that the defendant wants to play to the jury, and the defendant has asked if the government objects to admission. Nevertheless, the government withdraws this exhibit. |
| 138 | 2/E Handover Notes | JO_GOV_0001207 - 1210 | | |
| ~~139~~ | ~~Master Onboard Familiarization Checklist~~ | ~~JO_SW_0001115 - 1116~~ | Relevance/waste of time & confusion under 403 | This same record has been noticed as defense exhibit 139. It was also used during Rule 15 depositions that the defendant wants to play to the jury, and has asked the government if it objects to admission. Nevertheless, the government withdraws this exhibit. |
| ~~140~~ | ~~Master's Handover Feb 2021~~ | ~~JO_SW_0006089 - 6110~~ | hearsay/relevance/authenticity | This same record has been noticed as defense exhibit 40. It was also used during Rule 15 depositions that the defendant wants to play to the jury, and has asked the government if it objects to admission. Nevertheless, |

| U.S. v. Tan – Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | Government Responses |
| | | | | the government withdraws this exhibit. |
| 145 | Empire Bulkers Fleet Instruction Manual | JO_SW_0008741 - 8938 | | |
| 145-A | Chief Engineer's Duties | JO_SW_0008758 – 8759 | Authenticity/completeness | This same record has been noticed as defense exhibit 46. This is a subsection of government exhibit 145 (not objected to by defendant). Exhibit 145 is a 197-page official ship document required by law, and 145-A is marked for the convenience of the jury. |
| 145-B | Second Engineer's Duties | JO_SW_0008759 - 8760 | Authenticity/completeness | Same as above. This record has been noticed as defense exhibit 47. |
| 145-C | Third Engineer's Duties | JO_SW_0008760 – 8761 | Authenticity/completeness | Same as above. This record has been noticed as defense exhibit 48. |
| 145-D | Electro Technical Officer Duties | JO_SW_0008762 | Authenticity/completeness | Same as above. This record has been noticed as defense exhibit 49. |
| 145-E | Oiler/Wiper Duties | JO_SW_0008762 - 8763 | Authenticity/completeness | Same as above. This record has been noticed as defense exhibit 50. |
| ~~146~~ | ~~Safety Committee Meeting Minutes Feb 28, 2021~~ | ~~JO_SW_0008955 - 8959~~ | hearsay/relevance | This same record has been noticed as defense exhibit 51. It was also used during Rule 15 depositions that the |

| U.S. v. Tan –  Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | **Government Responses** |
| | | | | defendant wants to play to the jury, and the defendant has asked if the government objects to admission. Nevertheless, the government withdraws this exhibit. |
| 147 | Oil Sample Chain of Custody 7156844 to MSL (7 samples) | JO_GOV_0001278 | | |
| 148 | Oil Sample Chain of Custody 7156844 to MSL (3 samples) | JO_GOV_0001281 | | |
| 149 | Oil Sample Analysis Report 21-027 | JO_GOV_0000388 - 393 | Hearsay | This same record has been noticed as defense exhibit 54. |
| 150 | Oil Sample Analysis Report 21-029 | JO_GOV_0000394 - 399 | Hearsay | This same record has been noticed as defense exhibit 55. |
| 152 | Witness Statement - Tan | JO_GOV_0000710 - 711 | | |
| 159 | Lloyds Register Presentation to Coast Guard | JO_VOL_0000001 - 7 | Hearsay/risk of confusion under 403 | This same record has been noticed as defense exhibit 64. It is a business record of both Lloyds Register and Empire Bulkers. This is the final and corrected report of exhibit 166 to which defendant does not object. |
| 160 | Chief Engineers personal logbook | JO_SW_0014382 - 14427 | Authenticity/hearsay – The exhibit appears to be include several distinct documents and is oddly photocopied | This same record has been noticed as defense exhibit 65. It is a copy of Chief Tan's original handbook |

