UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 21-126** |
| **WARLITO TAN** | **SECTION: "S"** |

ORDER AND REASONS

Before the court are the defendant's **Objections** (Rec. Doc. 287) to the government's exhibit list. At the pre-trial conference of this matter, the court directed counsel to make an effort to submit meaningful and genuine objections. Defense counsel supplied a 14-page spreadsheet itemizing approximately 180 objections. Of these, the vast majority of the exhibits to which defendant objects are exhibits *that he himself listed as exhibits*. The court observes that this submission was clearly not made in accordance with its instructions to streamline given at the pre-trial conference.

The court rules on the objections to the government exhibits as follows:

Objections to government exhibits 106, 117, 127-132, 145A-E, 149, 150, 159, 160, 162, 201-299, 401-408, 501-509, 601, 607, 611, 617, 628, 826-829 are **OVERRULED**, the objected to exhibits have been noticed as exhibits by the defendant.

Objections to government exhibits 137, 139, 140, 146, and 815-825 are **MOOT**, because these exhibits have been withdrawn.

Defendant preserved an objection to government exhibit 801, stating that he was unsure what exhibit was identified; the government has clarified that it is the OCM from the Joanna that

the government intends to demonstrate for the jury at trial. This exhibit will be allowed.

Objection to government exhibit 802 - **OVERRULED**.

Objection to government exhibits 803-806 - **DEFERRED**. These appear to be photographs of defendant Tan's office. It is unclear to the court how they are probative of any issue for trial, but the government has responded that their relevance will be established at trial through Coast Guard testimony. The court defers ruling until trial.

Objection to government exhibits 810-814 - **OVERRULED**.

Defendant preserved an objection to government exhibits 826-829, 833, and 835-837, on the basis that he could not find these recently listed exhibits. The government has responded that they are included in its exhibit 159, which is the same as defense exhibit 164. **OVERRULED**.

Defendant preserved an objection to government exhibits 830-832, on the basis that he could not find these recently listed exhibits. The government has not addressed this objection. The court defers ruling in the absence of an actual objection.

Defendant objects to government exhibits 838-841, which comprise demonstrative exhibits to aid the jury. The court defers ruling on these exhibits until trial when it can determine if a proper foundation has been laid.

IT IS SO ORDERED.

New Orleans, Louisiana, this   2nd   day of November, 2022.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**