UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| v. | * | SECTION: "S" |
| **EMPIRE BULKERS LTD.** | * | |
| **JOANNA MARITIME LIMITED** | | |
| **WARLITO TAN** | * | |

### WARLITO TAN'S MOTION FOR RECONSIDERATION OF RULING ON OBJECTIONS TO GOVERNMENT'S EXHIBITS

NOW COMES defendant Warlito Tan, through counsel, and respectfully moves the Court to reconsider its Order and Reasons (Rec. Doc. 295) denying Defendant's objections to the Government's exhibit list, because the mere preservation, in Defendant Tan's exhibit list, of the right to use certain exhibits listed by the Government, did not constitute a waiver of his objections, all is set forth more fully in the accompanying memorandum in support hereof.

DATED this 3rd day of November 2022.

/s/ Caroline Gabriel
Caroline Gabriel, Bar No. 38224
William Most, Bar No. 36914
Most & Associates, L.L.C.
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(504) 509-5023
caroline.gabriel.ma@gmail.com


/s/ Edward S. MacColl
Edward S. MacColl, MBRN #2658
Pro Hac Vice
Counsel for Defendant Tan

CERTIFICATE OF SERVICE

    I do hereby certify that on the above date I attempted to make service of the above document by electronically filing the same using the Court's EM/ECF system.

                                                __/s/ Edward S. MacColl_____