UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| v. | * | SECTION: "S" |
| **EMPIRE BULKERS LTD.** | * | |
| **JOANNA MARITIME LIMITED** | | |
| **WARLITO TAN** | * | |
| | * | |

## ORDER GRANTING WARLITO TAN'S MOTION FOR RECONSIDERATION

The motion of Defendant Warlito Tan for reconsideration of the Court's Order and Reasons (Rec. Doc. 295) is hereby **GRANTED**, and upon reconsideration, the Court rules in favor of Defendant on his objections to the Government's exhibits 106, 117, 127-132, 145A-E, 149, 150, 159, 160, 162, 201-299, 401-408, 501-509, 601, 607, 611, 617, 628 and 826-829.

DATED this ___ day of November 2022.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**