**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| **v.** | * | **SECTION: "S"** |
| **EMPIRE BULKERS LTD.** | * | |
| **JOANNA MARITIME LIMITED** | | |
| **WARLITO TAN** | * | |
| | * | |

**DEFENDANT TAN'S RESPONSES TO GOVERNMENT EXHIBIT OBJECTIONS**

Defendant Tan respectfully responds to the Government's pre-trial objections to his potential trial exhibit as set forth in the following table.  In doing so, Defendant Tan respectfully suggests that the admissibility of exhibits should be resolved at trial.

Defendant Tan notes that the Court has overruled most of his objections to the hundreds of exhibits listed by the Government by noting that Defendant Tan listed them as well.  Because of the parties' serial filings of exhibit lists, objections, and responses, the Court may not have noted that Defendant Tan's exhibit list (Rec. Doc. 286) explained that Defendant Tan was listing exhibits out of abundant caution to preserve rights, while also preserving objections and, simultaneously, continuing his effort to work with Government counsel to reduce the number of exhibits and objections, as follows:

**Defendant Tan respectfully reserves the right to offer at trial any of the following exhibits.  He expects that he will offer only a modest portion of these exhibits, and he reserves the right to contend that many of the following may not be properly admissible.  Unfortunately, because of the Jencks Act and the**

**number of exhibits the government has designated, it is impossible for defendant Tan to be confident which exhibits he will offer.  He designates all these exhibits out of abundant caution.**

**Defendant Tan has offered repeatedly to confer with the government to narrow exhibit lists.  The government provided a slightly reduced exhibit list on October 28; unfortunately, counsel attended a wake that day (Friday) and selected an out-of-state jury this morning (October 31).  Accordingly, the parties have not been able to confer to try to narrow exhibits.**

[Emphasis in original.]

Chief Tan empathizes with the Court's concern about the number of exhibits and associated disputes.  It would be a tremendous disservice to the jurors for any party to offer the hundreds of exhibits in this case.  They are not needed.

He continues to try to work with Government counsel to resolve exhibit issues.  Currently Government counsel is not responding.

With that introduction and preserving his contention that a criminal defendant should not be required before trial to disclose his trial strategy, to offer evidence or to object to the Government's evidence before a jury is sworn, jeopardy attached and evidence is offered and his recommendation that the Court defer any ruling on the admissibility of exhibits until trial, Chief Tan responds as follows to the Government's Objections to potential exhibits Chief Tan listed:

| Exhibit No. | Description | | GOVERNMENT OBJECTIONS | DFs' RESPONSES TO GOV's OBJECTIONS |
|---|---|---|---|---|
| | **Deposition Transcripts** | | | |
| **277** | Manuel Baliad (10/12/2021) | | As modified by the Court | Defendant preserves issues related to the objections and designations and reserves the right to offer transcripts, but anticipates video presentations |

| 278 | Haldun Akkaya (10/13/2021) | | As modified by the Court | Defendant preserves issues related to the objections and designations and reserves the right to offer transcripts, but anticipates video presentations |
| 279 | Bienvenido Cabanayan (10/14/2021) | | As modified by the Court | Defendant preserves issues related to the objections and designations and reserves the right to offer transcripts, but anticipates video presentations |
| 280 | Gerone Bernabe (10/14/2021) | | As modified by the Court | Defendant preserves issues related to the objections and designations and reserves the right to offer transcripts, but anticipates video presentations |
| 281 | Nimuel Nalogon (10/14/2021) | | As modified by the Court | Defendant preserves issues related to the objections and designations and reserves the right to offer transcripts, but anticipates video presentations |
| 287-302 | **MARPOL APPS Exhibits** | | The government objections to use of 287-302 which are statutes and regulations, and international treaty documents. These documents appear related to defendant's international law related legal theories that have been rejected by the Court. The government reserves additional objections including relevance. | The government has designated an expert to testify concerning what MARPOL and APPS require and comtemplate.  To the extent such testimony is admitted, the law itself should be admitted. |
| 287 | Oil Pollution Act of 1961 Public Law 87-167, 75 Stat. 402 | | " " | Same |
| 288 | 33 C.F.R. §151.05(a) & (c) (1982) | | " " | |

