UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| v. | * | SECTION: "S" |
| EMPIRE BULKERS LTD. | * | |
| JOANNA MARITIME LIMITED | | |
| WARLITO TAN | * | |

## DEFENDANT'S REQUESTED VOIR DIRE QUESTIONS

NOW COMES defendant, Warlito Tan, through counsel, and respectfully submits the following voir dire questions.

1. Have you, any member of your immediate family, or any of your close friends ever worked in law enforcement?

2. Have you, any member of your immediate family, or any of your close friends ever worked for any department or agency of the federal government?

3. Have you, any member of your immediate family, or any of your close friends ever worked or volunteered for an environmental group?

4. Do you have any doubt that you will be able to treat Mr. Tan, who is a citizen and resident of the Republic of the Philippines, just as fairly as you would treat a United States citizen?

5. Would you have any trouble following the Court's instructions that the Defendant is presumed to be innocent unless he is proved to be guilty beyond a reasonable doubt?

6. Would you have any trouble following the Court's instructions that you may not draw any inference against the Defendant from the mere fact that an indictment has been returned against him?

7. Would you have any trouble following the Court's instructions that the testimony of witnesses employed by the government are not entitled to any greater or lesser weight merely because they are government employees or officers?

DATED this 4th day of November 2022.

/s/ William Most
William Most, Bar No. 36914
Caroline Gabriel, Bar No. 38224
Most & Associates, L.L.C.
201 St. Charles Ave. Suite 114 #101
New Orleans, LA 70170
(504) 509-5023
caroline.gabriel.ma@gmail.com


/s/ Edward S. MacColl
Edward S. MacColl, MBRN #2658
Pro Hac Vice
Counsel for Defendant Tan


CERTIFICATE OF SERVICE

I do hereby certify that on the above date I attempted to make service of the above document by electronically filing the same using the Court's EM/ECF system.

/s/ Edward S. MacColl