UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**  **CRIMINAL ACTION**

**VERSUS**  **NO: 21-126**

**WARLITO TAN**  **SECTION: "S"**

ORDER AND REASONS

Before the court are the government's **Objections** (Rec. Doc. 288) to the defendant's exhibit list. The court rules on the objections to the government exhibits as follows:

Objections to defendant's exhibits 277-281 are **MOOT**; the court has previously ruled on the subject deposition testimony.

Objections to defendant's exhibits 287-302 and 303-315 are **OVERRULED**, assuming an appropriate foundation is laid at trial.

The objection to defendant's exhibit 316 is **MOOT**, the exhibit has been withdrawn.

Ruling on objections to defendant's exhibit 317-319 and 321 is **PRETERMITTED** until trial.

Objections to defendant's exhibits 320, 322-324 are **SUSTAINED**. Irrelevant.

Objections to defendant's exhibits 325-335 are **OVERRULED**.

Objections to government's exhibits 372 and 373 are **OVERRULED** subject to authentication.

Objections to defendant's exhibits 376-386 are **OVERRULED**.

Objections to defendant's exhibits 396-405 and 411 are **PRETERMITTED** until trial.

Objections to defendant's exhibits 409, 410, and 412 are **MOOT**, the exhibits have been withdrawn.

Objections to defendant's exhibits 413, 419-420 are **MOOT**, the exhibits have or will be provided.

Objections to defendant's exhibits 414-418 are **OVERRULED.**

IT IS SO ORDERED.

New Orleans, Louisiana, this  4th  day of November, 2022.

                              **MARY ANN VIAL LEMMON**
                          **UNITED STATES DISTRICT JUDGE**