UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| **v.** | * | **SECTION: S** |
| **WARLITO TAN** | * | |
| | * | |

\* \* \*

## UNITED STATES' SECOND "MAY CALL" CASE-IN-CHIEF WITNESS LIST

HOLDUN AKKAYA (Video Deposition)
MANUEL BALIAD (Video Deposition)
GERONE BERNABE (Video Deposition)
BIEVENIDO CABANAYAN (Video Deposition)
JOSHUA DECKER
JAMES DOLAN
KRISTY ECHOLS
NATASHA HOPE
JOSE LEBRUN
EMILY MARKS
RYAN MCNAUGHTON
BRANDON MCPHERSON
NIMUEL NALOGON (Video Deposition)
JENNIFER ORY
ALEXANDER REISCHMANN
HANS SCHULTZ
NATHAN SUDKAMP
CORPORATE DEFENDANTS RECORD CUSTODIAN(S)

The government certifies that it has made a good faith effort to list all witnesses it may call. The government understands that it is under a continuing duty to immediately update this disclosure in good faith. The government reserves the right to call other necessary witnesses should the need arise either during the government's case-in-chief or in rebuttal.

Respectfully Submitted,

| | |
|---|---|
| TODD KIM | DUANE A. EVANS |
| Assistant Attorney General | United States Attorney |
| Environmental & Natural Resources Division | |
| U.S. Department of Justice | |
| | |
| *s/Richard A. Udell* | *s/ G. Dall Kammer* |
| Richard A. Udell | G. Dall Kammer (26948) |
| Senior Litigation Counsel | Assistant U.S Attorney |
| Environmental Crimes Section | 650 Poydras Street, Suite 1600 |
| U.S. Department of Justice | New Orleans, LA 70130 |
| 50 M St., N.E./Room 4206 | Telephone: (504) 680-3168 |
| Washington, D.C. 20044 | Email: dall.kammer@usdoj.gov |
| Telephone: (202) 305-0361 | |
| Email: richard.udell@usdoj.gov | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2022, I emailed a copy of the foregoing to the Court and to counsel for the defendants.

*s/ G. Dall Kammer*
G. DALL KAMMER
Assistant United States Attorney