

MINUTE ENTRY
LEMMON, J.
NOVEMBER 7, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 21-126 |
| WARLITO TAN | SECTION "S" |

**JURY TRIAL**

COURTROOM DEPUTY:  Courtney Ancar and Melissa Verdun
COURT REPORTER:  Sandy Minutillo
INTERPRETER:  Ester Klug and Susana Layug

APPEARANCES:
Kenneth Dall Kramer, David M. Berman, and Richard A. Udell, Counsel for Government
Caroline Gabriel and Edward S. MacColl, Counsel for Defendant
Warlito Tan, Defendant

Case called at 9:22 a.m.
All present and ready.
Jury panel entered the courtroom.
Interpreters sworn.
Oath on voir dire administered to petit jurors and questioned by the Court and by counsel.
12 jurors and 2 alternates selected; all other jurors are excused.
Jury administered the oath to truly try.
Preliminary Instructions read to jury.
Sequestration order given by the Court.
Opening statements given by counsel.
Government's witnesses.
Nathaniel Paul Sudkamp, sworn and testified.
Government exhibits 103, 105, 145, 201, 212, 212-A, 215, 218, 220, 222, 226, 226-A, 807, 810, 811, 812, 839, 840, 841, 842, 843, 843-A, 846, offered and admitted.
Court recessed at 4:53 p.m., to reconvene on Tuesday, November 8, 2022, at 9:00 a.m.
Defendant released on current bond conditions.
Notice for Removal of Exhibits attached.

```
JS-10:  05:32
```