

MINUTE ENTRY
LEMMON, J.
NOVEMBER 8, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 21-126 |
| WARLITO TAN | SECTION "S" |

# JURY TRIAL
(continued from November 7, 2022)

COURTROOM DEPUTY: Courtney Ancar and Bridget Gregory
COURT REPORTER:  Sandy Minutillo
INTERPRETER: Susana Layug

APPEARANCES:
Kenneth E. Nelson, Dall Kramer, David M. Berman, and Richard A. Udell, Counsel for Government
Caroline Gabriel and Edward S. MacColl, Counsel for Defendant
Warlito Tan, Defendant

All present and ready.
Jury returned to the courtroom at 9:00 a.m.
Government witnesses.
Continued testimony of Nathaniel Paul Sudkamp.
Government exhibits 109, 111, 129, 130, 138, 162, 165, 202, 203, 232, 233, 234, 235, 236, 238, 239, 240, 240-A, 252, 252-A, 253, 254, 255, 256, 257, 259, 259-A, 407, 501, 502, 503, 504, 505, 506, 507, 508, 802, 844, 845, 847, 848, 849 offered and admitted.
Defendant exhibit 262 offered and admitted.
Government exhibits 164, 207 offered and admitted.
Joshua Decker, sworn and testified.
Natasha Hope, sworn and testified.
Government exhibit 152 offered and admitted.
Court recessed at 4:36 p.m., to reconvene on Wednesday, November 9, 2022, at 9:00 a.m.
Defendant released on current bond conditions.

JS-10:  06:32