UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| v. | * | SECTION: S |
| WARLITO TAN | * | |
| | * | |
| | * | |

\* \* \*

## UNITED STATES' MOTION IN LIMINE
## REGARDING ANTICIPATED TESTIMONY OF KATY MACCOLL

At 8:30 pm on November 9, 2022, the defendant disclosed the attached as a Jencks statement of Katy MacColl. *See* Exhibit A. Ms. MacColl is the daughter of counsel for Chief Tan. The statement appears to be Ms. MacColl's anticipated testimony. Many of the statements are objectionable under the Federal Rules of Evidence.

On the first page, Ms. MacColl states that the defendant told her that he was anxious about leaving the property. She also states that she learned "that his anxiety surrounding leaving the property which is in a safe, suburban neighborhood, was due to not knowing if he would be in trouble with the police if they stopped in and he didn't have sufficient documentation." This is irrelevant, inadmissible hearsay of the defendant.

On the second page, the entire section entitled "Warlito in the family" is objectionable. First, it comments on the defendant's length of stay in the United States which the Court has previously excluded. Second, it improperly vouches for the defendant as "being a part of our extended family." It also contains inadmissible hearsay of the defendant.

The final three paragraphs contain statements that if offered in Court would be highly improper, irrelevant, hearsay (e.g., his emotional state, how badly he missed his family, his discussions with his family, missing Christmas, and how religious he is, seeks to provoke sympathy due to personal circumstances and irrelevant facts). This is improper character evidence and should be excluded.

                                                                  Respectfully Submitted,

| | |
|---|---|
| TODD KIM | DUANE A. EVANS |
| Assistant Attorney General | United States Attorney |
| Environmental & Natural Resources Division | |
| U.S. Department of Justice | |
| | |
| *s/Richard A. Udell* | *s/ G. Dall Kammer* |
| Richard A. Udell | G. Dall Kammer (26948) |
| Senior Litigation Counsel | Assistant U.S Attorney |
| Environmental Crimes Section | 650 Poydras Street, Suite 1600 |
| U.S. Department of Justice | New Orleans, LA 70130 |
| 50 M St., N.E./Room 4206 | Telephone: (504) 680-3168 |
| Washington, D.C. 20044 | Email: dall.kammer@usdoj.gov |
| Telephone: (202) 305-0361 | |
| Email: richard.udell@usdoj.gov | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

                                                                  *s/ G. Dall Kammer*
                                                                  G. DALL KAMMER
                                                                  Assistant United States Attorney