

GOVERNMENT
EXHIBIT

A

**Meeting Warlito:**

I have personally known warlito for a little over a year now. He arrived at my dad's house in October of 2021.

I drove over to my dad's house to meet him and quickly observed that it was very difficult to communicate with him in English in the same way I would with someone who spoke English as their first langauge. I could tell that by his broken English and look of confusion on his face when I would ask questions that I needed to alter the way I spoke. I have extensive experience with this from my four years of teaching English as a second language in Asia.

During this interaction I could also tell he was under stress, and I sensed his anxiety contributed to communication difficulties. He told me he was anxious even about leaving the property. It took some time and patience to understand why. I utilized my teaching experience to slow down, use a limited more simplified vocabulary, and avoid using tenses such as "have been" and verbs that change dramatically from present to past tense. An example of this would be, "I am leaving" vs "I left'.

This alteration of my language allowed me to learn that his anxiety surrunding leaving the property wich is in a safe, suburban neighborhood, was due to not knowing if he would be in trouble with the police if they stopped in and he didn't have sufficient documentation.

It took him months before he was comfortable walking to the store.

**Experience teaching English abroad:**

In 2014 I received my Teaching English as a Foreign language (TEFL) certificate in Thailand. With that internationally recognized certification I taught in Thailand for two years with children, adolescents, and adults. After that I moved to Turkey where I again taught all three age groups. I worked with a range of levels, helping some children learn their first words to adults who were prepping to take an English exam that would show their ability was high enough to come to the United States for university.

Upon returning to the United States I worked at the council of international education exchange on the teach abroad team. During this time I was responsible for our hungarian, chile, and south korean programs in which I helped individuals get ready to teach abroad in these countries. This included helping mostly Americans learn about cultural differences, and putting lesson plans together that were appropriate for the age range they were hoping to work with.

**Walirto in the family:**

Over the next eight months, Warlito became part of our extended family, including my mom, even though my parents are divorced.

I had many opportunities to watch him interact with my dad, my mom, my boyfriend (who is now my husband), my dad's girlfriend, and others in our family and the community.

He opened up to me about how difficult it was to understand the other members of our family none of who have experience like mine.

It was also very clear that in busy environments or when several people were speaking, Warlito would pick up almost none of the conversation. This occurred in restaurants and at home when a few family members were talking around the dinner table.

It was also clear that he badly missed his family.  He sometimes teared up talking about his sons and his wife.

He spoke with them early in the morning and late at night via the internet.  Those conversations were obviously a source of comfort for him, but it was also sad because he missed birthdays and holidays with them, including Christmas.

I could tell he and his family were quite religious.  It was very painful for him to spend Christmas away from his family, but he did not talk about his emotional difficulties with other members of my family.  The topics are both complicated to discuss linguistically and emotionally.