UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| v. | * | SECTION: S |
| | * | |
| WARLITO TAN | * | |
| | * | |
| | * | |

\* \* \*

## ORDER

Considering the foregoing motion;

**IT IS ORDERED** that the proposed testimony detailed in the government's motion is hereby excluded.

New Orleans, Louisiana this _____ day of November 10, 2022.

_____
HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE