UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-126** |
| v. | * | SECTION: S |
| **WARLITO TAN** | * | |
| | * | |
| | * | |
| * * * | | |

## NOTICE OF HEARING

**TO:** Edward MacColl
15 Monument Square, 4th Floor
P.O. Box 447
Portland, Maine 04112

**PLEASE TAKE NOTICE** that the undersigned will bring the United States' Motion In Limine before the Honorable Mary Ann Vial Lemmon on November 10, 2022 at 9:00 am.


TODD KIM
Assistant Attorney General
Environmental & Natural Resources Division
U.S. Department of Justice

*s/ Richard A. Udell*
Richard A Udell
Senior Litigation Counsel
Environmental Crimes Section
U.S. Department of Justice
150 M St., N.E./Room 4206
Washington, D.C. 20044
Telephone: (202) 305-0361
Email: richard.udell@usdoj.gov

DUANE A. EVANS
United States Attorney

*s/ G. Dall Kammer*
G. Dall Kammer (26948)
Assistant U.S Attorney
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3168
Email: dall.kammer@usdoj.gov