UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 21-126** |
| **WARLITO TAN** | **SECTION: "S"** |

### ORDER AND REASONS

Before the court is the government's **Motion in Limine** (Rec. Doc. 305) regarding the anticipated testimony of Katy MacColl. A previous motion concerning expert testimony by Ms. MacColl was rendered moot when the government agreed that it did not object to her testifying as a lay opinion witness.

In the present motion, the government objects to portions of her testimony on relevance grounds, and that it is improper character evidence. The summary of Ms. MacColl's testimony includes details regarding Ms. MacColl's interactions with the defendant, her experience as an English as a Second Language teacher, the defendant's relationship to her extended family, and Tan's anxiety regarding leaving the place where he was staying.

A portion of this evidence appears to go to the question of Tan's communication difficulties, which is relevant. Likewise, Tan's character for truthfulness is at issue and thus character evidence regarding that is relevant and admissible. However, extended discussion of Tan's relationship to the MacColl family, Tan's homesickness, and the fact that he had anxiety walking to the store does not tend to prove any issue for trial. Ms. MacColl's testimony must be limited accordingly. See Fed. R. Evid. 401, 404. Accordingly,

**IT IS ORDERED** that the government's **Motion in Limine** (Rec. Doc. 305) is **GRANTED in part** and **DENIED in part** as set forth hereinabove.

New Orleans, Louisiana, this  10th  day of November, 2022.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**