

MINUTE ENTRY
LEMMON, J.
NOVEMBER 9, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 21-126 |
| WARLITO TAN | SECTION "S" |

### JURY TRIAL
(continued from November 8, 2022)

COURTROOM DEPUTY: Courtney Ancar and Cherie Stouder
COURT REPORTER:  Sandy Minutillo
INTERPRETER: Susana Layug (In-Person) and Ester Klug (via Telephone)

APPEARANCES:
Kenneth E. Nelson, Dall Kramer, David M. Berman, and Richard A. Udell, Counsel for Government
Caroline Gabriel and Edward S. MacColl, Counsel for Defendant
Warlito Tan, Defendant

All present and ready.
Jury returned to the courtroom at 8:58 a.m.
Government witnesses.
Alexander Reischmann, sworn and testified.
Government exhibits 147, 148, 204, 208, 210, 231, 267, 268, 269, 270, 271, 272, 274, 276, 278, 279, 280, 401, 855 offered and admitted.
Kristy Echols, sworn and testified as an expert.
Government exhibit 855 offered and admitted.
Bienvenido Cabanayan, via video deposition.
James Dolan, sworn and testified as an expert.
Government exhibits 159-A, 838, 842-A, 850, 851, 852, 853 offered and admitted.
Court recessed at 4:58 p.m., to reconvene on Thursday, November 10, 2022, at 9:00 a.m.
Defendant released on current bond conditions.

JS-10:  06:54