

MINUTE ENTRY
LEMMON, J.
NOVEMBER 10, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 21-126 |
| WARLITO TAN | SECTION "S" |

### JURY TRIAL
(continued from November 9, 2022)

COURTROOM DEPUTY: Courtney Ancar and Cherie Stouder
COURT REPORTER: Sandy Minutillo
INTERPRETER: Susana Layug (In-Person) and Ester Klug (via Telephone)

APPEARANCES:
Kenneth E. Nelson, Dall Kramer, David M. Berman, and Richard A. Udell, Counsel for Government
Caroline Gabriel and Edward S. MacColl, Counsel for Defendant
Warlito Tan, Defendant

All present and ready.
Jury returned to the courtroom at 9:00 a.m.
Government witnesses.
Continued testimony of expert witness, James Dolan.
Government exhibits 214, 607, 627, 628, 801, 857, 858, 859 offered and admitted.
Defense exhibits 102-A, 102-E, 102-F offered and admitted.
Government rests.
Out of the Jury's presence, defense counsel moves for a Rule 29 motion – ordered DENIED.
Defendant exhibit 501 offered and admitted.
Defense witnesses.
Katherine MacColl, sworn and testified.
Manuel Baliad, via video deposition.
Court recessed at 2:59 p.m., to reconvene on Monday, November 14, 2022, at 1:00 p.m.
Defendant released on current bond conditions.

JS-10:  04:54