

MINUTE ENTRY
LEMMON, J.
NOVEMBER 14, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 21-126 |
| WARLITO TAN | SECTION "S" |

**JURY TRIAL**
(continued from November 10, 2022)

COURTROOM DEPUTY: Courtney Ancar and Cherie Stouder
COURT REPORTER: Sandy Minutillo
INTERPRETER: Joel Rojano (In-Person)

APPEARANCES:
Dall Kammer, David M. Berman, and Richard A. Udell, Counsel for Government
Caroline Gabriel and Edward S. MacColl, Counsel for Defendant
Warlito Tan, Defendant

All present and ready.
Interpreter sworn.
Jury returned to the courtroom at 12:59 p.m.
Continued video deposition testimony of Manuel Baliad.
Government exhibit 258 offered and admitted.
Nimuel Nalogon, via video deposition.
Haldun Akkaya, via video deposition.
Court recessed at 5:00 p.m., to reconvene on Tuesday, November 15, 2022, at 9:00 a.m.
Defendant released on current bond conditions.

JS-10:  04:01