UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-126 |
| v. | * | SECTION: "S" |
| EMPIRE BULKERS LTD. | * | |
| JOANNA MARITIME LIMITED | | |
| WARLITO TAN | * | |
| | * | |

**DEFENDANT TAN'S REQUESTED BALANCING INSTRUCTION IF A DELIBERATE BLINDNESS INSTRUCTION IS GIVEN**

Defendant Tan requests the Court give the following Fifth Circuit Pattern Jury Instructions:

1.42

**Defendant Tan's Proposed Instruction**

**All Counts – Deliberate Ignorance – Preferred Alternative**

"The fact that I have explained the legal concept of deliberate blindness does not Lessen the government's burden of proving knowledge beyond a reasonable doubt."