MINUTE ENTRY
LEMMON, J.
NOVEMBER 15, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 21-126 |
| WARLITO TAN | SECTION "S" |

# JURY TRIAL
(continued from November 14, 2022)

COURTROOM DEPUTY: Courtney Ancar and Cherie Stouder
COURT REPORTER: Sandy Minutillo
INTERPRETER: Joel Rojano (In-Person) and Ester Kluf (via Telephone)

APPEARANCES:
Dall Kammer, David M. Berman, and Richard A. Udell, Counsel for Government
Caroline Gabriel and Edward S. MacColl, Counsel for Defendant
Warlito Tan, Defendant

All present and ready.
Jury returned to the courtroom at 9:00 a.m.
Government exhibits 106, 107, 127-A, 146, 126, 117, 105, 601, 139, 140 offered and admitted.
Antonios Panagiotareas, sworn and testified as an expert.
Defense exhibits D842-A, D215-A, 702, 703-A, 704, 704-A, D838-A, 376, 377, 378, 379, 380, 381, 382, 601, 602, 603, 604, 605, 606, D109-A, 703, D222-A offered and admitted.
Jason Wyle, sworn and testified via Zoom.
Warlito Tan, sworn and testified.
Defense exhibits 325, 326, 327, 328, 329, 330, 331, 332, 333, 334, 335 offered and admitted.
Court recessed at 4:46 p.m., to reconvene on Wednesday, November 16, 2022, at 9:00 a.m.
Defendant released on current bond conditions.

JS-10: 06:44