

MINUTE ENTRY
LEMMON, J.
NOVEMBER 16, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 21-126 |
| WARLITO TAN | SECTION "S" |

**JURY TRIAL**
(continued from November 15, 2022)

COURTROOM DEPUTY: Courtney Ancar and Cherie Stouder
COURT REPORTER:  Sandy Minutillo
INTERPRETER: Joel Rojano

APPEARANCES:
Dall Kammer, David M. Berman, and Richard A. Udell, Counsel for Government
Caroline Gabriel and Edward S. MacColl, Counsel for Defendant
Warlito Tan, Defendant

All present and ready.
Jury returned to the courtroom at 8:59 a.m.
Continued testimony of Warlito Tan.
Government exhibits 862, 864, 866, 103-A, 251, 860 offered and admitted.
Defense exhibits 45, 502, 325, 326, 327, 328, 329, 330, 331, 332, 333, 334, 335 offered and admitted.
Defense exhibits 102-A, 102-E, 102-F stricken.
James Dolan, sworn and testified.
Out of the Jury's presence, defense counsel moves for a Rule 29 motion – ordered DENIED.
Government rests.
Defendant rests.
Closing arguments of government and defendant.
Jury charged and instructed by the Court.
Jury retires for deliberations at 1:39 p.m.
Jury returns with verdict at 4:51 p.m.
Court adjourned at 4:55 p.m.

```
JS-10:  04:44
```