UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 21-126 |
| WARLITO TAN | SECTION "S" (4) |

### CERTIFICATION OF TRIAL EXHIBITS

Undersigned counsel have reviewed all of the exhibits in the possession of the Court and certify that these comprise all of the exhibits admitted into evidence by the Court during the course of the trial. Said exhibits, excluding any proffers, will be sent to the jury for use in their deliberations.

New Orleans, Louisiana, this 16th day of November, 2022.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

COUNSEL FOR THE GOVERNMENT:

_____
Dall Kammer, AUSA

COUNSEL FOR DEFENDANT:

_____
Caroline Gabriel

ATTACHMENT: Trial Exhibit List