UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO: 21-126 |
| WARLITO TAN | SECTION: "S" (4) |

### VERDICT FORM

COUNT ONE

As to the charges set forth in Count 1 (Act to Prevent Pollution from Ships/Causation) of the Indictment in this matter, we the Jury unanimously find the defendant, Warlito Tan:

 ✓ NOT GUILTY _____ GUILTY

COUNT TWO

As to the charges set forth in Count 2 (Obstruction of Agency Proceedings/Causation) of the Indictment in this matter, we the Jury unanimously find the defendant, Warlito Tan:

 ✓ NOT GUILTY _____ GUILTY

If you find that the defendant is guilty of Count 2, please check the act or acts that you have unanimously found the government proved beyond a reasonable doubt the defendant corruptly and intentionally did or willfully caused to be done to influence, obstruct, or impede a Coast Guard investigation. (You may check more than one.)

 _____ Made, used or presented or caused the presentation of an Oil Record Book that

falsely reported that required pollution prevention equipment had been used properly when discharging oily bilge water.

_____ Concealed or failed to disclose or caused the concealment or failure to disclose a broken component of the ship's incinerator and its inoperability.

_____ Concealed or failed to report or caused the concealment or failure to report a hazardous condition concerning the disabling of the fuel oil heaters pressure relief valves.

COUNT THREE

As to the charges set forth in Count 3 (Obstruction of Justice/Causation) of the Indictment in this matter, we the Jury unanimously find the defendant, Warlito Tan:

 __✓__ NOT GUILTY        _____ GUILTY

COUNT FOUR

As to the charges set forth in Count 4 (Ports & Waterways Safety Act/Causation) of the Indictment in this matter, that the defendant caused the failure to notify the Coast Guard of a condition on the vessel that was hazardous, we the Jury unanimously find the defendant, Warlito Tan:

 __✓__ NOT GUILTY        _____ GUILTY

If you find that the defendant is guilty of Count 4, please check the hazardous condition(s) you have unanimously found the government proved beyond a reasonable doubt that the defendant knew of and willfully caused the Captain to fail to report. (You may check more

2

than one.)

_____ The discharge line downstream from the fuel-oil heaters and pressure relief valves was disconnected and crimped closed causing both pressure relief valves coming off the fuel-oil heaters to be disabled and inoperable.

_____ A pressure relief valve on a fuel oil heater was not working properly.

_____ There was an active leak of fuel-oil in the Purifier Room emanating from the fuel-oil heaters and pressure relief valves.

**SO SAY WE ALL.**

New Orleans, Louisiana, this 16th day of November, 2022.

███████████████████
FOREPERSON
███████████████████