# UNITED STATES DISTRICT COURT

**EASTERN**     DISTRICT OF     **LOUISIANA**

UNITED STATES OF AMERICA

V.

WARLITO TAN

## EXHIBIT AND WITNESS LIST

Case Number: 21-126 "S"

| PRESIDING JUDGE<br>MARY ANN VIAL LEMMON | PLAINTIFF'S ATTORNEY<br>DALL KAMMER | DEFENDANT'S ATTORNEY<br>CAROLINE GABRIEL |
|---|---|---|
| TRIAL DATE (S)<br>NOVEMBER 7-16, 2022 | COURT REPORTER<br>SANDY MINUTILLO | COURTROOM DEPUTY<br>COURTNEY ANCAR |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 840 | | 11/7/2022 | ✔ | ✔ | Coast Guard District Map |
| 841 | | 11/7/2022 | ✔ | ✔ | Coast Guard Sector Map |
| 201 | | 11/7/2022 | ✔ | ✔ | Stern of M/V Joanna at mooring buoys |
| 807 | | 11/7/2022 | ✔ | ✔ | Map of NOLA Streetview - Yemma |
| 105 | | 11/7/2022 | ✔ | ✔ | IOPP Certificate and Supplement |
| 203 | | 11/7/2022 | ✔ | ✔ | Front of OWS |
| 212 | | 11/7/2022 | ✔ | ✔ | *Photo Substituted.* OCM Control Panel |
| 212-A | | 11/7/2022 | ✔ | ✔ | OCM Control Panel (*In custody of Agent.) |
| 215 | | 11/7/2022 | ✔ | ✔ | OCM side view with tamper sticker |
| 222 | | 11/7/2022 | ✔ | ✔ | OCM close up showing metal piece hidden valve in fresh water position |
| 226 | | 11/7/2022 | ✔ | ✔ | OCM data display Jan 23, 2021 |
| 226-A | | 11/7/2022 | ✔ | ✔ | *Annotated by witness, Nathaniel P. Sudkamp.* OCM data display Jan 23, 2021 |
| 843 | | 11/7/2022 | ✔ | ✔ | Video of Chief Tan removing OCM cover-no audio |
| 843-A | | 11/7/2022 | ✔ | ✔ | Video of Chief Tan removing OCM cover-audio |
| 839 | | 11/7/2022 | ✔ | ✔ | Annotated Valve Handle Assembly |
| 218 | | 11/7/2022 | ✔ | ✔ | OCM wide angle cover removed |
| 846 | | 11/7/2022 | ✔ | ✔ | Video of side view of ODM handle |
| 103 | | 11/7/2022 | ✔ | ✔ | Oil Record Book – Oct 26, 2020 to Mar 10, 2021 |
| 842 | | 11/7/2022 | ✔ | ✔ | Diagram showing flow of water from the bilge holding tank through the OWS and OCM |
| 220 | | 11/7/2022 | ✔ | ✔ | OCM cover removed close-up |
| 145 | | 11/7/2022 | ✔ | ✔ | Empire Bulkers Fleet Instruction Manual |
| 810 | | 11/7/2022 | ✔ | ✔ | 10 Nov 2020 ORB Page |

