# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 21-126 |
| WARLITO TAN | SECTION   S |

## ORDER APPOINTING CUSTODIAN OF EXHIBITS

IT IS ORDERED that the exhibits listed on the attached schedule be released to the care, custody, and control of Jason Wyle, Coast Guard Investigative Services, who is hereby designated as custodian of said exhibits.

The custodian shall immediately return the exhibits to the Clerk of Court upon her request.

New Orleans, Louisiana, this 16th day of November, 2022.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE