EXHIBITS RELEASED TO CUSTODIAN:

| Exhibit Number | Description |
| --- | --- |
| 212-A | OCM Control Panel |
| 252-A | Chief Engineer holding log book |
| 855 | Physical jar of 15ppm water |
| 857 | Oil record book from Dec. 2018-May 2019 |
| 103-A | Oil Record Book – Oct. 26, 2020 to Mar. 10, 2021 |
| 162 | OCM Chip |