UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 21-126 |
| WARLITO TAN | SECTION   S |

**ORDER**

**IT IS ORDERED** that the clerk pay the cost of meals furnished to the jurors who have been ordered to be kept together and not to separate while serving in the above numbered and entitled case.

**IT IS FURTHER ORDERED** that the clerk pay to  Welty's Deli and Catering  the sum of $  215.83  , for meals for the jury in this matter on  November 16, 2022.

New Orleans, Louisiana, this 16th day of November, 2022.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE