...rt COPY

WELTYS DELI
336 CAMP STREET
NEW ORLEANS LA 70130
504-592-0223

Terminal ID: *****907      ***9
--------------------------------
11/16/22                11:32 AM

CLERK #: 1

DISCOVER CREDIT - INSERT
AID: A0000001523010
ACCT #: ************7052

CREDIT SALE
UID: 232036895625    REF #: 3048
BATCH #: 164    AUTH #: 01612R

DESCRIPTION : _____

AMOUNT                   $215.83

TIP        $_____

TOTAL      $ 215.83

**APPROVED**

ARQC - CDAF8099F32107CA

CUSTOMER COPY