AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

WARLITO TAN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  21-cr-126 "S"

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Mary Ann Vial Lemmon, Senior District Judge
Name and Title of Judge

11/16/2022
Date