| U.S. v. Tan –  Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | **Government Responses** |
| | | | | that was seized by the Coast Guard. It is a statement of the defendant, and the government will admit the original into evidence. |
| 161 | OCM text data file | JO_GOV_0001066 | | |
| 162 | OCM chip | | All objections preserved; the defense is uncertain what the government intends to reference | This same object has been noticed as defense exhibit 67. This is the original data chip obtained from the OCM onboard the Joanna. |
| 164 | E-Mail Empire regarding Incinerator | EMPIRE_BULKERS_008418 – 8419 | | |
| 165 | Photo of Work Planning Meeting 16-20 February 2021 | JO_SW_0000068 | | |
| 166 | Lloyds Report for Presentation to Coast Guard March 16, 2021 | JO_SW_0144182 – 83 | | |
| | | | | |
| | **Coast Guard Photos** | | | |
| 201 | Stern of M/V Joanna at mooring buoys | JO_GOV_0000790 | The defense objects to the number of photographs as unnecessary and confusing; the photos are not relevant without explanation (and in many cases even with explanation); and a reasonable explanation of | All photographs in government exhibits 201-299 were taken by the Coast Guard. Representatives of the Coast Guard will testify to the photos and explain their relevance. The government |

| U.S. v. Tan – Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | **Government Responses** |
| | | | each photograph would be an extraordinary waste of time | will certainly endeavor to limit the number of photos used at trial and has already removed some below. The government also notes that exhibits 201 – 299 have been noticed as defense exhibits 72-170. |
| 202 | Bilge Primary Tank | JO_SW_0000015 | Same objection/concern | |
| 203 | Front of OWS | JO_GOV_0000288 | Same objection/concern | |
| 204 | OWS overboard line | JO_GOV_0000285 | Same objection/concern | |
| ~~205~~ | ~~Piping below OWS~~ | ~~JO_GOV_0000286~~ | Same objection/concern | Withdrawn |
| ~~206~~ | ~~OWS Fresh water valve~~ | ~~JO_GOV_0000811~~ | Same objection/concern | Withdrawn |
| 207 | OWS Discharge pipe dripping | JO_GOV_0000812 | Same objection/concern | |
| 208 | OWS discharge piping showing oil | JO_GOV_0000813 | Same objection/concern | |
| 209 | OWS discharge piping middle section | JO_GOV_0000814 | Same objection/concern | |
| 210 | OWS Overboard Valve closed with sign | JO_GOV_0000287 | Same objection/concern | |
| 211 | USCG Certificate of Approval for OCM | JO_SW_0000078 | Same objection/concern | |
| 212 | OCM Control Panel | JO_GOV_0000794 | Same objection/concern | |
| ~~213~~ | ~~OCM Overview #1~~ | ~~JO_GOV_0000795~~ | Same objection/concern | Withdrawn |
| 214 | OCM Overview #2 | JO_GOV_0000796 | Same objection/concern | This Record was used during Rule 15 depositions |

| U.S. v. Tan – Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | **Government Responses** |
| | | | | that the defendant wants to play to the jury, and has asked the government if it objects to admission. |
| 215 | OCM side view with tamper sticker | JO_GOV_0000294 | Same objection/concern | |
| 216 | OCM tamper stick close-up | JO_GOV_0000295 | Same objection/concern | This Record was used during Rule 15 depositions that the defendant wants to play to the jury, and has asked the government if it objects to admission. |
| 217 | OCM with cover on | JO_GOV_0000283 | Same objection/concern | |
| 218 | OCM wide angle cover removed | JO_GOV_0000833 | Same objection/concern | |
| 219 | OCM cover removed close-up | JO_GOV_0000791 | Same objection/concern | |
| 220 | OCM cover removed close-up | JO_GOV_0000802 | Same objection/concern | This Record was used during Rule 15 depositions that the defendant wants to play to the jury, and has asked the government if it objects to admission. |
| 221 | OCM close-up of metal piece with cover on | JO_GOV_0000798 | Same objection/concern | |
| 222 | OCM close up showing metal piece hidden valve in fresh water position | JO_GOV_0000831 | Same objection/concern | |