| 289 | 33 C.F.R. §151.05(a) & (c) (1983) | | " " | Same |
|---|---|---|---|---|
| 290 | 33 C.F.R. §151.09 | | " " | Same |
| 291 | 33 C.F.R. §151.23 | | " " | Same |
| 292 | 33 C.F.R. §151.25 | | " " | Same |
| 293 | 33 C.F.R. §151.35 (1982) | | " " | Same |
| 294 | 33 C.F.R. §151.35 (1983) | | " " | Same |
| 295 | 48 Fed. Reg. 45704 | | " " | Same |
| 296 | Hearing before Committee on Commerce, United States Senate, reprinted in 1973 IMCO Conference on Marine Pollution from Ships, November 14, 1973 | | " " | Same |
| 297 | *International Convention for the Prevention of Pollution from Ships,* 1973 | | " " | Same |
| 298 | *International Convention for the Prevention of Pollution from Ships,* as modified by the Protocol of 1978 (MARPOL 73/78) | | " " | Same |
| 299 | *International Convention for the Prevention of Pollution of the Sea by Oil '54 MARPOL Annex I, Regulation 17* | | " " | Same |
| 300 | OMB summary for document no. 1625-0009 (ORB) | | " " | Same |
| 301 | USCG calculations of hours required by respondents to complete ORB | | " " | Same |
| 302 | 84 Fed. Reg. 1394- notice re ORB requirements | | " " | Same |
| 303-315 | **Statutory Exhibits** | | The government objects to use of 303-315 which are statutes and rules of evidence and thus improper to introduce as | The government has designated an expert to testify concerning what MARPOL and APPS requires and frequently in APPS |

| | | | exhibits. These documents appear to be related to defendant's international law related legal theories that have been rejected by the Court. The government reserves additional objections including relevance. | cases inquires of law enforcement officials concerning their duties and authority and concerning the law. To the extent such testimony is admitted, the law itself should be admitted. |
|---|---|---|---|---|
| 303 | 18 U.S.C. §2 | | " " | Same |
| 304 | 18 U.S.C. §1001 | | " " | Same |
| 305 | 18 U.S.C. §1505 | | " " | Same |
| 306 | 18 U.S.C. §1514(a) | | " " | Same |
| 307 | 18 U.S.C. §1519 | | " " | Same |
| 308 | 18 U.S.C. §3553(a) | | " " | Same |
| 309 | 18 U.S.C. §3562(a) | | " " | Same |
| 310 | 18 U.S.C. §3563 | | " " | Same |
| 311 | 33 U.S.C. §1904 | | " " | Same |
| 312 | 33 U.S.C. §1907 | | " " | Same |
| 313 | 33 U.S.C. §1908 | | " " | Same |
| 314 | Fed.R.Evid. 803(6) | | " " | Same |
| 315 | Fed.R.Evid. 902(11) | | " " | Same |
| 316 | Transcript of Motion Hearing - United States v. Mazarakis, Docket No.: 19-cr-58-RGA (pp. 176-180) | | The government objects to use of 316, a transcript from a motions hearing in an unrelated matter. The government reserves additional objections including relevance and hearsay. | Withdrawn |
| 317-324 | **Coast Guard & Related Documents Re** | | The government objects to use of 317-324 which are unrelated | These are statements by a party opponent. They are listed to |

| | | | | |
|---|---|---|---|---|
| | **Safety and Oil** | | government documents and other materials apparently related to defendant's international law related legal theories that have been rejected by the Court. The government reserves additional objections including relevance. | preserve their admissibility depending on what evidence the government may offer at trial. |
| **317** | 1625 0009 SS r0 2019 calc sheet App B&C | | " " | Same |
| **318** | 1625 0009 SS r0 2019 OMB | | " " | Same |
| **319** | Federal Register/ Vol. 84, No. 67/ Monday, April 8, 2019/ Notices | | " " | Same |
| **320** | DOJ Inspector General -- A Review of the Department's Use of the Material Witness Statute with a Focus on Select National Security Matters | | " " | Same |
| **321** | Federal Register __ Information Collection Request to Office of Management and Budget; OMB Control Number_ 1625-0009 | | " " | Same |
| **322** | National Geo Article re sources of petroleum into ocean | | " " | Same |
| **323** | SAR Program Information - inherent danger | | " " | Same |
| **324** | Table 5. Fatal work injury rates per 100,000 full-time equivalent workers by selected occupations, 2019 | | " " | Same |
| **325-335** | **Tan Certificates** | | The government objects to authenticity of 325-335 to the | The fact that a document was or was not obtained by search |