| | | | | | |
|---|---|---|---|---|---|
| 812 | | 11/7/2022 | ✔ | ✔ | 25 Feb 2021 ORB Page |
| 811 | | 11/7/2022 | ✔ | ✔ | 23 Jan 2021 ORB Page |
| 232 | | 11/8/2022 | ✔ | ✔ | Overview of Fuel Oil Heaters leaking #1 |
| 233 | | 11/8/2022 | ✔ | ✔ | Overview of Fuel Oil Heaters leaking #2 |
| 234 | | 11/8/2022 | ✔ | ✔ | Fuel Oil Heater Leaking #1 |
| 236 | | 11/8/2022 | ✔ | ✔ | Buckets Catching Fuel Oil leak #2 |
| 238 | | 11/8/2022 | ✔ | ✔ | Rags on Fuel Oil Heater #2 |
| 240 | | 11/8/2022 | ✔ | ✔ | Side View Fuel Oil Heater leaking |
| 240-A | | 11/8/2022 | ✔ | ✔ | *Annotated by witness, Nathaniel P. Sudkamp*. Side View Fuel Oil Heater leaking |
| 235 | | 11/8/2022 | ✔ | ✔ | Buckets Catching Fuel Oil leak #1 |
| 239 | | 11/8/2022 | ✔ | ✔ | Fuel Oil Heater Overflow line disconnected and crimp #1 |
| 847 | | 11/8/2022 | ✔ | ✔ | Annotated diagram of fuel oil heater fittings |
| 848 | | 11/8/2022 | ✔ | ✔ | Annotated diagram of fuel oil heater fittings |
| 849 | | 11/8/2022 | ✔ | ✔ | Annotated diagram of fuel oil heater fittings |
| 844 | | 11/8/2022 | ✔ | ✔ | Video of fuel oil heater dripping-no audio |
| 845 | | 11/8/2022 | ✔ | ✔ | Video of fuel oil heater dripping - view 2-no audio |
| 129 | | 11/8/2022 | ✔ | ✔ | PSC Form A handwritten |
| 130 | | 11/8/2022 | ✔ | ✔ | PSC Form A & B |
| 259 | | 11/8/2022 | ✔ | ✔ | Empire Bulkers Mission Statement |
| 259-A | | 11/8/2022 | ✔ | ✔ | Empire Bulkers Mission Statement |
| 138 | | 11/8/2022 | ✔ | ✔ | 2/E Handover Notes |
| 165 | | 11/8/2022 | ✔ | ✔ | Photo of Work Planning Meeting 16-20 February 2021 |
| 253 | | 11/8/2022 | ✔ | ✔ | Chief Engineer's office book shelf |
| 254 | | 11/8/2022 | ✔ | ✔ | Chief Engineer's stateroom – outside |
| 255 | | 11/8/2022 | ✔ | ✔ | Chief Engineers stateroom inside |
| 256 | | 11/8/2022 | ✔ | ✔ | Chief Engineer's stateroom cabinet |
| 257 | | 11/8/2022 | ✔ | ✔ | Chief Engineer's stateroom – ORBs |
| 252 | | 11/8/2022 | ✔ | ✔ | Chief Engineer holding log book |
| 252-A | | 11/8/2022 | ✔ | ✔ | Chief Engineer holding log book (*In custody of Agent.) |
| 407 | | 11/8/2022 | ✔ | ✔ | OCM Review Part 2 |
| 162 | | 11/8/2022 | ✔ | ✔ | OCM chip (*In Custody of Agent.) |
| 501 | | 11/8/2022 | ✔ | ✔ | Dec 7, 2019 – graph |
| 502 | | 11/8/2022 | ✔ | ✔ | Dec 7, 2019 – alarm/status |