| U.S. v. Tan – Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | Government Responses |
| ~~223~~ | ~~OCM top view showing paint~~ | ~~JO_GOV_0000806~~ | Same objection/concern | Withdrawn |
| ~~224~~ | ~~OCM top view close-up~~ | ~~JO_GOV_0000840~~ | Same objection/concern | Withdrawn |
| ~~225~~ | ~~OCM side view showing paint~~ | ~~JO_GOV_0000807~~ | Same objection/concern | Withdrawn |
| 226 | OCM data display Jan 23, 2021 | JO_GOV_0000797 | Same objection/concern | |
| ~~227~~ | ~~Valves beneath deckplates near OWS~~ | ~~JO_GOV_0000284~~ | Same objection/concern | Withdrawn |
| 228 | Bilge and Sludge Pumps | JO_SW_0000013 | Same objection/concern | |
| 229 | Deckplate open above bilge holding tank | JO_SW_0000014 | Same objection/concern | |
| 230 | Bilge water transfer pump | JO_SW_0000018 | Same objection/concern | |
| 231 | Inside Primary Bilge Tank | JO_SW_0000073 | Same objection/concern | |
| 232 | Overview of Fuel Oil Heaters leaking #1 | JO_GOV_0000772 | Same objection/concern | |
| 233 | Overview of Fuel Oil Heaters leaking #2 | JO_GOV_0000773 | Same objection/concern | This Record was used during Rule 15 depositions that the defendant wants to play to the jury, and has asked the government if it objects to admission. |
| 234 | Fuel Oil Heater Leaking #1 | JO_GOV_0000765 | Same objection/concern | |
| 235 | Buckets Catching Fuel Oil leak #1 | JO_GOV_0000767 | Same objection/concern | |
| 236 | Buckets Catching Fuel Oil leak #2 | JO_GOV_0000774 | Same objection/concern | |

| U.S. v. Tan – Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | Government Responses |
| 237 | Rags on Fuel Oil Heater #1 | JO_GOV_0000768 | Same objection/concern | |
| 238 | Rags on Fuel Oil Heater #2 | JO_GOV_0000769 | Same objection/concern | This Record was used during Rule 15 depositions that the defendant wants to play to the jury, and has asked the government if it objects to admission. |
| 239 | Fuel Oil Heater Overflow line disconnected and crimp #1 | JO_GOV_0000770 | Same objection/concern | This Record was used during Rule 15 depositions that the defendant wants to play to the jury, and has asked the government if it objects to admission. |
| 240 | Side View Fuel Oil Heater leaking | JO_GOV_0000788 | Same objection/concern | This Record was used during Rule 15 depositions that the defendant wants to play to the jury, and has asked the government if it objects to admission. |
| 241 | Sheared Condensate Valve Handle | JO_GOV_0000789 | Same objection/concern | |
| 242 | ECR inside door | JO_SW_0000099 | Same objection/concern | |
| 243 | ECR Monitors | JO_SW_0000069 | Same objection/concern | |
| 244 | ECR Bookshelf #1 | JO_SW_0000066 | Same objection/concern | |
| 245 | ECR Bookshelf #2 | JO_SW_0000070 | Same objection/concern | |
| 246 | ECR document rack with work order | JO_SW_0000100 | Same objection/concern | |