| | | | | |
|---|---|---|---|---|
| | | | extent they were not seized from the vessel or produced pursuant to subpoena to corporate defendants. The government reserves additional objections including relevance. | warrant or subpoena has no bearing on its admissibility.<br><br>These certificates were produced in discovery by Chief Tan months ago. They certify his training and experience and are relevant |
| 325 | Republic of the Philippines, Endorsement, Chief Engineering Officer, Certificate No. 73-18842 | | " " | Same |
| 326 | Republic of the Philippines, Basic Training, Certificate No. 24-717448 | | " " | Same |
| 327 | Republic of the Marshall Islands, Management, Chief Engineer, Certificate No. 37-18818 | | " " | Same |
| 328 | Certificate, Empire Bulkers LTD, Training Course, Planned Maintenance System, Vessel Performance, Rest Hours, Spare Parts, Stores & Provisions, Document Control | | " " | Same |
| 329 | Certificate, Empire Bulkers LTD, Training Environmental Management System | | " " | Same |
| 330 | Certificate, Empire Bulkers LTD, Training Management of Change | | " " | Same |
| 331 | Republic of the Philippines, Medical First Aid, Certificate No. 18-42672 | | " " | Same |
| 332 | Philippine Seafarers Training Center, Advanced Training in Firefighting, | | " " | Same |

| | | | | |
|---|---|---|---|---|
| | Certificate No. ATFF-0292-01-2001 | | | |
| 333 | Republic of the Philippines, Advanced Firefighting, Certificate No. 17-52851 | | " " | Same |
| 334 | Republic of the Philippines, Ship Security Awareness Training and Seafarers with Designated security Duties, Certificate No. 27-369759 | | " " | Same |
| 335 | Stella Marris Shipmanagement inc., Anti-Piracy Awareness Training, Certificate No. AP2019-327 | | " " | Same |
| 372 | IMG 6696 Photo related to OCM | | Authenticity | |
| 373 | IMG 6697 Photo related to OCM | | Authenticity | |
| 376 | Republic of Marshall Islands Inspection (Mar. 7, 2021) | EMPIRE_BULKERS_003142-3155 | Relevance, Hearsay | These are business records held out as such and produced by the Government in discovery; they are excepted from exclusion as hearsay under Rule 803(6) and in several instances 803(8). Because of its access to and control over the grand jury process, the Government, but not Defendant Tan, has had extensive litigation with Empire Bulkers concerning its records, apparently including filing motions to compel and for sanctions; Defendant Tan understands the Government sought and obtained orders requiring Empire to provide information about its records; |

| | | | | and the Government executed an Agreement on Security that by contract and in exchange for releasing Empire's vessel from detention, gave the Government extensive access to information about Empire's business records.  Defendant Tan does not have similar power over Empire Bulkers.  There is no good faith basis to dispute these records, which are offered to prove that the JOANNA was repeatedly inspected without the metal chock being noted by inspectors, just as it was not noted by Defendant Tan |
|---|---|---|---|---|
| **377** | Republic of Marshall Islands Inspection (July 29, 2020) | EMPIRE_BULKERS_ 003042-3058 | "" | Same |
| **378** | Republic of Marshall Islands Inspection (Jan. 31, 2019) | EMPIRE_BULKERS_ 003118-3133 | "" | Same |
| **379** | Class Special Survey (July 2, 2020) | EMPIRE_BULKERS_ 2868-2930 | "" | Same |
| **380** | Mediterranean MOU PSC (Nov. 23, 2020) | EMPIRE_BULKERS_ 010032-10033 | "" | Same |
| **381** | Black Sea MOU PSC (Dec. 12, 2020) | EMPIRE_BULKERS_ 010034-010035 | "" | Same |
| **382** | Paris MOU & EU PSC – Liverpool (Dec. 29, 2020) | EMPIRE_BULKERS_ 010036-010042 | "" | Same |
| **383** | Superintendent Inspection Reports and Checklists | EMPIRE_BULKERS_ 003286-3409 | "" | Same |