| | | | | | |
|---|---|---|---|---|---|
| 503 | | 11/8/2022 | ✔ | ✔ | Dec 31, 2019 – graph |
| 504 | | 11/8/2022 | ✔ | ✔ | Dec 31, 2019 – alarm/status |
| 505 | | 11/8/2022 | ✔ | ✔ | Jan 23, 2020 – graph |
| 506 | | 11/8/2022 | ✔ | ✔ | Jan 23, 2020 – alarm/status |
| 507 | | 11/8/2022 | ✔ | ✔ | Apr 13, 2020 – alarm/status |
| 508 | | 11/8/2022 | ✔ | ✔ | Apr 18, 2020 – graph 1 |
| 109 | | 11/8/2022 | ✔ | ✔ | OWS Final Drawings, Instruction Manual and Type Approvals |
| 111 | | 11/8/2022 | ✔ | ✔ | OCM instruction manual |
| 202 | | 11/8/2022 | ✔ | ✔ | Bilge Primary Tank |
| | 262 | 11/8/2022 | ✔ | ✔ | Photograph of Engine Room - JOANNA |
| 802 | | | ✔ | ✔ | Empire HSQE Circular: Proper Keeping of Oil Record Book |
| | D164 | 11/8/2022 | ✔ | ✔ | E-Mail Empire regarding Incinerator |
| | 292 | 11/8/2022 | ✔ | ✔ | 33 C.F.R. §151.25 |
| 207 | | 11/8/2022 | ✔ | ✔ | OWS Discharge pipe dripping |
| 152 | | 11/8/2022 | ✔ | ✔ | Witness Statement - Tan |
| 204 | | 11/9/2022 | ✔ | ✔ | OWS overboard line |
| 210 | | 11/9/2022 | ✔ | ✔ | OWS Overboard Valve closed with sign |
| 270 | | 11/9/2022 | ✔ | ✔ | OWS Overboard discharge valves disconnected |
| 278 | | 11/9/2022 | ✔ | ✔ | Sample OWS discharge piping |
| 208 | | 11/9/2022 | ✔ | ✔ | OWS discharge piping showing oil |
| 271 | | 11/9/2022 | ✔ | ✔ | OWS Overboard valves disconnected close-up |
| 274 | | 11/9/2022 | ✔ | ✔ | Sample OWS Overboard valve - swab |
| 272 | | 11/9/2022 | ✔ | ✔ | OWS overboard skin valve close-up |
| 279 | | 11/9/2022 | ✔ | ✔ | Sample – Bilge Well Apr 26, 2021- jar outside |
| 280 | | 11/9/2022 | ✔ | ✔ | Sample – Bilge Well close-up Apr 26, 2021 |
| 267 | | 11/9/2022 | ✔ | ✔ | Opening OWS #3 both chambers open |
| 269 | | 11/9/2022 | ✔ | ✔ | View inside OWS #2 |
| 268 | | 11/9/2022 | ✔ | ✔ | View inside OWS #1 |
| 276 | | 11/9/2022 | ✔ | ✔ | Sample from OWS right side filter |
| 401 | | 11/9/2022 | ✔ | ✔ | Sample video Primary Bilge Tank |
| 231 | | 11/9/2022 | ✔ | ✔ | Inside Primary Bilge Tank |
| 147 | | 11/9/2022 | ✔ | ✔ | Oil Sample Chain of Custody 7156844 to MSL (7 samples) |
| 148 | | 11/9/2022 | ✔ | ✔ | Oil Sample Chain of Custody 7156844 to MSL (3 samples) |