| U.S. v. Tan – Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | Government Responses |
| 247 | Alarm Print Outs in ECR | JO_SW_0000008 | Same objection/concern | |
| 248 | Posted signs in ECR | JO_SW_0000098 | Same objection/concern | |
| 249 | ECR Overall | JO_SW_0000082 | Same objection/concern | |
| 250 | Alarm Print Outs in ECR held up by inspector | JO_SW_0000009 | Same objection/concern | |
| 251 | Chief Engineer – log book in pocket close-up | JO_SW_0000053 | Same objection/concern | |
| 252 | Chief Engineer holding log book | JO_SW_0000054 | Same objection/concern | |
| 253 | Chief Engineer's office book shelf | JO_SW_0000055 | Same objection/concern | |
| 254 | Chief Engineer's stateroom – outside | JO_SW_0000056 | Same objection/concern | |
| 255 | Chief Engineers stateroom inside | JO_SW_0000081 | Same objection/concern | |
| 256 | Chief Engineer's stateroom cabinet | JO_SW_0000057 | Same objection/concern | |
| 257 | Chief Engineer's stateroom – ORBs | JO_SW_0000058 | Same objection/concern | |
| 258 | Engineers Duty Assignments – 2/E and 3/E | JO_SW_0000059 | Same objection/concern | This Record was used during Rule 15 depositions that the defendant wants to play to the jury, and has asked the government if it objects to admission. |
| 259 | Empire Bulkers Mission Statement | JO_SW_0000060 | Same objection/concern | |
| 260 | Empire Bulkers Quality statement | JO_SW_0000061 | Same objection/concern | |

| Exhibit Number | Documents | Bates Number | Chief Tan Objections | Government Responses |
|---|---|---|---|---|
| U.S. v. Tan – Government Exhibit List | | | | |
| 261 | Work Hour Schedule | JO_SW_0000063 | Same objection/concern | |
| 262 | Crew List | JO_SW_0000064 | Same objection/concern | |
| 263 | Daily Fuel & Water Logbook | JO_SW_0000065 | Same objection/concern | |
| 264 | OWS Overboard valve piping closed Apr 26, 2021 | JO_SW_0000083 | Same objection/concern | |
| 265 | Opening OWS #1 | JO_SW_0000084 | Same objection/concern | |
| 266 | Opening OWS #2 | JO_SW_0000087 | Same objection/concern | |
| 267 | Opening OWS #3 both chambers open | JO_SW_0000088 | Same objection/concern | |
| 268 | View inside OWS #1 | JO_SW_0000085 | Same objection/concern | |
| 269 | View inside OWS #2 | JO_SW_0000086 | Same objection/concern | |
| 270 | OWS Overboard discharge valves disconnected | JO_GOV_0000819 | Same objection/concern | |
| 271 | OWS Overboard valves disconnected close-up | JO_GOV_0000817 | Same objection/concern | |
| 272 | OWS overboard skin valve close-up | JO_GOV_0000822 | Same objection/concern | |
| 273 | OWS Overboard discharge valves removed | JO_GOV_0000821 | Same objection/concern | |
| 274 | Sample OWS Overboard valve - swab | JO_GOV_0000818 | Same objection/concern | |
| 275 | Sample OWS Overboard – dripping into jar | JO_GOV_0000820 | Same objection/concern | |
| 276 | Sample from OWS right side filter | JO_SW_0000089 | Same objection/concern | |
| 277 | Sample – Bilge Well Apr 26, 2021 – jar inside | JO_SW_0000019 | Same objection/concern | |
| 278 | Sample OWS discharge piping | JO_GOV_0000815 | Same objection/concern | |