| 384 | Internal ISPS Audit (Dec. 4, 2019) | EMPIRE_BULKERS_006469-006490 | "" | Same |
|-----|-------------------------------------|------------------------------|-----|------|
| 385 | Internal ISPS Audit (June 4, 2019) | EMPIRE_BULKERS_006491-006525 | "" | Same |
| 386 | Internal ISPS Audit (Dec. 3, 2020) | EMPIRE_BULKERS_006526-6545 | "" | Same |
| 396 | Case #21-027 – Cover Email | | Reserved. 396-405 appear to be sample and analysis related documents provided to defendants by the government. No bates numbers or copies of the proposed exhibits were provided to confirm. | These documents are listed to preserve the right to rebut the Government's trial evidence, depending on what that evidence proves to be |
| 397 | Case #21-027 – MSL MEMO | | " " | Same |
| 398 | Case #21-027 – MSL Chain of Custody Record | | " " | Same |
| 399 | Case #21-027 – Gas Chromatography Worksheet | | " " | Same |
| 400 | Case #21-027 – GC-MS Worksheet | | " " | Same |
| 401 | Case #21-029 – Cover Email | | " " | Same |
| 402 | Case #21-029 – MSL MEMO | | " " | Same |
| 403 | Case #21-029 – MSL Chain of Custody Record | | " " | Same |
| 404 | Case #21-029 – Gas Chromatography Worksheet | | " " | Same |
| 405 | Case #21-029 – GC-MS Worksheet | | " " | Same |
| 409 | USCG OCM and OWS Guidelines Memo | | Authenticity. No copy provided. | Withdrawn |
| 410 | USCG MARPOL Examination Reference Guide | | Authenticity. No copy provided. | Withdrawn |

| 411 | Martin Ottaway Website and Materials | Reserved | The government objects because defendant has not identified or provided a copy of the portions of the website materials they seek to use. The government is aware that in past cases, defense counsel have sought to introduce the unsupported opinions of a member of this firm without calling him as a witness, or, using the unsupported opinions of this person to cross examine government witnesses. The government reserves all objections. | These exhibits are listed out of abundant caution to preserve Defendant Tan's right and ability to confront and impeach the Government's expert |
|---|---|---|---|---|
| 412 | Spanmarin Expert Report (11.23.21) | | The government objects because defendant has not identified or provided a copy of this proposed exhibit. | Withdrawn |
| 413 | Lloyd's Register Expert Report (11.22.21) | | The government objects because the defendant has not provided a copy of this proposed exhibit. | A copy will be provided |
| 414 | Test Photo | 20211119_132740.jpg | The government objects to 414-418 as reflected in the *Daubert* litigation. These are photos of the Greek OCM that is different than the one in this case. | Defendant Tan addressed these issues in detail in opposing the Government's second motion in limine to exclude expert testimony |
| | **Photographs of OCM Taken During Second Expert Inspection** | | The government objects to the extent these have not been disclosed. | These photographs were provided to the Government |
| 419 | Wide view of setup after testing | | " " | Same |
| 420 | Closeup of Buckets after testing | | " " | Same |

**DATED** this 3rd day of November 2022.

/s/ Caroline Gabriel
Caroline Gabriel, Bar No. 38224
William Most, Bar No. 36914
Most & Associates, L.L.C.
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(504) 509-5023
caroline.gabriel.ma@gmail.com

/s/ Edward S. MacColl
Edward S. MacColl, MBRN #2658
Pro Hac Vice
Counsel for Defendant Tan

## CERTIFICATE OF SERVICE

I do hereby certify that on the above date I attempted to make service of the above document by electronically filing the same using the Court's EM/ECF system.

__/s/ Caroline Gabriel_____
Caroline Gabriel