| | | | | | |
|---|---|---|---|---|---|
| 855 | | 11/9/2022 | ✔ | ✔ | Physical jar of 15ppm water (*In custody of Agent.) |
| 842-A | | 11/9/2022 | ✔ | ✔ | *Annotated* Diagram showing flow of water from the bilge holding tank through the OWS and OCM |
| 851 | | 11/9/2022 | ✔ | ✔ | *Annotated* Photo of OCM and handle |
| 852 | | 11/9/2022 | ✔ | ✔ | *Annotated* View of OCM and OWS |
| 850 | | 11/9/2022 | ✔ | ✔ | Photo of brand new DECKMA OCM handle with cover removed |
| 853 | | 11/9/2022 | ✔ | ✔ | Side by side of new OCM handle with cover off and OCM handle from the Joanna |
| 838 | | 11/9/2022 | ✔ | ✔ | ORB Excel Demonstrative |
| 159-A | | 11/9/2022 | ✔ | ✔ | Pipe fitting photographs from inspection by Lloyd's (Class Society) |
| 858 | | 11/10/2022 | ✔ | ✔ | OCM Graph video from Jan. 24, 2019 |
| 857 | | 11/10/2022 | ✔ | ✔ | Oil record book from Dec. 2018 - May 2019. (*In custody of Agent.) |
| 859 | | 11/10/2022 | ✔ | ✔ | OCM Playback video from Jan. 24, 2019 |
| 801 | | 11/10/2022 | ✔ | ✔ | *Photo substituted*. OCM Demonstrative test |
| 607 | | 11/10/2022 | ✔ | ✔ | Baliad and Cabanayan employment contracts |
| 627 | | 11/10/2022 | ✔ | ✔ | Cabanayan employment contract Nov. 2020 |
| 628 | | 11/10/2022 | ✔ | ✔ | Cabanayan employment contract Jan. 2021 |
| 214 | | 11/10/2022 | ✔ | ✔ | OCM overview photograph |
| | 501 | 11/10/2022 | ✔ | ✔ | OMC playback video 6/28/2019 |
| 258 | | 11/14/2022 | ✔ | ✔ | Engineers Duty Assignments – 2/E and 3/E |
| 106 | | 11/15/2022 | ✔ | ✔ | Notice of Arrival |
| 107 | | 11/15/2022 | ✔ | ✔ | Notice of Readiness |
| 127-A | | 11/15/2022 | ✔ | ✔ | Email and PSC Checklist from Empire Bulkers Feb 24, 2021 |
| 146 | | 11/15/2022 | ✔ | ✔ | Safety Committee Meeting Minutes Feb. 28, 2021 |
| 126 | | 11/15/2022 | ✔ | ✔ | Ship's Particulars |
| 117 | | 11/15/2022 | ✔ | ✔ | Continuous Synopsis Record |
| 105 | | 11/15/2022 | ✔ | ✔ | IOPP Certificate and Supplement |
| 601 | | 11/15/2022 | ✔ | ✔ | Email from Empire Bulkers with new employment contracts attached - Part 1 (Akkaya & Nalogon) |
| 139 | | 11/15/2022 | ✔ | ✔ | Master Onboard Familiarization Checklist |
| 140 | | 11/15/2022 | ✔ | ✔ | Master's Handover February 2021 |
| | D842-A | 11/15/2022 | ✔ | ✔ | *Annotated by Antonios Panagiotareas*. Diagram showing flow of water from the bilge holding tank through the OWS and |
| | D215-A | 11/15/2022 | ✔ | ✔ | *Annotated by Antonios Panagiotareas*. OCM side view with tamper sticker |
| | 702 | 11/15/2022 | ✔ | ✔ | Duplicate OMC in Operation Mode |
| | 703-A | 11/15/2022 | ✔ | ✔ | Duplicate OMC in freshwater mode |
| | 704 | 11/15/2022 | ✔ | ✔ | Duplicate OMC in Operation in Wedge Position |