| U.S. v. Tan – Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | Government Responses |
| 279 | Sample – Bilge Well Apr 26, 2021- jar outside | JO_SW_0000010 | Same objection/concern | |
| 280 | Sample – Bilge Well close-up Apr 26, 2021 | JO_SW_0000011 | Same objection/concern | |
| 281 | Sample – Primary bilge tank | JO_SW_0000092 | Same objection/concern | |
| 282 | Crew Contracts binder | JO_SW_0000024 | Same objection/concern | |
| 283 | Crew documentation binders | JO_SW_0000025 | Same objection/concern | |
| 284 | Training and Drills binders | JO_SW_0000027 | Same objection/concern | |
| 285 | Audit Documentation and Transmittal binders | JO_SW_0000028 | Same objection/concern | |
| 286 | SMS loose pages #1 | JO_SW_0000029 | Same objection/concern | |
| 287 | SMS loose pages #2 | JO_SW_0000030 | Same objection/concern | |
| 288 | Audit Documentation and ISO binders | JO_SW_0000031 | Same objection/concern | |
| 289 | Flag and PMI binder | JO_SW_0000032 | Same objection/concern | |
| 290 | Rightship Inspections binder | JO_SW_0000033 | Same objection/concern | |
| 291 | Superintendent Binder | JO_SW_0000034 | Same objection/concern | |
| 292 | PSC/USCG inspection binder | JO_SW_0000035 | Same objection/concern | |
| 293 | Enhanced Special Survey binder | JO_SW_0000036 | Same objection/concern | |
| 294 | ISM Familiarization binder | JO_SW_0000038 | Same objection/concern | |
| 295 | Maintenance Reports binder | JO_SW_0000039 | Same objection/concern | |
| 296 | Safety Day topics and Circulars binder | JO_SW_0000041 | Same objection/concern | |
| 297 | Monthly Form | JO_SW_0000044 | Same objection/concern | |
| 298 | Environmental Tag Log | JO_SW_0000067 | Same objection/concern | |
| 299 | Ship employment and ownership history | JO_SW_0000096 | Same objection/concern | |
| | | | | |

| U.S. v. Tan – Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | Government Responses |
| | **Coast Guard Videos** | | | |
| | | | | |
| 401 | Sample video Primary Bilge Tank | JO_SW_0000093 | Same objection/concern | All videos in government exhibits 401-408 were taken by the Coast Guard. Representatives of the Coast Guard and/or government expert will testify and explain their relevance. the government also notes that exhibits 401 – 408 have been noticed as defense exhibits 171-178. |
| 402 | Sample video OWS filter | JO_SW_0000094 | Same objection/concern | |
| 403 | Rate of Fuel Oil Leaking | JO_GOV_0000787 | Same objection/concern | |
| 404 | OCM Test Set-up | JO_GOV_0000846 | Same objection/concern | |
| 405 | OCM Function Test | JO_GOV_0000842 | Same objection/concern | |
| 406 | OCM Review Part 1 | JO_GOV_0000843 | Same objection/concern | |
| 407 | OCM Review Part 2 | JO_GOV_0000844 | Same objection/concern | |
| 408 | OCM Test Part 1 | JO_GOV_0000845 | Same objection/concern | |
| | | | | |
| | **OCM Playback Videos** | | | |
| | | | | |
| 501 | Dec 7, 2019 – graph | JO_GOV_0000892 | Same objection/concern | All videos in government exhibits 501-509 were taken by the Coast Guard. Representatives of the Coast Guard and/or government expert will |

| U.S. v. Tan – Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | Government Responses |
| | | | | testify and explain their relevance. These videos are a visual display of the information contained on the OCM data card (exhibit 162). This information is a basis for the opinions of the government's expert. The government also notes that exhibits 501 – 509 have also been noticed as defense exhibits 179-187. |
| 502 | Dec 7, 2019 – alarm/status | JO_GOV_0000893 | Same objection/concern | |
| 503 | Dec 31, 2019 – graph | JO_GOV_0000894 | Same objection/concern | |
| 504 | Dec 31, 2019 – alarm/status | JO_GOV_0000895 | Same objection/concern | |
| 505 | Jan 23, 2020 – graph | JO_GOV_0000896 | Same objection/concern | |
| 506 | Jan 23, 2020 – alarm/status | JO_GOV_0000897 | Same objection/concern | |
| 507 | Apr 13, 2020 – alarm/status | JO_GOV_0000898 | Same objection/concern | |
| 508 | Apr 18, 2020 – graph 1 | JO_GOV_0000899 | Same objection/concern | |
| 509 | Apr 18, 2020 – graph 2 | JO_GOV_0000900 | Same objection/concern | |
| | | | | |
| | **Crew Documents** | | | |
| 601 | Email from Empire Bulkers with new employment contracts attached – Part 1 (Akkaya & Nalogon) | EMPIRE_BULKERS_002636 – 2643 | relevance | This same record has been noticed as defense exhibit 188. It is a business record of corporate defendant Empire Bulkers and was obtained by grand jury subpoena. It was also used |