|  | 704-A | 11/15/2022 | ✔ | ✔ | Duplicate OMC in wedge position |
|  | D838-A | 11/15/2022 | ✔ | ✔ | *Annotated* ORB Excel Demonstrative |
|  | 376 | 11/15/2022 | ✔ | ✔ | Republic of Marshall Islands Inspection (Mar. 7, 2021) |
|  | 377 | 11/15/2022 | ✔ | ✔ | Republic of Marshall Islands Inspection (July 29, 2020) |
|  | 378 | 11/15/2022 | ✔ | ✔ | Republic of Marshall Islands Inspection (Jan. 31, 2019) |
|  | 379 | 11/15/2022 | ✔ | ✔ | Class Special Survey (July 2, 2020) |
|  | 380 | 11/15/2022 | ✔ | ✔ | Mediterranean MOU PSC (Nov. 23, 2020) |
|  | 381 | 11/15/2022 | ✔ | ✔ | Black Sea MOU PSC (Dec. 12, 2020) |
|  | 382 | 11/15/2022 | ✔ | ✔ | Paris MOU & EU PSC – Liverpool (Dec. 29, 2020) |
|  | 601 | 11/15/2022 | ✔ | ✔ | MV Joanna Inspection Timeline |
|  | 602 | 11/15/2022 | ✔ | ✔ | PSC New Zealand 10.16.19 |
|  | 603 | 11/15/2022 | ✔ | ✔ | Tokyo MOU Inspection 2.14.19 |
|  | 604 | 11/15/2022 | ✔ | ✔ | Tokyo MOU Inspection 2.22.20 |
|  | 605 | 11/15/2022 | ✔ | ✔ | Tokyo MOU Inspection 3.23.19 |
|  | 606 | 11/15/2022 | ✔ | ✔ | IOPP Annual Inspection 3.4.19 |
|  | D109-A | 11/15/2022 | ✔ | ✔ | Portion of OWS Instruction Manual |
|  | 703 | 11/15/2022 | ✔ | ✔ | Duplicate OMC in freshwater mode |
|  | D222-A | 11/15/2022 | ✔ | ✔ | *Annotated by Antonios Panagiotareas.* OCM close up showing metal piece hidden valve in fresh water position |
|  | 325 | 11/15/2022 | ✔ | ✔ | Republic of the Philippines, Endorsement, Chief Engineering Officer, Certificate No. 73-18842 |
|  | 326 | 11/15/2022 | ✔ | ✔ | Republic of the Philippines, Basic Training, Certificate No. 24-717448 |
|  | 327 | 11/15/2022 | ✔ | ✔ | Republic of the Marshall Islands, Management, Chief Engineer, Certificate No. 37-18818 |
|  | 328 | 11/15/2022 | ✔ | ✔ | Certificate, Empire Bulkers LTD, Training Course, Planned Maintenance System, Vessel Performance, Rest Hours, Spare Parts, Stores & Provisions, Document Control |
|  | 329 | 11/15/2022 | ✔ | ✔ | Certificate, Empire Bulkers LTD, Training Environmental Management System |
|  | 330 | 11/15/2022 | ✔ | ✔ | Certificate, Empire Bulkers LTD, Training Management of Change |
|  | 331 | 11/15/2022 | ✔ | ✔ | Republic of the Philippines, Medical First Aid, Certificate No. 18-42672 |
|  | 332 | 11/15/2022 | ✔ | ✔ | Philippine Seafarers Training Center, Advanced Training in Firefighting, Certificate No. ATFF-0292-01-2001 |
|  | 333 | 11/15/2022 | ✔ | ✔ | Republic of the Philippines, Advanced Firefighting, Certificate No. 17-52851 |
|  | 334 | 11/15/2022 | ✔ | ✔ | Republic of the Philippines, Ship Security Awareness Training and Seafarers with Designated security Duties, Certificate No. 27-369759 |
|  | 335 | 11/15/2022 | ✔ | ✔ | Stella Marris Shipmanagement inc., Anti-Piracy Awareness Training, Certificate No. AP2019-327 |
| 862 |  | 11/16/2022 | ✔ | ✔ | Chief Tan Performance Appraisal |
| 864 |  | 11/16/2022 | ✔ | ✔ | Tan Appraisal of Aydinoglu, 2021 |
| 866 |  | 11/16/2022 | ✔ | ✔ | Tan MARPOL Training from 2021 - 95% |
| 103-A |  | 11/16/2022 | ✔ | ✔ | Oil Record Book – Oct 26, 2020 to Mar 10, 2021. (*In custody of Agent) |

|     |     |            |   |   |                                                              |
|-----|-----|------------|---|---|--------------------------------------------------------------|
| 251 |     | 11/16/2022 | ✔ | ✔ | Chief Engineer – log book in pocket close-up                 |
| 860 |     | 11/16/2022 | ✔ | ✔ | Demonstrative chart showing when Chief Tan was on MV Joanna  |
|     | 45  | 11/16/2022 | ✔ | ✔ | Empire Bulkers Fleet Instruction Manual                      |
|     | 502 | 11/16/2022 | ✔ | ✔ | Oil Record Book Oct.-Dec. 2017                               |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.