| U.S. v. Tan – Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | Government Responses |
| | | | | during Rule 15 depositions that the defendant wants to play to the jury, and the defendant has asked if the government objects to admission. |
| 607 | Email from Empire Bulkers with new employment contracts attached – Part 5 (Baliad & Cabanayan) | EMPIRE_BULKERS_002674 – 2678 | relevance | This same record has been noticed as defense exhibit 194. It is a business record of corporate defendant Empire Bulkers and was obtained by grand jury subpoena. It was also used during Rule 15 depositions that the defendant wants to play to the jury, and the defendant has asked if the government objects to admission. |
| 611 | Empire Bulkers On Board Familiarization Checklist and Onboard Forms - Akkaya | EMPIRE_BULKERS_000173 – 181 | relevance | This same record has been noticed as defense exhibit 198. It is a business record of corporate defendant Empire Bulkers and was obtained by grand jury subpoena. It was also used during Rule 15 depositions that the defendant wants to play to the jury, and the defendant has asked if the |

| U.S. v. Tan – Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | **Government Responses** |
| | | | | government objects to admission. |
| 614 | Performance Appraisal – Tan | EMPIRE_BULKERS_001912 & 2485 | | |
| 616 | Employment Contract – Tan | JO_GOV_0001289 | | |
| 617 | Employment contract for Baliad | JO_GOV_0001288 | relevance | This same record has been noticed as defense exhibit 204. It was also used during Rule 15 depositions that the defendant wants to play to the jury, and the defendant has asked if the government objects to admission. |
| 628 | Employment Contract for Cabanayan – Feb 2021 for 7 months | JO_GOV_0001287 | relevance | This same record has been noticed as defense exhibit 215. It was also used during Rule 15 depositions that the defendant wants to play to the jury, and the defendant has asked if the government objects to admission. |
| | | | | |
| | **Additional Post-Depo Exhibits** | | | |
| 801 | Demonstrative OCM Test | | Defendant preserves objection as he is unsure what exhibit is identified | This is the OCM from the Joanna that the government intends to demonstrate for the jury at trial. |

| U.S. v. Tan – Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | Government Responses |
| 802 | Empire HSQE Circular: Proper Keeping of Oil Record Book | JO_SW_0078528 - 77 | Relevance/authenticity and same objection regarding number of photos and need for explanation | This is not a photo. This is a business record of Empire Bulkers seized during a search warrant of the Joanna. This Empire company document states that the Chief Engineer must comply with MARPOL with regard to keeping of the ORB. It also has an attachment of the Marshall Islands Guidelines for filling out the ORB and states that the Marshall Islands requires compliance with MARPOL Annex I Reg 17. |
| 803 | Photo from Search Warrant of Chief Engineer's Office – from hallway | JO_GOV_0005220 | Relevance/authenticity and same objection regarding number of photos and need for explanation | This is a photo taken by the Coast Guard of Chief Tan's Office. Relevance will be established by Coast Guard testimony. |
| 804 | Photo from Search Warrant of Chief Engineer's Office – close up of desk | JO_GOV_0005236 | Relevance/authenticity and same objection regarding number of photos and need for explanation | " " |
| 805 | Photo from Search Warrant of Chief Engineer's Office – close up of lounge | JO_GOV_0005245 | Relevance/authenticity and same objection regarding number of photos and need for explanation | " " |

| U.S. v. Tan – Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | Government Responses |
| 806 | Photo from Search Warrant of Chief Engineer's Office – tv and cabinets | JO_GOV_0005221 | Relevance/authenticity and same objection regarding number of photos and need for explanation | " " |
| 807 | Map of NOLA Streetview - Yemma | JO_GOV_0018007 | | |
| 808 | Map of NOLA Google Earth - Goins | JO_GOV_0018006 | | |
| 809 | MV Joanna Chain of Command Flowchart | JO_GOV_0018008 | | |
| 810 | 10 Nov 2020 ORB Page | JO_SW_0004860 | The ORB is separately marked/redundant | The ORB is a lengthy record. Government Exhibit 810 is an excerpt and meant to aid the jury. |
| 811 | 23 Jan 2021 ORB Page | JO_SW_0004882 | The ORB is separately marked/redundant | The ORB is a lengthy record. Government Exhibit 811 is an excerpt and meant to aid the jury. |
| 812 | 25 Feb 2021 ORB Page | JO_SW_0004893-4 | The ORB is separately marked/redundant | The ORB is a lengthy record. Government Exhibit 812 is an excerpt and meant to aid the jury. |
| 813 | Cabanayan highlighted ORB entries | JO_SW_00004868 – JO_SW_0004898 | Authenticity/apparently the government has changed the exhibit | The ORB is a lengthy record. This is a highlighted excerpt meant to aid the jury. |
| 814 | March 19, 2021 Ship to Shore email re: vessel moving to anchorage | EMPIRE_BULKERS_017563 | Hearsay – including statements made by the government | This is a business record of corporate defendant Empire Bulkers and was produced |

| U.S. v. Tan –  Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | **Government Responses** |
| | | | | in response to a grand jury subpoena. |
| 815 | ~~March 19, 2021 Jose Lebrun email re: vessel moving to anchorage~~ | ~~JO_SW_0145161~~ | Defendants cannot find this recently listed exhibit; all objections are preserved | Docs 815 – 823 are from the ship's computer, a mirror image of which was provided to the defense prior to Rule 15 depositions. Exhibit 815 is withdrawn. |
| 816 | ~~Relief valve risk assessment report~~ | ~~JO_SW_0144921~~ | Defendant cannot find this recently listed exhibit; all objections are preserved | Withdrawn |
| 817 | ~~June 5, 2015 Empire Safety Bulletin – OWS Operational Issues~~ | ~~JO_SW_0899681~~ | Defendant cannot find this recently listed exhibit; all objections are preserved | Withdrawn |
| 818 | ~~Incinerator manual with list of spare parts~~ | ~~JO_SW_0868769~~ | Defendant cannot find this recently listed exhibit; all objections are preserved | Withdrawn |
| 819 | ~~Focus on Empire safety incident article~~ | ~~JO_SW_0071814~~ | Defendant cannot find this recently listed exhibit; all objections are preserved | Withdrawn |
| 820 | ~~OCM Modification lessons learned, Empire document~~ | ~~JO_SW_0144213~~ | Defendant cannot find this recently listed exhibit; all objections are preserved | Withdrawn |
| 821 | ~~Guide for Correct Entries in the ORB~~ | ~~JO_SW_0265135~~ | Defendant cannot find this recently listed exhibit; all objections are preserved | Withdrawn. |
| 822 | ~~Email from Empire, guide on correct ORB entries~~ | ~~JO_SW_0265131~~ | Defendant cannot find this recently listed exhibit; all objections are preserved | Withdrawn |

| U.S. v. Tan – Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | **Government Responses** |
| ~~823~~ | ~~Safety committee meeting minutes~~ | ~~JO_SW_0863200~~ | Defendant cannot find this recently listed exhibit; all objections are preserved | Withdrawn |
| ~~824~~ | ~~Photo of cell phone with photo of OWS (1) taken by Jose Lebrun~~ | ~~JO_GJ_0011402~~ | Defendant cannot find this recently listed exhibit; all objections are preserved | Withdrawn |
| ~~825~~ | ~~Photo of cell phone with photo of OWS (2) taken by Jose Lebrun~~ | ~~JO_GJ_0011403~~ | Defendant cannot find this recently listed exhibit; all objections are preserved | Withdrawn |
| 826 | Photo of top of fuel oil heaters taken by Jose Lebrun | JO_GJ_0011411 | Defendant cannot find this recently listed exhibit; all objections are preserved | Exhibits 826-829, 833, 835-837 are individual full-size images that appear in exhibit 159. |
| 827 | View of  green tank in engine room (1) taken by Jose Lebrun | JO_GJ_0011413 | Defendant cannot find this recently listed exhibit; all objections are preserved | See exhibit 159 |
| 828 | View of green tank in engine room (2) taken by Jose Lebrun | JO_GJ_0011414 | Defendant cannot find this recently listed exhibit; all objections are preserved | See exhibit 159 |
| 829 | Port –side stern view of MV Joanna | JO_GJ_0011421 | Defendant cannot find this recently listed exhibit; all objections are preserved | See exhibit 159 |
| 830 | Close up port side stern of the Joanna | JO_GJ_0011422 | Defendant cannot find this recently listed exhibit; all objections are preserved | |
| 831 | Close up starboard side stern of the Joanna | JO_GJ_0011424 | Defendant cannot find this recently listed exhibit; all objections are preserved | |

| U.S. v. Tan – Government Exhibit List | | | |
|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | Government Responses |
| 832 | Engine Room control board | JO_GJ_0011435 | Defendant cannot find this recently listed exhibit; all objections are preserved | |
| 833 | Greasy insulated pipes in the engine room | JO_GJ_0011452 | Defendant cannot find this recently listed exhibit; all objections are preserved | See exhibit 159 |
| 834 | ~~Baliad working on fuel oil heater~~ | ~~JO_GJ_0011456~~ | Defendant cannot find this recently listed exhibit; all objections are preserved | Withdrawn |
| 835 | Oily pipe connector parts | JO_GJ_0011457 | Defendant cannot find this recently listed exhibit; all objections are preserved | See exhibit 159 |
| 836 | Oily pipe connector parts close up | JO_GJ_0011458 | Defendant cannot find this recently listed exhibit; all objections are preserved | See exhibit 159 |
| 837 | Top of fuel oil heaters | JO_GJ_0011459 | Defendant cannot find this recently listed exhibit; all objections are preserved | See exhibit 159 |
| 838 | ORB Excel Demonstrative | | Authenticity/relevance | This is a demonstrative exhibit to aid the jury. |
| 839 | Annotated Valve Handle Assembly | | Authenticity/relevance | This is a demonstrative exhibit to aid the jury. |
| 840 | Coast Guard District Map | | Relevance/ 403 | This is a demonstrative exhibit to aid the jury in understanding the Coast Guard's authority and mission. |
| 841 | Coast Guard Sector Map | | Relevance/ 403 | This is a demonstrative exhibit to aid the jury in understanding the Coast |

| U.S. v. Tan – Government Exhibit List | | | | |
|---|---|---|---|---|
| Exhibit Number | Documents | Bates Number | Chief Tan Objections | **Government Responses** |
| | | | | Guard's authority and mission. |

Respectfully Submitted,

TODD KIM
Assistant Attorney General
Environmental & Natural Resources Division
U.S. Department of Justice

DUANE A. EVANS
United States Attorney

_s/Richard A. Udell_
Richard A. Udell
Senior Litigation Counsel
Environmental Crimes Section
U.S. Department of Justice
50 M St., N.E./Room 4206
Washington, D.C. 20044
Email: richard.udell@usdoj.gov

_s/ G. Dall Kammer_
G. Dall Kammer (26948)
Assistant U.S Attorney
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3168
Email: dall.kammer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

_s/ G. Dall Kammer_
G. DALL KAMMER

25